AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | |
|---|---|
| Eugene Cobb, Senad Djulamerovic, Peter Hunt, Adnan Merdach, and Steven Poslof, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> ALIBABA GROUP HOLDING LIMITED, ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, ALIBABA GROUP (US) INC., ALIBABA.COM US LLC, ALIBABA.COM US E-COMMERCE CORP., and CAINIAO SMART LOGISTICS NETWORK LIMITED, <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

**SUMMONS IN A CIVIL ACTION**
**ATTACHMENT A**

To: *(Defendant's name and address)*:

Alibaba.com US E-Commerce Corp.,
  c/o Registered Agent Vistra
  Incorporations (Delaware) Limited
3500 South Dupont Highway
Dover, DE  19901
        and/or
Alibaba.com US E-Commerce Corp.,
  c/o Registered Agent
7801 Folsom Boulevard
#202
Sacramento, CA  95826

Alibaba.com US LLC
525 Almanor Avenue, Suite 400
Sunnyvale, CA  94085

Cainiao Smart Logistics Network
Limited
111 North Bridge Road, #0620
Peninsula Plaza
Singapore 179098

Alibaba.com Singapore E-Commerce
Private Limited
51 Bras Basah Road, #01-21
Lazada One
Singapore 189554

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: