WOMBLE BOND DICKINSON (US) LLP
Tomio B. Narita (SBN 156576)
Tomio.Narita@wbd-us.com
R. Travis Campbell (SBN 271580)
Travis.Campbell@wbd-us.com
Leanne C. Yu (SBN 290698)
Leanne.Yu@wbd-us.com
Michelle Catapang (SBN 308038)
Michelle.Catapang@wbd-us.com
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 433-1900

WOMBLE BOND DICKINSON (US) LLP
Genevieve Walser-Jolly (SBN 262784)
Genevieve.Walser-Jolly@wbd-us.com
Andrew Yu-Chih (SBN 326135)
Andrew.Yu-Chih@wbd-us.com
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: (714) 557-3800

Attorneys for Defendants *Alibaba Group (US) Inc., Alibaba.com US E-Commerce Corp., Alibaba.com US LLC, and Alibaba Group Holding Limited*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Eugene Cobb, Senad Djulamerovic, Peter Hunt, Adnan Merdach, and Steven Poslof, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ALIBABA GROUP HOLDING LIMITED, ALIBABA.COM SINGAPORE ECOMMERCE PRIVATE LIMITED, ALIBABA GROUP (US) INC., ALIBABA.COM US LLC, ALIBABA.COM US E-COMMERCE CORP., and CAINIAO SMART LOGISTICS NETWORK LIMITED,

Defendant.

CASE NO.: 5:26-cv-05292-EJD

**DEFENDANTS' REQUESTS FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT, MOTION TO STRIKE CLASS ALLEGATIONS, AND MOTION FOR STAY**

Date: Thursday, October 22, 2026
Time: 9:00 a.m.
Place: Courtroom 4, 5th Floor
Judge: Hon. Edward J. Davila

Pursuant to Federal Rule of Evidence 201, Defendants Alibaba Group (US) Inc., Alibaba.com US E-Commerce Corp., Alibaba.com US LLC, and Alibaba Group Holding Limited ("Defendants") respectfully request that the Court take judicial notice of the following documents in connection with Defendants' Motion to Dismiss, Motion to Strike Class Allegations, and Motion to Stay Discovery filed herewith ("Motions").

1. Attached as **Exhibit A** is a true and correct copy of the version of the Alibaba.com "Trade Assurance Services Rules" in effect during the Plaintiffs' alleged purchases (June 2024 – July 2025), accessible at https://rulechannel.alibaba.com/icbu?type=detail&ruleId=1019550&cId=-1 - /rule/detail?ruleId=1019550&cId=-1, last accessed on August 28, 2026.

2. Attached as **Exhibit B** is a true and correct copy of the current version of the Alibaba.com "Trade Assurance Services Rules," dated December 26, 2025, and hyperlinked in footnote 19 of the Complaint [https://rulechannel.alibaba.com/icbu?spm=a2700.product_home_fy25.0.0.2ce267af3SY2Rs&type=detail&ruleId=21001742&cId=1304 - /rule/detail?ruleId=21001742&cId=1304], accessed on August 4, 2026. *See* ECF 1 ¶ 49, n. 19.

3. Attached as **Exhibit C** is a true and correct copy of the "Trade Assurance Guide," hyperlinked in footnote 29 of the Complaint [https://sc01.alicdn.com/kf/Hecf5553758054f109987e4261e84eb57z.pdf?spm=a2756.trade-assurance-lp.0.0.700047d8dJT5R5&file=Hecf5553758054f109987e4261e84eb57z.pdf], accessed on August 4, 2026. *See* ECF 1 ¶ 61, n. 29.

4. Attached as **Exhibit D** is a true and correct copy of the Alibaba.com "Free Membership Agreement" ("FMA"), hyperlinked on page 1 of the Trade Assurance Services Rules (see Exhibits A & B) and available at https://rulechannel.alibaba.com/icbu?type=detail&ruleId=2042&cId=1303 - /rule/detail?cId=1303&ruleId=2042, accessed on August 8, 2026. The

document contains both the "New version" of the FMA, effective March 9, 2026, and the "Old version" of the FMA, effective August 10, 2024. For purposes of the Motions, Defendants refer to the "Old version" (starting on p. 13 of the exhibit), which was in effect at the time of three of the Plaintiffs' alleged purchases.

5. Attached as **Exhibit E** is a true and correct copy of the press release "Alibaba.com Provides Full Set of Protection for SMEs in Cross-Border Trade with Trade Assurance Program," dated July 22, 2015, hyperlinked in footnote 24 of the Complaint [https://www.alibabagroup.com/en-US/document-1491225726991466496], accessed on August 8, 2026. *See* ECF 1 ¶ 55, n. 24.

6. Attached as **Exhibit F** is a true and correct copy of the press release "Alibaba.com Officially Launches Alibaba Guaranteed: Making Global Sourcing as Simple as Online Shopping," dated June 6, 2024, hyperlinked in footnote 25 of the Complaint [https://www.prnewswire.com/news-releases/alibabacom-officially-launches-alibaba-guaranteed-making-global-sourcing-as-simple-as-online-shopping-302165822.html], accessed on August 27, 2026. *See* ECF 1 ¶ 56, n. 25.

7. Below is a screenshot taken from the Alibaba.com website, at https://www.alibaba.com/search/page?spm=a2700.product_home_fy25.home_login_first_screen_fy23_pc_search_bar.keydown__Enter&SearchScene=proSearch&SearchText=Alibaba+Guaranteed&pro=true&from=pcHomeContent, last accessed on August 26, 2026.



8. Trade Assurance is governed by different sets of terms depending on a particular seller's country of origin. For example, a U.S.-based buyer who purchases from a U.S.-based seller would be subject to the "U.S. Trade Assurance Services Rules," whereas a U.S.-based buyer who purchases from a Japan-based seller is subject to the "Japan Assurance Services Rules." Below are links to the various country-specific versions of the Trade Assurance Services Rules in addition to the versions attached as Exhibits A and B. The documents below can be found by visiting the Alibaba.com "Rules Center," hyperlinked in footnote 19 of the Complaint, and typing "Trade Assurance Services Rules" in the search box:

- **U.S. Trade Assurance Services Rules**
  https://rulechannel.alibaba.com/icbu?spm=a2700.product_home_fy25.0.0.2ce267af3SY2Rs&type=detail&ruleId=11000551&cId=1286 -/rule/detail?ruleId=11000551&cId=1286, last accessed on August 27, 2026.
- **Japan Trade Assurance Services Rules**
  https://rulechannel.alibaba.com/icbu?spm=a2700.product_home_fy25.0.0.2ce267af3SY2Rs&type=detail&ruleId=21002159&cId=1286 -/rule/detail?ruleId=21002159&cId=1286, last accessed on August 27, 2026.
- **India Trade Assurance Services Rules**
  https://rulechannel.alibaba.com/icbu?spm=a2700.product_home_fy25.0.0.2ce267af3SY2Rs&type=detail&ruleId=21002003&cId=1286 -/rule/detail?ruleId=21002003&cId=1286
- **Mexico Trade Assurance Services Rules**
  https://rulechannel.alibaba.com/icbu?spm=a2700.product_home_fy25.0.0.2ce267af3SY2Rs&type=detail&ruleId=21001048&cId=147 -/rule/detail?ruleId=21001048&cId=147, last accessed on August 27, 2026.
- **EU Trade Assurance Services Rules**
  https://rulechannel.alibaba.com/icbu?spm=a2700.product_home_fy25.0.0.2ce

267af3SY2Rs&type=detail&ruleId=21000992&cId=1286 -/rule/detail?ruleId=21000992&cId=1286, last accessed on August 27, 2026.

- **Pakistan Trade Assurance Services Rules** https://rulechannel.alibaba.com/icbu?spm=a2700.product_home_fy25.0.0.2ce267af3SY2Rs&type=detail&ruleId=21000875&cId=1286 -/rule/detail?ruleId=21000875&cId=1286, last accessed on August 27, 2026.
- **Turkey Trade Assurance Services Rules** https://rulechannel.alibaba.com/icbu?spm=a2700.product_home_fy25.0.0.2ce267af3SY2Rs&type=detail&ruleId=21000763&cId=1286 -/rule/detail?ruleId=21000763&cId=1286, last accessed on August 27, 2026.
- **Vietnam Trade Assurance Services Rules** https://rulechannel.alibaba.com/icbu?spm=a2700.product_home_fy25.0.0.2ce267af3SY2Rs&type=detail&ruleId=21000041&cId=1286 -/rule/detail?ruleId=21000041&cId=1286, last accessed on August 27, 2026.

When ruling on a motion to dismiss under Rule 12(b)(6) motion, this Court may consider "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *In re Silicon Graphics, Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999). Considering such documents does not convert the motion into one for summary judgment. *Van Buskirk v. Cable News Network, Inc.*, 284 F.3d 977, 980 (9th Cir. 2002).

Incorporation by reference is proper where, as here, a plaintiff "refers extensively to the document or the document forms the basis of the plaintiff's claim." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018). The doctrine exists to prevent "plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken — or doom — their claims." *Id.* An incorporated document may be treated "as part of the complaint," and the Court "may assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6)." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

Each of the materials referenced in paragraphs 1 through 8 above are proper subjects of judicial notice because they are either expressly referenced or hyperlinked in the Complaint, or otherwise "form the basis" of Plaintiffs' claims, and are therefore incorporated by reference. *Ritchie*, 342 F.3d at 908 (9th Cir. 2003). Specifically, **Exhibits A and B** (Trade Assurance Services Rules), **Exhibit C** (Trade Assurance Guide), and **Exhibit D** (FMA) contain the terms and conditions that govern the Trade Assurance and Alibaba Guaranteed programs, which Plaintiffs allegedly relied upon and that Defendants allegedly breached.[1] *See* Motion to Dismiss II.B; *see also* ECF 1 ¶ 9 ("Alibaba has failed to provide refunds and compensation for issues explicitly covered by the terms of, at minimum, the Alibaba Trade Assurance Policy"); *Id.* ¶ 49, fn. 19 (hyperlink to Trade Assurance Services Rules); *id.* ¶ 61, fn. 29 (hyperlink to Trade Assurance Guide).

Likewise, **Exhibits E and F** (the Press Releases) are repeatedly referenced in the Complaint and purportedly contain Defendants' alleged "misrepresentations" concerning the programs. *See* ECF 1 ¶¶ 20, 55, 56, 61, 101.

Because these documents "form the basis" for Plaintiffs' claims, the Court should take judicial notice of them in ruling on the Motions. *See e.g., Libman v. Apple, Inc*., 2024 U.S. Dist. LEXIS 175118, at *20 (N.D. Cal. Sep. 26, 2024) (granting judicial notice of Apple's "Software License Agreement" and "Privacy Policy" because they contain the terms that were

---

[1] The FMA (Exhibit D) is hyperlinked and incorporated by reference in both the current and prior versions of the Trade Assurance Services Rules, and together they constitute part of the same agreement. *See* RJN Exhs. A & B [Trade Assurance Services Rules] at p. 1, introductory paragraph (Trade Assurance protections are available only to **"qualifying registered users who had duly agreed to all terms of the Alibaba.com Free Membership Agreement**.") (emphasis in original); *see also Poublon v. C.H. Robinson Co.,* 846 F.3d 1251, 1269 (9th Cir. 2017) ("Under California law, a contract and a document incorporated by reference into the contract are read together as a single document.")

allegedly breached and "form[ed] the basis" for plaintiff's claims); *Caracciolo v. Facebook, Inc.*, 167 F. Supp. 3d 1056, 1063 (N.D. Cal. Mar. 7, 2016) (judicial notice of Facebook's Terms of Service was warranted because plaintiff relied on them in the complaint); *Love v. Marriott Hotel Services, Inc.*, Case No. 20-cv-07137-TSH, 2021 U.S. Dist. LEXIS 41081, at **8-9 (N.D. Cal. Mar. 3, 2021) (taking judicial notice of "publicly-accessible web pages [that] are expressly cited and relied upon in [the] complaint"); *Tibbs v. Arlo Techs., Inc.*, 2024 U.S. Dist. LEXIS 113916, at *18 n.3 (N.D. Cal. June 27, 2024) (webpages incorporated by reference because plaintiffs relied on them extensively); *Asurvio LP v. Malwarebytes, Inc.*, 2020 U.S. Dist. LEXIS 53906, at *2 n.2 (N.D. Cal. Mar. 26, 2020) (same).

That the Complaint does not explicitly reference or attach some of the materials above does not change the fact that Plaintiffs' claims depend upon the contents of these documents. "Under the incorporation by reference doctrine, courts may incorporate documents or portions thereof that are not expressly referenced in the complaint if they form the basis of the plaintiff's claims, or the claims depend on documents' contents." *In re Apple Data Privacy Litig.*, 824 F.Supp.3d 888, 894 (N.D. Cal. Jan. 20, 2026) (citing *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005)).

Finally, each of the exhibits and referenced materials above are independently subject to judicial notice because they are all publicly available documents and webpages "whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see e.g.*, *Opperman v. Path, Inc.*, 84 F. Supp. 3d 962, 975 (N.D. Cal. Mar. 23, 2015) (taking judicial notice of Apple's online "Software License Agreements," "Privacy Policy," and other publicly available documents); *Datel Holdings Ltd. v. Microsoft Corp.*, 712 F. Supp. 2d 974, 983-85 (N.D. Cal. 2010) (taking judicial notice of publicly available online Terms of Use even though defendant did not show it was the operative version throughout the class period); *Libman*, 2024 U.S. Dist. LEXIS 175118, at **21-22 (granting judicial notice of Apple's privacy disclosures because they were publicly available online); *Brown v. Google LLC*, 525 F.Supp.3d 1049, 1061 (N.D. Cal. Mar. 12, 2021) (collecting cases); *In re Yahoo Mail Litig.*, 7 F. Supp. 3d 1016, 1025, 1028-29 (N.D. Cal. 2014) (same).

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of each of the materials referenced in paragraphs 1 through 8 above in connection with the Motions.

DATED: August 31, 2026

WOMBLE BOND DICKINSON (US) LLP
TOMIO B. NARITA
GENEVIEVE WALSER-JOLLY
R. TRAVIS CAMPBELL
LEANNE C. YU
MICHELLE CATAPANG
ANDREW YU CHIH

By: s/Tomio B. Narita
Tomio B. Narita
Attorney for Defendants
*Alibaba Group (US) Inc., Alibaba.com US E-Commerce Corp., Alibaba.com US LLC, and Alibaba Group Holding Limited*

# Exhibit A

MENU

My Alibaba

平台规则

搜索规则关键词 如：违规 全部 搜索

热门搜索：不当交易 滥发信息 评价

首页 规则辞典 规则解读 我的体检中心

总则
总则
经营管理
商品合规规则
交易规则
违规规则
规则解读
营销规则
买家保障
会员权益
公告
协议专区
供应链规则
违规公示
第三方服务市场规则
其他
历史规则

规则辞典 > 历史规则

# 【已失效】信用保障服务规则

2023-04-27 19:54

PART A
第一章规
Chapter 1 F
第一条
Article 1
第二条
Article 2
第二章保
Chapter 2 M
第三条
Article 3
第四条
Article 4
第五条
Article 5
第六条
Article 6
第三章保
Chapter 3 C
第七条
第八条
Article 8
第四章信
apter 4 I
第九条
Article 9
第十条
Article 1
第十一条
Article 1
第十二条
Article 1

**【重要声明】**

请您仔细阅读本规则各项条款，特别是其中对您可获得的信用保障服务有可能产生不利影响的部分（包括但不限于根据本规则的第11条）。在您承诺遵守任何信用保障服务项下交易合同时，您应确保已阅读并理解这些规则。实际规则的适用以信用保障交易系统中相应交易场景的设置为准。

Important Notice: Please review these Rules carefully, particularly those terms and disclaimers which may adversely impact the scope of Trade Assurance Services available to you, including but not limited to those under Rule 11 of these Rules. You must review and understand them before committing to any contractual agreements subject to Trade Assurance Services. Application of the Rules shall be subject to the relevant transaction setting in Trade Assurance transaction system.

**信用保障服务规则**

**Trade Assurance Services Rules (the "Rules")**

**版本号：20231017** **正式生效日期：20231024**

**Version No.: 20231017** **Effective Date: 20231024**

**这些规则包括：**

- **A部分 – 适用于大陆地区注册或居住的卖方用户，及与其签订《信用保障交易合同》或《信用保障样品采购合同》的全球买方；**
- **B部分 – 适用于中国台湾地区注册或居住的卖方用户，及与其签订《信用保障交易合同》或《信用保障样品采购合同》的全球买方；及**
- **C部分 – 适用于中国香港地区注册或居住的卖方用户，及与其签订《信用保障交易合同》或《信用保障样品采购合同》的全球买方。**

**本信用保障服务仅提供给符合资质的使用者，即同意并接受阿里巴巴国际站 《用户协议》 的注册用户。用户使用信用保障服务代表其已经同意并遵守相关规则和服务协议，以及阿里巴巴国际站其它所有 相关规则 。**

**These Rules comprise of:**

- **Part A, which applies to worldwide Buyers that have entered into Trade Assurance Purchase Contracts or Trade Assurance Sample Purchase Contract with Sellers registered or resident in Mainland China;**
- **Part B, which applies to worldwide Buyers that have entered into Trade Assurance Purchase Contracts or Trade Assurance Sample Purchase Contract with Sellers registered or resident in Taiwan; and**
- **Part C, which applies to worldwide Buyers that have entered into Trade Assurance Purchase Contracts or Trade Assurance Sample Purchase Contract with Sellers registered or resident in Hong Kong.**

**Trade Assurance Services are only provided to qualifying registered users who had duly agreed to all terms of the Alibaba.com Free Membership Agreement . Use of the Trade Assurance Services shall mean that such user has agreed to and abided by the relevant service agreements and all other relevant rules in Alibaba.co m.**

## A部分

## PART A

### 第一章规则目的及定义

### Chapter 1 Purpose and Definition

**第一条【制订目的】**

**Article 1 Purpose**

1.1为保护阿里巴巴国际站（ www.alibaba.com ）用户的合法权益，促进信用保障服务的健康发展，制定本规则。

The purpose of establishing these Rules is to protect the legitimate interests of users of Alibaba.com (URL: http://www.alibaba.com ) and to promote the healthy development of the Trade Assurance Services.

1.2 本规则由阿里巴巴国际站用户（包括买方及卖方）与Alibaba.com Singapore E-Commerce Private Limited（以下简称"Alibaba Singapore"），Alibaba.com Hong Kong Limited（以下简称"Alibaba Hong Kong"）及深圳市一达通企业服务有限公司（和Alibaba Singapore以及Alibaba Hong Kong统称"阿里巴巴"）共同缔结。

These Rules are jointly concluded by Alibaba.com users (including Buyers and Sellers), Alibaba.com Singapore E-

Commerce Private Limited (referred to as "Alibaba Singapore"), Alibaba.com Hong Kong Limited (referred to as "Alibaba Hong Kong"), and Shenzhen One Touch Business Services Limited (collectively with Alibaba Singapore and Alibaba Hong Kong, referred to as "Alibaba").

**第二条【定义】**

**Article 2 Definition**

2.1 买方：指在阿里巴巴国际站上采购产品并要求卖方提供信用保障服务的阿里巴巴国际站用户。

"Buyer" means a user of Alibaba.com who has purchased products and requested Seller to provide Trade Assurance Services.

2.2 卖方：为免生疑，在本规则A部分仅指在阿里巴巴国际站上销售产品并向买方提供信用保障服务的且在大陆地区注册或居住的阿里巴巴国际站用户。

"Seller", for the avoidance of doubt, under this Part A means a user, registered or resident in Mainland China, who sells products on Alibaba.com and agrees to provide Trade Assurance Services to Buyer.

2.3 信用保障交易合同：下称"交易合同"或"订单"，指买卖双方为约定产品出口相关及信用保障服务相关权利义务而使用阿里巴巴国际站认可的方法订立的买卖合同。

"Trade Assurance Purchase Contract" or "Purchase Contract" means a sales and purchase contract entered into by and between a Buyer and a Seller using an execution method approved by Alibaba.com which stipulates the rights and obligations in connection with the exportation of products and Trade Assurance Services.

信用保障样品采购合同：下称"样品合同"或"样品单"，指卖方与买方就卖方提供样品予买方通过登录阿里巴巴国际站在线签署或确认的、包含样品贸易条款（含品名、数量、价格等交易信息）和保障条款等内容的合同。"Trade Assurance Sample Purchase Contract" or "Sample Order" means a sales and purchase contract between a Buyer and a Seller in terms of the seller providing sample(s) to the buyer and signed or confirmed by both parties by logging in Alibaba.com, containing sample order provision (including good category, quantity, price and other order information) and other Trade Assurance provisions.

第五章信用
Chapter 5 T
第十三条
Article 1
第十四条
Article 1
第六章 信
Chapter 6
第十五条
第七章其他
Chapter 7 M
第十六条
Article 1
PART B
第一章规则
Chapter 1 F
第一條
Article 1
第二條
Article 2
第二章保障
Chapter 2 M
第三條
Article 3
第四條
Article 4
第五條
Article 5
第六條
Article 6
第三章保障
Chapter 3 C
第七條
第八條
第四章信用
Chapter 4 D
第九條
Article 9
第十条
Article 1
第十一条
Article 1
第十二條
第五章信用
Chapter 5 T

除非规则文中有特别说明，“交易合同”和“订单“均包括“样品合同”和“样品单”。

Unless specifically stated in the context, "Transaction Contract" and "Order" include both "Sample Contract" and "Sample Order"

2.4 信用保障服务：又称“保障服务”，即卖方与买方达成交易合同，承诺按约向买方履行合同交货义务；当卖方发生以下违约行为：

a.交易合同（不含样品合同）：（1）迟于交易合同约定的“发货时间”发货或未发货；或（2）卖方有以下行为，导致产品的价值产生重大损失，或双方已知或应知的交易的主要商业目标无法达成的：(i)未按本合同约定质量要求供应产品、或(ii)未向买家移交物权凭证、或(iii)未提供单据（或证书）等文件、或(iv)有其他严重违约行为；

b.样品合同：（1） 迟于交易合同中约定的“发货时间”发货；或（2）没有发货（包括未足量发货）或（3）有其他严重违约行为。

卖方承诺向买方退还全额已收合同款，买卖双方约定的退款金额（以投诉举报平台系统记录为准），或其他Alibaba Singapore指定的款项（部分退款以买方接受卖方违约行为为前提），具体金额以Alibaba Singapore根据相关证据做出的判责为准；若买方向Alibaba Singapore提出投诉、使用阿里巴巴国际站提供的纠纷调处服务，则卖方同意：Alibaba Singapore在收到买方有效投诉后、可根据相关证据有权独立做出纠纷调处，如Alibaba Singapore判断卖方违约成立，则Alibaba Hong Kong及/或深圳市一达通企业服务有限公司有权以交易合同项下“保障额度和冻结资金的总和”为限（如有验货，应包含验货费用）、自行或委托相关合作方代理卖方向买方进行垫付退款，以保障买方权益。**信用保障服务是卖方按交易合同约定向买方提供的保障承诺和义务，卖方是该义务的承担者，Alibaba Hong Kong、深圳市一达通企业服务有限公司或任何第三方不是该义务的责任人。“冻结资金”指买方已付合同款金额超过该笔交易合同对应的保障额度的金额。冻结资金的使用方式以卖方与Alibaba Hong Kong及/或深圳市一达通企业服务有限公司另行约定为准。**

“Trade Assurance Services” or “Assurance Services” means the services that Seller undertakes to fully refund the Contract Sum received by the Seller or an amount mutually agreed upon by the Buyer and Seller (in accordance with the system records of the Complaints Platform)， or other amount as designated by Alibaba Singapore (Partial refund shall be conditional upon the Buyer’s acceptance of the Seller’s act of breach of contract) and the actual amount to be refunded shall be determined by Alibaba Singapore based on the relevant evidences, in case Seller breaches the following items:

a. The Purchase Contract: ships out products later than Shipment Date or did not ship out the products at all; or: (i) failure to deliver products in compliance with the Product Description and Specifications, or (ii) failure to provide valid documentation in support of change of ownership of the products to the Buyer, or (iii) failure to provide valid documentation including but not limited to corresponding invoice (or certification) in support of delivery, or (iv) commits any other material breach of the Purchase Contract, in each case resulting in a material damage to the value of the products or the commercial objective known or should be known to both Seller and Buyer becoming unachievable)

b. The Sample Purchase Contract: (i) ships out products later than shipment date, or (ii) did not ship out the products at all (including insufficient product quantity), or (iii) commits any other material breach of the Sample Purchase Contract, in each case resulting in a material damage to the value of the products or the commercial objective known or should be known to both Seller and Buyer becoming unachievable)

after Seller enters into a Purchase Contract with Buyer and undertakes to perform its obligations relating to product delivery as stipulated therein; and if Buyer submits a complaint to Alibaba Singapore and uses the Dispute Determination service provided by Alibaba.com, Seller agrees that after Alibaba Singapore receives a valid compliant, Alibaba Singapore shall have the right to determine at its sole discretion the liability in connection with the dispute, based upon the relevant evidence, and if Alibaba Singapore determines that Seller has committed a breach of the Purchase Contract, Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited will be entitled to, on its own or entrust a related partner, refund to Buyer for and on behalf of Seller in the amount up to the total sum of Frozen Fund and Trade Assurance Amount as set forth in the Purchase Contract (including inspection fee, if any) in order to protect the legitimate interests of Buyer. **Trade Assurance Services are an undertaking and obligation of Seller to provide assurance to Buyer as stipulated in the Purchase Contract. Seller shall be solely responsible for providing such services and none of Alibaba Hong Kong, Shenzhen One Touch Business Services Limited or any third party shall have any obligation to provide such services to Buyer. “Frozen Fund” means the amount of Contract Sum paid by Buyer under the Purchase Contract that is in excess of the Trade Assurance Amount corresponding to the underling Purchase Contract. Use of the Frozen Fund shall be determined in a separate a**

第十三（
第十四（
Article 1
第十五（
Article 1
第六章其（
Chapter 6 N
第十六（
Article 1
PART C
第一章规則
Chapter 1 F
第一條
Article 1
第二條
Article 2
第二章保障
Chapter 2 N
第三條
Article 3
第四條
Article 4
第五條
Article 5
第六條
Article 6
第三章保障
Chapter 3 C
第七條
第八條
第四章信用
Chapter 4 I
第九條
Article 9
第十条
Article 1
第十一条
Article 1
第十二（
Article 1
第五章信用
Chapter 5 T
第十三（
Article 1
第十四（

**greement by and between Seller and Alibaba Hong Kong and Shenzhen One Touch Business Services Limited.**

2.5一达通服务：即深圳市一达通企业服务有限公司或其关联公司向卖方提供的外贸综合服务（详见 http://onetouch.alibaba.com ），包括但不限于出口报关、物流运输、贸易融资、收汇结汇、出口退税、自证自营出口等服务。

"One Touch Services" means the comprehensive international commercial and trading services provided to Seller by Shenzhen One Touch Business Services Limited or its affiliates, including but not limited to customs declaration services for exportation, logistics services, trade financing, exchange receipt and settlement, tax return upon exportation, permitted self-managed exportation and etc. (for details please visit http://onetouch.alibaba.com ).

**2.6 验货商：特指入驻阿里巴巴验货平台的【信用保障服务指定验货商】，该服务商将按交易合同中约定的产品质量标准提供指定验货服务。**

**"Product Inspection Company" means the product inspection company designated for Trade Assurance Services which operates on Alibaba's inspection platform and provides inspection services according to the product quality standards stipulated in the Purchase Contract.**

2.7 信用保障额度：下称"保障额度"，指Alibaba Hong Kong及/或深圳市一达通企业服务有限公司在特定条件下可帮助卖方向买方提供先行赔付保证的资金限额。 **保障额度仅供买方参考，不影响买方按交易合同及本规则获得退款。**

"Trade Assurance Amount" or "Assurance Amount" means the monetary limit of advance compensation assurance that Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited may provide to Buyer for and on behalf of Seller under certain conditions. **The Assurance Amount shall be for Buyer's reference only and does not affect the refund that Buyer shall receive in accordance with the Purchase Contract or the Trade Assurance Service Rules.**

2.8 工作日：指中华人民共和国法定节假日（如周六日等）之外的任何一天。

"Working Day" shall mean any day that is not an official holiday in the People's Republic of China, such as Saturday, Sunday and etc.

2.9 "自然日"和 "天"：指中华人民共和国的日历日。

"Calendar Day" or "Day" shall mean a Calendar day in People's Republic of China.

## 第二章保障额度管理

## Chapter 2 Management of Assurance Amount

**第三条【保障额度的取得】：**

**Article 3 Obtaining the Assurance Amount**

3.1 卖方在阿里巴巴国际站上的基本信息、贸易交易额、资信状况等数据可作为卖方保障额度的累积依据，具体额度以Alibaba Hong Kong决定为准。一个卖方只能获得一个保障额度。

Seller's profile and its transaction volume, credit standing and other data on Alibaba.com may constitute the basis for determination of the Assurance Amount available to Seller. Alibaba Hong Kong shall have the sole and absolute discretion in determining the Assurance Amount available to Seller. Each Seller may only obtain one Assurance Amount.

3.2 卖方的基本信息包括但不限于其工商注册信息、与阿里巴巴国际站及其关联公司合作的年限、在国际站的操作表现等信息；

Seller's profile includes but not is limited to its industrial and commercial registration information, term of cooperation with Alibaba.com and its affiliates and its performance on Alibaba.com.

3.3 贸易交易额的数据来源包括但不限于下述两类：

The sources of Seller's transaction volume include, but are not limited to, the following:

3.3.1 卖方在最近1年内通过一达通外贸综合服务出口的数据；

Seller's records of exportation through One Touch's comprehensive international commercial and trading services in the past one year;

3.3.2 卖方提供的最近1年的自营进出口交易数据。

Seller's records of self- managed importation and exportation in the past one year as provided by Seller.

**3.4卖方的资信状况，目前主要参考阿里巴巴国际站违规处罚累计扣分 （扣分会导致信用保障额度降低，超过一定分值或其他重大违规行为则无法开通或继续提供保障服务）。**



Article 1
第十五條
Article 1
第六章其他
Chapter 6 M
第十六條
Article 1

**Seller's credit standing is at present mainly determined according to the accumulatively deducted points as penalty by Alibaba.com for its violations. (Deduction of points may lead to reduction in Trade Assurance Amount. Where points that have been deducted exceed a certain limit or Seller has committed other major violations, the provision of Trade Assurance Services cannot be activated or will be terminated.)**

**3.5 阿里巴巴可根据行业变化及运营需求对保障额度的相关规则进行调整，并决定公布的内容和范围。**

**Alibaba may adjust relevant rules for Assurance Amount according to industry changes and operational demands and decide the content and scope to be published.**

**第四条【保障额度展示】：**

**Article 4 Display of Assurance Amount**

4.1每个卖方的保障总额度将定期或不定期更新，展示在阿里巴巴国际站相关页面，仅供买方参考。

Each Seller's Assurance Amount shall be updated from time to time and displayed on the relevant page of Alibaba.com, and for Buyer's reference only.

4.2 卖方拥有多个国际站帐号的情况下（以同一营业执照为同一企业为认定标准），同一企业的多个已开通信用保障服务的帐号将展示、及共用同一保障额度。

If Seller owns more than one membership account with Alibaba.com (accounts under the same business license shall be taken as belonging to one enterprise), all membership accounts of the same enterprise for which the Trade Assurance Services have been activated will display, and share the same Assurance Amount.

**第五条【保障额度的使用】：**

**Article 5 Use of the Assurance Amount**

5.1 买方支付交易合同项下的款项且经alibaba.com系统确认到账后，该款项对应的保障额度即时冻结。

After Buyer has made payment under the Purchase Contract and the receipt of payment has been confirmed in Alibaba.com's system, the Assurance Amount in respect of that payment will be frozen immediately.

5.2 单笔保障额度冻结后，可用保障额度中将扣除对应金额；反之，单笔保障额度解冻后，可用保障额度中将恢复之前冻结的金额。

After a certain amount of the Assurance Amount for a particular Purchase Contract is frozen, the Assurance Amount available to Seller will be deducted accordingly; and after the frozen Assurance Amount is released, the Assurance Amount available to Seller will increase to correspond to the released amount.

5.3交易合同中保障额度的具体金额以"已收合同价款"和"可用保障额度"两者中较低的一项为准。保障额度金额不影响买方应该退款的金额：超出保障额度的冻结资金部分由卖方自行安排退款或通过Alibaba Hong Kong及/或深圳市一达通企业服务有限公司安排垫付退款。

The specific Trade Assurance Amount under the specific Purchase Contract shall be the lower of the Contract Sum (as set out in the Trade Assurance Purchase Contract) received by the Seller and the total remaining Assurance Amount of the Seller. The Assurance Amount does not affect the refund that Buyer is entitled to any amount of the Frozen Fund exceeding the Assurance Amount shall be refunded by the Seller or refunded by Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited on behalf of the Seller.

**5.4 卖方应具备如下全部条件方可起草交易合同：**

**Unless Seller has satisfied all of the following conditions, it may not draft the Purchase Contract:**

5.4.1满足信用保障服务准入条件，如使用一达通代理出口则另需已完成一达通开票人和相关产品预审；

Seller has satisfied the access requirements for Trade Assurance Services and, if it uses One Touch for exportation of the products, it has passed relevant reviews by One Touch on drawer and relevant products;

5.4.2 预付款金额大于零；

The deposit stipulated in the Purchase Contract is greater than zero;

5.4.3 无拖欠Alibaba Hong Kong及/或其关联公司款项的情况；

No payments payable to Alibaba Hong Kong and/or its affiliates are overdue;

5.4.4 无其他影响交易合同的风险因素存在。

There are no other risk factors that affect the Purchase Contract.

【注】上述条件是否完备，以阿里巴巴审核结果为准。

Note:

Alibaba shall have the sole right and discretion to determine whether or not Seller has fulfilled all of the conditions specified above.

5.5 保障额度的解冻：满足下述条件之一的，单笔交易合同对应的保障金额解冻：

Release of Assurance Amount: the Assurance Amount for a particular Purchase Contract will be released in any of the following events:

5.5.1 交易合同顺利履行完毕的；

The Purchase Contract has been fully performed successfully;

5.5.2 交易合同纠纷处理完毕（发生退款的，则退款已清偿完毕）的；

Any dispute under the Purchase Contract has been fully settled (in case of refunding (not a Trade Assurance Services refund by One Touch for and on behalf of Seller), the amount to be refunded has been refunded in full);

5.5.3 买卖双方达成一致关闭交易合同（取消或终止订单）的；

Both Buyer and Seller have agreed to close the Trade Assurance Purchase Contract (where the Purchase Contract is cancelled or terminated);

5.5.4 发生Alibaba Hong Kong认为可以解冻的其他情景。

Any other circumstance occurs which in the opinion of Alibaba Hong Kong the Assurance Amount may be released.

**第六条【信用保障服务的中止和终止】：**

**Article 6 The Suspension and Termination of Trade Assurance Service:**

**6.1 发生下述情况之一的，信用保障标识展示将被暂停：**

**The Service icon display for Trade Assurance will be temporarily suspended upon the occurrence of any of the following:**

**6.1.1 卖方首次开通供应商服务和信用保障服务均满180天，且在开通期间有连续的180天内无生效的信用保障交易合同（生效定义见7.3条），则将暂停信用保障标识展示。"供应商服务"指中国大陆、中国香港、中国台湾的卖方用户付费获得的实现其在阿里巴巴国际站上发布公司和产品等信息资料相关网络技术支持的服务。**

**If Supplier Services and Trade Assurance Services have been activated for Seller for the first time and lasts for more than 180 days, and no Purchase Contract has taken effect (refer to Article 7.3 for the definition of take effect) for a consecutive period of 180 days, then the Service icon display for Trade Assurance will be temporarily suspended. "Supplier Services" means Internet and technology support services on Alibaba.com relating to the publication of company and product information that Sellers of Mainland China, Hong Kong and Taiwan can obtain by paying for such services.**

**标识展示暂停期间，卖方有权申请恢复标识展示。申请后【15】天内达成有效交易合同的，标识展示自动恢复；逾期未达成有效交易合同的，标识展示将继续暂停，且30天内（自申请日后第16天起计算）无权提起申请恢复展示。**

**Seller shall have the right to apply for the restoration of the Service icon during the time its display is being temporarily suspended. The Service icon shall be automatically restored if an effective Purchase Contract is entered into within [15] days of such application. The Service icon shall continue to be suspended if no effective Purchase Contract is entered into during this period and, if this is the case, Seller shall not be allowed to apply for restoration of the Service icon for a period of 30 days (counting from the 16th day following Supplier's application for restoration).**

**6.2 发生下述情况之一的，信用保障服务资格将被终止：**

**6.2 The Trade Assurance Service qualification shall be terminated upon the occurrence of any of the following:**

**6.2.1 卖方累计【2】次以上（含【2】次）无合理理由拒绝与买方进行信用保障交易的；**

**Seller has unreasonably refused to enter into a Trade Assurance transaction with a Buyer on two or more occasions;**

**6.2.2 卖方逾期未全额归还Alibaba Hong Kong及/或深圳市一达通企业服务有限公司垫付的退款超过【1】个月的；**

**The repayment from Seller of the amount refunded by Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited on its behalf has been overdue for more than [one] month;**

**6.2.3 卖方不再满足信用保障服务相关准入条件的；**

Seller no longer satisfies relevant access conditions for Trade Assurance Services;

**6.2.4 卖方根据阿里巴巴国际站或者一达通的规则需要使用一达通服务的未使用一达通服务的；**

**Seller fails to use One Touch Services where it is required to use the same pursuant to the rules of Alibaba.com or the rules of One Touch;**

**6.2.5 因卖方的原因（包括但不限于卖方指示买方等原因），导致交易合同款项未支付到交易合同指定收款账号的；**

**The Contract Sum (as set out in the Trade Assurance Purchase Contract) has not been paid to the designated bank account because of Seller (including but not limited to Seller instructing Buyer etc.);**

**6.2.6 卖方发生违反信用保障服务相关协议及/或本规则的其他行为，且阿里巴巴认为需要终止其服务资格的。**

**Seller has violated agreements related to the Trade Assurance Services and/or these Rules, and Alibaba decides to terminate Seller's qualification to Trade Assurance Services.**

## 第三章保障服务操作流程

## Chapter 3 Operational Work Flow of Assurance Services

**第七条【操作流程】：**

7.1 第一阶段：卖方起草、修改、提交交易合同；买方也可起草、提交交易合同。

First Stage: Seller drafts, amends, and submits a Purchase Contract; Buyer may also draft and submit a Purchase Contract;

7.2 第二阶段：1）如合同系买方起草，需经卖方确认；2）如合同系卖方起草，买方应在卖家发货前按阿里巴巴国际站规则的要求或合同约定的方式足额支付合同款项到交易合同指定收款账号并经确认到账，交易合同成立并生效。**买方选择信用卡或e-checking付款方式的，则买方有权提出拒付，当发生拒付时，卖方应当配合举证，不进行举证或举证失败卖方应承担相关损失；举证是否成立通常以信用卡组织判定为准。交易合同中的收款账号仅可用于收支该合同项下交易款项，买卖双方应妥善保存及管理该账号，不得擅自更改使用方式或对外不当披露。因该账号的使用或款项拒付等原因导致任何纠纷或损失的，均应由买卖双方自行解决或承担，且买卖双方承诺采取一切措施，避免给阿里巴巴及/或其关联公司造成任何不利影响或损失。**

Second Stage: 1) If Buyer drafts the Purchase Contract, Seller shall confirm such Purchase Contract; 2) If Seller drafts the Purchase Contract, Buyer shall remit the Contract Sum in full to the beneficiary bank account designated in the Purchase Contract in the method approved by Alibaba.com or stipulated in the Purchase Contract before shipment by Seller, and upon confirmation of receipt of the remittance, the Purchase Contract shall be concluded and take effect. **If Buyer selects credit card or e-checking as the method of payment, Buyer shall be entitled to request for chargeback. In such an event, Seller shall cooperate and bear the burden of proof. In the event Seller does not provide any evidence or fails to prove its case, Seller shall be liable for the relevant losses. Whether Seller is able to successfully prove its case will usually be based on the relevant credit card issuer's determination. The beneficiary bank account designated in the Purchase Contract shall be used for the collection of transaction payments thereunder only. Buyer and Seller shall keep and maintain such account number in a proper manner, and shall not change its use without authorization or disclose such account details improperly. Any disputes or losses caused by the use of such account or request for chargeback or other reasons shall be settled or borne by and between Buyer and Seller, and Buyer and Seller undertake to make all efforts to protect Alibaba and/or its affiliates from any adverse effects or losses.**

7.3 第三阶段：卖方应按合同约定方式发货。

Third Stage: Seller shall ship the products in the method agreed in the Purchase Contract.

7.4第四阶段：买方可在卖方发货后N个自然日内确认收货，并对卖方进行评价。

Fourth Stage: Buyer may confirm receipt of products and give a review of Seller within "N calendar days" after Seller ships the products.

7.4.1 " N个自然日"的定义：

"N calendar days" means:

不同发货方式要求不同，具体以阿里巴巴国际站 实际发布 的要求为准。

Different delivery methods have different requirements, which shall be subject to the requirements actually issued by Alibaba.com

为避免争议，系统自动确认收货仅适用于货物的物流信息显示已妥投。

For the avoidance of doubt, the system's default Date of Confirmed Receipt shall only apply upon the logistics information of the goods shows that the delivery has been completed

系统无法识别货物的物流信息或物流信息显示货物仍在途，则确认收货日期以买家实际收到货物的日期为准。

If the system cannot identify the logistics information of the goods or the logistics information shows that the goods are still in transit, the Date of Confirmed Receipt shall be the date when the buyer actually receives the goods.

7.4.2 "发货日期"的定义：除非双方另有约定，"发货日期"以阿里巴巴国际站交易系统的记录为准，如交易系统记录发货日期有误的，以阿里巴巴核实和确认日期为真实发货日期。

Definition of "Shipment Date": Unless otherwise agreed by Buyer and Seller, "Shipment Date" is subject to the shipment date recorded in the Alibaba.com Trade Assurance transaction system. If there is an error in the shipment date recorded in the Alibaba.com Trade Assurance transaction system, the actual shipment date shall be subject to the verification and confirmation by Alibaba.

7.4.3 某些交易场景下，买方在卖方许可的前提下，可延长发货期不超过90天（包括90天）。

Under certain transaction setting, Buyer may extend the Shipment Date for not more than 90 days (including 90 days) with the Seller's permission.

7.4.4 买卖双方可根据系统允许，分别延长收货时间。

If permitted by Alibaba.com's transaction system, Buyer and Seller may extend the expected date of arrival of the products.

**第八条【纠纷调处服务】：**

**Article 8 Application for Dispute Determination:**

任何一方可在交易合同生效后，按合同约定向Alibaba Singapore提出投诉，即可使用阿里巴巴国际站提供的纠纷调处服务（即调解和处理相关服务，见《阿里巴巴投诉举报平台使用协议》），该投诉应当由买方或卖方通过有效账号在阿里巴巴国际站上登录后按网站指定路径和方式提交。有效账号通常指交易合同起草时所录入的电子邮箱地址，或确认交易合同时使用的正常有效的阿里巴巴国际站账号。

After the Purchase Contract has taken effect, a party that has submitted a complaint to Alibaba Singapore under the terms of the Purchase Contract may use the Dispute Determination services (ie, dispute resolution and related services see Agreement on Use of Complaint Center ) provided by Alibaba.com. The request should be submitted via the complainant's valid account with Alibaba.com in accordance with the website's guidance and instruction after the party has logged in to Alibaba.com. A valid account generally refers to Buyer or Seller's email address inserted into the Trade Assurance Purchase Contract at the time of drafting, or the regular and effective account used by Buyer or Seller on Alibaba.com when Buyer or Seller confirmed the Trade Assurance Purchase Contract.

## 第四章信用保障纠纷处理

## Chapter 4 Dispute Determination in Connection with Trade Assurance Services

**第九条 【投诉和受理】**

**Article 9 Complaints and Handling**

9.1 【投诉】

Complaints

9.1.1 交易合同生效后发生纠纷的，买方可通过信用保障服务交易系统（简称"系统"）发起投诉；卖方可通过投诉举报中心发起投诉。发起投诉的一方称为投诉方，另一方称为被投诉方。

If a dispute arises after the Purchase Contract has taken effect, Buyer may raise a complaint through the Trade Assurance Services Transaction System (the "System"), and Seller may raise a complaint through the Complaint Center. The complaining party is referred to as complainant and the other party as respondent.

9.1.2 投诉方需填写投诉主张及原因，并按系统提示在通知时限内提供能充分证明投诉主张的证据材料。

The complainant must fill in the reasons and grounds for raising the dispute and provides sufficient supporting documents within the time limit displayed on the System.

9.1.3投诉方及被投诉方首先应协商解决纠纷。如纠纷调处期间，双方达成和解方案的，Alibaba Singapore将终止纠纷调处流程。

The complainant and the respondent shall first negotiate to solve the dispute. If during the course of Dispute Determination, the parties reach a settlement, Alibaba Singapore will then cease the Dispute Determination.

9.2 【撤诉】

Complaint Withdrawal

9.2.1 投诉方可在Alibaba Singapore做出判责决定前撤销投诉。

The complainant may withdraw the complaint before Alibaba Singapore makes any determination on the complaint.

9.2.2 被投诉方不得引诱、欺诈、胁迫投诉方撤诉。

The respondent shall not lure, engage in any fraudulent act to make, or coerce the respondent to withdraw the complaint.

9.3 【投诉受理期限】投诉处理期限，按照 《阿里巴巴国际站交易纠纷调处规则》 相关规定执行。

Claim Period. The claim period for handling complaints shall be in accordance with the relevant provisions of Alibaba.com Transaction Dispute Determination Rules.

9.4【通知】。Alibaba Singapore受理投诉后，进行纠纷调处，将通过邮件、电话等方式通知被投诉方该投诉事宜。

Notice. After Alibaba Singapore receives the request for Dispute Determination, it will notify the respondent about the complaint by mail, telephone, or other methods as deemed appropriate.

9.5【反通知】

Counter-notice

9.5.1 接到Alibaba Singapore通知后，被投诉方应按照 《阿里巴巴交易纠纷调处规则》 相关规定对投诉方的主张进行反通知并提供有效证据材料。

After being notified by Alibaba Singapore, the respondent shall submit a counter-notice against the complaint and provide valid supporting evidence in accordance with the relevant provisions of Alibaba.com Transaction Dispute Determination Rules.

9.5.2 被投诉方未在指定时间内提供反通知或提供的证据材料不能充分证明反通知主张的，Alibaba Singapore将依据现有证据材料判责。

If the respondent fails to submit a counter notice in time or fails to provide sufficient evidence to support its counter- notice, Alibaba Singapore will make decisions based on the existing supporting evidence available.

9.6【证据材料】

Supporting Evidence

9.6.1 纠纷调处以阿里巴巴及或其关联公司和国际站系统记录信息为直接证据，其他资料仅作为辅助资料。

The data and information recorded in the systems of Alibaba and/or its affiliate and Alibaba.com shall serve as the primary evidence and basis for determination of any dispute. Other information and record shall only serve as supplemental information for Dispute Determination.

9.6.2买卖双方应保证所提供的证据材料真实合法有效。Alibaba Singapore不保证争议各方提交的纠纷相关证明文件是真实、完整、准确的，对任何不真实或者误导性的资料不应负责。

Both Buyer and Seller shall ensure that the supporting evidence provided is true, complete, valid and lawful. Alibaba Singapore does not guarantee that the supporting evidence submitted by either party is true, complete and accurate and shall not be responsible if such information is untrue or misleading.

**第十条【纠纷调处服务】**

**Article 10 Dispute Determination**

10.1 买方或卖方使用阿里巴巴国际站上的纠纷调处服务的，即表明各方同意**Alibaba Singapore可根据自己的独立判断，并以普通非专业人士的身份对交易合同相关纠纷做出判断和处理决定（通常称为"判责决定"、"纠纷处理决定"、或"调处决定"等）。双方理解并明确因Alibaba Singapore并非专业司法机关，故无须对其做出的不完美的、有瑕疵的、不妥当的或者错误的赔付、理赔、支付、处置行为承担任何责任。**

Buyer or Seller's use of Alibaba.com's Dispute Determination service shall be taken as indication from the relevant party that **Alibaba Singapore has the right to make an independent decision (often referred to as "liability determination", "dispute settlement decisions" or "mediation decision") on any disputes related to**

**the Purchase Contract in the capacity of a normal and non professional person. Both Buyer and Seller understand and agree that Alibaba Singapore will not be liable for any imperfect, defective, improper or faulty decisions regarding compensation, settlement of claims, payment and disposal, etc., as it is not a professional judicial authority.**

10.2 **Alibaba Singapore将依据 《阿里巴巴交易纠纷调处规则》 规定进行纠纷的调处和判责，若买方或卖方在交易过程中出现违规行为的，将依据 《阿里巴巴交易违规处罚规则》 进行处罚。**

**Alibaba Singapore will mediate between Buyer and Seller and determine the liability in respect of disputes in accordance with Alibaba.com Transaction Dispute Determination Rules. If Buyer or Seller breaks the Rules during the transaction, Buyer or Seller will be punished in accordance with Alibaba.com Transaction Non-Compliance Punishment Rules.**

10.3纠纷调处判责后 Alibaba Hong Kong及/或深圳市一达通企业服务有限公司决定代卖方垫付退款的，通常情况下将在买方提供正确的银行账号信息后的【7】个工作日内，将需要退还的款项（以交易合同项下"保障额度和冻结资金的总和"为限，如有验货，应退还买方验货款项）支付至买方原付款账号；**卖方应退还的款项超出限额的，超出的部分应由卖方先向Alibaba Hong Kong及/或深圳市一达通企业服务有限公司支付，再由Alibaba Hong Kong及/或深圳市一达通企业服务有限公司代卖方向买方支付；退款环节涉及的银行相关费用由买卖双方协商决定，协商不成的按照纠纷调处判责决定执行。**

After Alibaba Singapore's Dispute Determination, if Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited decides to refund the amount of Contract Sum (as set out in the Trade Assurance Purchase Contract) already paid by Buyer on behalf of Seller, Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited shall, under normal conditions, remit the funds to be refunded (which shall not exceed the total sum of Trade Assurance Amount and Frozen Fund (and inspection fee, if any) under the Purchase Contract to Buyer's original payment bank account within [7] Working Days after Buyer provides correct bank account information. **If the sum to be refunded by Seller exceeds the Trade Assurance Amount and Frozen Fund, such excessive amount shall firstly be paid by Seller to Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited, who shall then pay the same to Buyer on Seller's behalf; the assumption of all relevant bank charges involved in the refund process shall be decided by Buyer and Seller through negotiation, failing which the liability determination made through Dispute Determination shall be followed.**

**第十一条【免责条款】**

**Article 11 Disclaimer**

**买方理解并同意，发生下述任一情况的，买方无法获得垫付退款：**

**Buyer acknowledges and agrees that Buyer will not receive any refunds in the event of any of the followings:**

**11.1 交易行为或交易产品不符合法律、法规、政策、规章及阿里巴巴国际站规则、协议等规定的；**

**The products or the trading activities underlying the transaction of the Purchase Contract do not comply with the relevant laws, regulations, policies, rules, Alibaba.com Rules and agreements;**

**11.2 交易纠纷按照 《阿里巴巴国际站纠纷调处规则》 规定属于不予受理范围，或纠纷调处根据 《阿里巴巴国际站纠纷调处规则》 判定卖家无责的；**

**The transaction disputes are not within the scope under Alibaba.com Transaction Dispute Determination Rules or Seller is not liable as determined in accordance with Alibaba.com Transaction Dispute Determination Rules;**

**11.3 交易纠纷调处判定卖家有责，但买卖双方协商一致且卖家自主完成退款的；**

**Seller is liable as determined through Alibaba.com's Dispute Determination, and Buyer and Seller have reached a settlement plan and Seller has completed the refund on its own;**

**11.4交易纠纷调处判定卖家有责，但买家退款要求超出信用保障范围的；**

**Seller is liable as determined through Alibaba.com's Dispute Determination, but the amount of Buyer's refund request exceeds the scope of Trade Assurance Services;**

**11.5 买卖双方恶意串通的；**

**Buyer and Seller had conspired in bad faith;**

**11.6 买方已无正常使用的阿里巴巴国际站帐号的；**

**Buyer can no longer operate its account with Alibaba.com;**

**11.7 买方提供虚假信息或所提供信息无法核实的；**

**Buyer provides false information or the information provided by Buyer cannot be verified;**

**11.8 买方明知或应知卖方在交易期间应使用而未使用一达通服务却继续支付合同款项的；**

**Buyer knew or should have known that Seller should have used but did not use One Touch Services during the term of the Purchase Contract but proceeded to pay the Contract Sum;**

**11.9 交易纠纷处理需退货，但买方未及时协助或配合卖方退货的**

**Buyer failed to promptly assist or cooperate with Seller in the return of products, when product return is required in accordance with the transaction dispute handling result;**

**11.10 存在其他免责情形的；**

**Other exemption situations existed.**

**第十二条【交易合同关闭】**

**Article 12 Termination of Purchase Contract**

有下列情形之一的，阿里巴巴有权立刻关闭交易合同，**并有权视情况处理交易合同项下的资金**与对违规方进行处罚：

Alibaba.com has the right to immediately terminate the Purchase Contract **and manage the Fund under the Purchase Contract based on the transaction situation**, and take relevant enforcement measures against the violating party in the event of any of the following:

12.1 Alibaba Singapore受理投诉申请并做出判责决定后，同时决定关闭该交易合同的；

Alibaba Singapore has accepted and made a liability determination on a dispute request and decided to terminate the Purchase Contract at the same time;

12.2 阿里巴巴有合理理由怀疑买卖方恶意串通的；

Alibaba has reason to believe that Buyer and Seller had conspired in bad faith;

12.3 买卖双方或交易合同的履行违反或涉嫌违反法律、法规、政策、规章、有权机关命令的；

Buyer, Seller or the performance of the Purchase Contract is or is alleged to be in breach of any relevant laws, regulations, policies, rules or orders of any competent authority/ies;

12.4一方因任何原因被关闭阿里巴巴国际站帐号，或因处罚导致合同无法履行，**或因其本身或关联账号有其他严重违反平台规则的行为导致国际站与其解除、终止会员协议/服务合同的**；

Either party's account with Alibaba.com is terminated for any reason, or the Purchase Contract cannot be performed due to any penalties imposed, **or either party's account or its related account commits any other serious violation of any rule of Alibaba.com that results in Alibaba.com unilaterally terminating the Membership Agreement or Service Contract**;

12.5一方或交易本身违反阿里巴巴国际站服务协议、网站政策或规则的。

Either party or the Purchase Contract itself is in breach of any service rules or website policies of Alibaba.com or the Rules.

12.6卖方长期未发货，超过合理期限，且买方未投诉的。

Seller failed to ship the products within a reasonable time period, and no compliant has been submitted by Buyer.

## 第五章信用保障服务处罚规则

## Chapter 5 Trade Assurance Services Penalty Rules

**第十三条【违规行为】**

**Article 13 Prohibited Acts**

**有下列情形之一的，阿里巴巴有权对违规方进行处罚：**

**Upon the occurrence of any of the following, the party in breach shall be subject to penalties in accordance with these Rules:**

**13.1 接到买方发出的信用保障交易合同意向后，卖方无合理理由拒不起草交易合同的；**

**After receiving Buyer's intention to enter into a Purchase Contract, Seller refuses to draft the Purchase Contract without any valid reason;**

**13.2 卖方未在缴费通知规定期限内足额还款至Alibaba Hong Kong及/或深圳市一达通企业服务有限公司指定银行账号的；**

**Seller fails to reimburse the sum to Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited at the designated bank account in full within the time limit specified in the payment notice;**

**13.3 恶意差评或投诉的；或以差评/投诉威胁对方的；**

**Giving negative comments or raising complaints against the other party in bad faith, or using such means to blackmail the other party;**

**13.4 买方恶意未按约定支付交易合同尾款的；**

**Buyer did not pay the remaining balance of the amount of Contract Sum to Seller in accordance with the terms of the Purchase Contract without any valid reason;**

**13.5 提供虚假材料、信息或证明的；**

**Providing false documents, information or supporting documents;**

**13.6 买卖方恶意串通，或有其他严重不诚信行为的。**

**Buyer and Seller maliciously conspire, or engage in other material dishonest conduct.**

**13.7因卖方的原因（包括但不限于卖方指示买方等原因）导致交易合同款项未支付到交易合同指定收款账号的；**

**The Contract Sum has not been paid to the designated bank account because of Seller (including but not limited to Seller instructing Buyer to do so)**

**13.8卖方根据阿里巴巴国际站或者一达通的规则需要使用一达通服务但未使用的；**

**Seller fails to use One Touch Services where it is required to use the same pursuant to the rules of Alibaba.com or the rules of One Touch;**

**13.9买卖方有其他违反交易合同或本规则的行为。**

**Buyer and Seller committed other breaches of the Purchase Contract or these Rules.**

**第十四条【违规处罚】**

**Article 14 Penalties for Breach**

14.1 阿里巴巴将根据违规的严重程度，对违规方按本规则实施处罚；违规方有多个阿里巴巴国际站帐号的，阿里巴巴有权对全部帐号实施相同处罚。

Alibaba will take the relevant enforcement action against the party in breach of these Rules based on the extent of breach. If the party in breach has more than one membership accounts with Alibaba.com, Alibaba shall have the right to take the same enforcement action against all such membership accounts.

14.2 卖方有上述13.1条违规行为的，阿里巴巴有权对卖方进行如下处罚：

If Seller breaches Article 13.1 of these Rules, Alibaba shall have the right to take the following enforcement actions against Seller:

| 违规次数（1年内）<br>Number of Breaches (within a year) | 处罚方式<br>Enforcement Actions |
|---|---|
| 1次<br>Once | 警告<br>Warning |
| 2次以上的（含2次）<br>Twice or more | 终止其信用保障服务资格, 90天内不得重新申请<br>Terminate Seller's Trade Assurance Services and prohibit Seller from reapplying for such services for ninety 90 days from the date of such termination |

14.2.1 上述行为年是指每次拒用信用保障服务的行为都会被记录【365】天；

Every act of breach will remain on record for three hundred and sixty-five days [365] days.

14.2.2 卖方主动退出信用保障服务的或因6.2条所列情况被终止服务资格的，【90】天内不能重新申请。

Seller will not be able to reapply for Trade Assurance Services within ninety [90] days after withdrawal from such services on a voluntary basis or as a result of circumstance under Article 6.2.

14.2.3 违规次数记录时间以Alibaba Singapore纠纷调处违规行为成立之时为准。

Every act of breach will be recorded as at the time when Alibaba Singapore makes a determination on the dispute.

14.2.4 同一买方就同一份交易合同多次投诉同一卖方此项违规行为的，则只计算一次。

If the same Buyer repeatedly raises multiple complaints against the same Seller for the same breach relating to a Purchase Contract, all such complaints will be counted as one complaint.

14.3 卖方有上述13.2条违规行为的，将对卖方进行如下处罚:

If Seller breaches Article 13.2 of these Rules, Seller will face the following enforcement actions:

| 逾期天数<br>Number of days past due | 处罚方式<br>Enforcement Actions |
|---|---|
| 1-15天<br>1-15 days | 根据 《阿里巴巴国际站交易违规处罚规则》<br>处以3分扣分并保留关闭账号的权利<br>3 points will be deducted in accordance with the Alibaba.com Transaction Non-Compliance Punishment Rules，and Seller’s account may be closed |
| 16天以上<br>16 days or above | 禁止起草阿里巴巴国际站交易合同并保留关闭账号的权利<br>Prohibited from drafting Alibaba.com’s Purchase Contract，and Seller’s account may be closed |

14.4 买方有13.3、13.4、13.5、13.6违规行为的，则关闭买方阿里巴巴国际站帐号。

If Buyer breaches any of Articles 13.3, 13.4, 13.5 or 13.6, Buyer’s account with Alibaba.com will be terminated.

14.5 关闭保障额度的情况下，如有其他操作中的交易合同，则:

If the Trade Assurance Amount is cancelled and there are other Purchase Contracts that are in operation, then:

14.5.1如买方已支付预付款且Alibaba Singapore判断无法直接退款的，则双方应继续履行交易合同;

If Buyer has already paid the deposit and Alibaba Singapore has determined that such payment cannot be refunded directly, then both Buyer and Seller should continue to carry out the Purchase Contract;

14.5.2 如卖方已发货的，则双方应继续履行交易合同。

If Seller has already delivered the products, then both Buyer and Seller shall continue to carry out the Purchase Contract.

14.6 卖方有上述13.7、13.8条违规行为的，阿里巴巴有权终止卖方信用保障服务资格。

If Seller breaches Article 13.7 or 13.8 of these Rules, Alibaba has the right to disqualify Seller from Trade Assurance Services.

14.7 卖方因任一处罚而被终止信用保障资格的，自终止之日起90天内，该卖方无权申请开通信用保障服务。

If Seller’s qualification of Trade Assurance Services was terminated due to penalty, the Seller will not be able to reapply for such services for ninety (90) days from the date of such termination.

## 第六章 信用卡拒付综合服务

## Chapter 6 Chargeback Protection Service

**第十五条**

15.1 拒付综合服务声明

1. 本规则项下的卖方可能符合阿里巴巴提供的拒付综合服务（定义见下文）的条件，该服务的条款和条件在本章规则中作出了规定，并构成信用保障服务规则的一部分。阿里巴巴将决定卖方的申请是否符合拒付综合服务的条件，并通过阿里巴巴国际站相关网页向卖方展示。阿里巴巴将根据资格要求、争议解决过程中提供的任何信息或文件，或阿里巴巴认为与具体情况相关且适当的任何其他信息，自行对卖方的申请做出裁定。

Declaration of Chargeback Protection Service

Sellers under this rule may qualify for Chargeback Protection Service of Alibaba (defined below), the terms and con ditions of which are set forth in this chapter and constitute part of the Trade Assurance Services Rules. Alibaba will d etermine whether a Seller's application meets the requirements for Chargeback Protection Service and display the res ults to the Seller via relevant webpages on Alibaba.com. Alibaba will make a ruling on the Seller's application based on qualification requirements, any information or documentation provided during the dispute resolution process, or a ny other information that Alibaba deems relevant and appropriate to the specific circumstances.

2. 本章所述条款和条件仅对符合本章第【15.3】条所规定拒付综合服务卖方资格的中国大陆卖方会员（即中国大陆出口通、全球宝、行领通或金品诚企会员服务中用户）构成其与阿里巴巴就使用拒付综合服务所达成的服务内容，一旦卖方符合卖方资格并使用本服务，即表示卖方已接受了本章所述的条款和条件。阿里巴巴将根据拒付综合服务的实际执行情况及业务发展需要不时完善、修订本章规则，并将其公示于阿里巴巴国际站，修订后的规则于公示时即时生效，如卖方继续使用本章条款项下服务，即视为卖方同意、理解并接受修改后的条款和条件。除非得到阿里巴巴的书面授权，任何人将不得修改。阿里巴巴不对拒付综合服务作任何保证，如因卖方行为导致无法继续使用拒付综合服务，阿里巴巴不承担任何责任。

The terms and conditions described in this chapter only apply to Sellers registered or resident in Mainland China wh o meet the qualifications for the Chargeback Protection Service as specified in Article 15.3 of this chapter. Once a Se ller meets the qualification and uses this service, it is deemed that the Seller has accepted the terms and conditions de scribed in this chapter. Alibaba will improve and revise these rules from time to time based on the actual implementa tion of the Chargeback Protection Service and business development needs, and will make them publicly available o n the Alibaba.com. The revised rules will take effect immediately upon publication, and if the Seller continues to use the services under the terms of this chapter, it shall be deemed that the seller agrees, understands, and accepts the m odified terms and conditions. Unless authorized in writing by Alibaba, no one shall modify them. Alibaba does not g uarantee the Chargeback Protection Service, and shall not be liable for any Seller behavior that may cause the inabili ty to continue using the Chargeback Protection Service.

15.2拒付综合服务介绍

1. 本章条款提到的阿里巴巴提供的拒付综合服务（以下简称“拒付综合服务“）是指买卖双方通过阿里巴巴国际站达成交易，买方使用在线支付方式支付在线交易订单款项后，在卡组织/发卡行/支付渠道允许的时间内提出非欺诈类拒付申请，要求退回全部或部分已支付的款项，对于符合拒付综合服务资格的卖方，在按照本章第【**15.3**】条的要求提交“必须提供的材料”并通过阿里巴巴审核后，在阿里巴巴核定的卖方拒付综合服务剩余额度内获得相应的拒付败诉款项免退款服务。本章规则提到的拒付综合服务仅涵盖非欺诈类的拒付，欺诈类的拒付综合服务参照阿里巴巴国际站已发布的规则解读：《欺诈类拒付综合服务规则解读》。

Introduction to the Chargeback Protection Service

The chargeback protection service (hereinafter referred to as the " Chargeback Protection Service ") provided by Ali baba mentioned in this chapter refers to a service where both Buyers and Sellers reach a transaction through the Alib aba.com. After the Buyer uses an online payment method to pay for the online transaction order, if they make a non-fraudulent chargeback within the time allowed by the card scheme/issuer/payment channel, requesting a full or partia l refund of the paid amount, eligible Sellers who meet the requirements of Article 15.3 of this chapter and submit the "required materials" as required and pass Alibaba's review will receive corresponding chargeback loss payments wit hin the remaining Chargeback Protection Service quota approved by Alibaba, exempting them from refunds. The Ch argeback Protection Service mentioned in this chapter only covers non-fraudulent chargebacks. For fraudulent chargebacks, refer to the rules interpretation already published on the Alibaba .com: "Fraudulent Chargeback Protection Service Rules Interpretation".

2. 本章规则中，支付单是指买方在阿里巴巴国际站通过在线支付通道直接在线支付（包括信用卡，Paypal，Apple Pay，Google Pay等第三方支付通道， 具体以阿里巴巴国际站通知或者网站公布的规则为准）且完成在线交易订单关联的款项。

In these rules, a payment order refers to the payment made by the Buyer through an online payment channel on the Alibaba.com (including third-party payment channels such as credit cards, PayPal, Apple Pay, Google Pay, etc., subject to the rules notified or pub lished on the Alibaba.com).

3. 关于欺诈类拒付和贸易类（即非欺诈类）拒付，阿里巴巴国际站基于卡组织/支付渠道规则做以下区分：

欺诈类拒付：持卡/账户持有人以支付行为未经本人授权（包括盗卡、欺诈等）为由发起的拒付。

贸易类拒付：除了欺诈类拒付以外的其它拒付类型。

Regarding fraudulent chargeback and trading (i.e., non-fraudulent) chargeback, Alibaba.com distinguishes the two types based on the rules of the card organization/payment channel:

Fraudulent chargeback: A chargeback initiated by the card/account holder claiming that the payment was not authorized by them (including card theft, fraud, etc.).

Non- fraudulent chargeback: All other types of chargebacks, except for fraudulent chargebacks.

4. 本章条款中，履约完成指的是卖方按照交易合同约定向买方完成交付。

In this chapter, completion of performance refers to the Seller's delivery to the Buyer in accordance with the terms of the Transaction Contract.

**5.买方发起拒付申请时相关的订单已经被提交予阿里巴巴进行交易纠纷调处，但尚未处理完毕的，阿里巴巴将暂停纠纷处理流程。买方拒付申请成立的，阿里巴巴有权撤销纠纷调处流程并且/或关闭交易；卖方抗辩成立的，阿里巴巴有权根据判责结果恢复纠纷调处流程； 当买方提起拒付申请时，相关纠纷已经经阿里巴巴调处或买卖双方协商处理完毕但阿里巴巴尚未执行垫付的，阿里巴巴可选择中止垫付，待拒付流程结束后阿里巴巴将根据银行或者其他第三方拒付判责结果执行。无论阿里巴巴是否做出在先的纠纷调处决定，卖方均应当积极应诉，并根据阿里巴巴的要求和期限提供相应的证据。**

If a dispute related to the order has been submitted to Alibaba for the Dispute Determination Service but has not yet been resolved when the Buyer initiates a chargeback, Alibaba will suspend the Dispute Determination process. If the Buyer's chargeback is successful, Alibaba has the right to cancel the Dispute Determination process and/or close the transaction. If the Seller's defense is successful, Alibaba has the right to restore the Dispute Determination process based on the judgment result. If the relevant dispute has been settled through Alibaba's mediation or negotiated between the Buyer and Seller but Alibaba has not yet made a payment on behalf of the Buyer, Alibaba may choose to suspend the payment and execute it based on the bank or other third-party's chargeback responsibility result after the chargeback process is completed. Regardless of whether Alibaba has made a Dispute Determination decision in advance, the Seller should actively defend and provide corresponding evidence according to Alibaba's requirements and deadlines.

15.3拒付综合服务卖方资格

1. 卖方为阿里巴巴国际站的中国大陆卖方会员（即中国大陆出口通、全球宝、行领通或金品诚企会员服务中用户）；

2. 卖方当前在阿里巴巴国际站没有垫付纠纷或者拒付垫付欠款等其他欠款；

3. 卖方须通过阿里巴巴的风险筛查,风险筛查主要评估要素包括但不限于：拒付率、纠纷仲裁率、按时发货率、交易额等。

4. 阿里巴巴认为与具体情况相关且适当的任何其他条件。

Seller qualifications for Chargeback Protection Service :

The Seller is a member of Alibaba.com registered or resident in Mainland China;

The Seller currently has no outstanding debts for disputes or chargebacks payment on Alibaba.com;

The Seller must pass Alibaba's risk screening, which mainly evaluates factors including but not limited to the chargeback rate, dispute arbitration rate, on-time delivery rate, transaction amount, etc.;

Alibaba may consider any other conditions that it deems relevant and appropriate to specific circumstances.

15.4卖方责任与义务

1. 满足拒付综合服务卖方资格的卖方，对于阿里巴巴通知卖方需要进行抗辩的支付单，卖方需要根据阿里巴巴通过邮件等方式发出的通知，配合阿里巴巴在指定时间内根据不同的拒付原因，在线提交符合要求的抗辩材料且通过阿里巴巴的审核之后，支付单的拒付综合服务方可生效**（未免歧义，阿里巴巴仅对抗辩材料进行初步形式审核以判断是否卖方订单是否符合拒付综合服务生效条件；抗辩事由是否成立将由卡组织/发卡行/支付渠道审核后作出，阿里巴巴不对买卖双方保证拒付综合服务的最终裁定结果）**；

Seller's Responsibilities and Obligations

Sellers who meet the qualifications for Chargeback Protection Service must, upon receiving Alibaba's notification to defend payment orders, cooperate with Alibaba within the designated time frame to submit qualified defense materials online based on different chargeback reasons, as notified by Alibaba via email or other means, and pass Alibaba's review before the Chargeback Protection Service can take effect. (To avoid ambiguity, Alibaba only conducts preliminary formal review of defense materials to determine whether the Seller's order meets the conditions for the Chargeback Protection Service to take effect; whether the defense reasons are valid will be determined by the card organization/issuing bank/payment channel after review, and Alibaba does not guarantee the final ruling on the Chargeback Protection Service for both Buyer and Seller.)

2. 卖方同意存在下述情况的订单不符合拒付综合服务生效条件，具体以拒付综合服务抗辩材料审核结果为准：

（1）订单实际未发货；

（2）因卖方原因需要退款，或卖方接受拒付，即同意退款给买方，或放弃抗辩的支付单；

（3）实际支付单对应的买方已退货，卖方需要退款的支付单；

（4）卖方在买卖双方争议解决过程中选择发货的情况。争议形式包括但不限于阿里巴巴国际站退款申请、拒付、买卖双方线上和线下沟通协商等。

（5）卖方未能在指定时间内根据阿里巴巴提示要求提交"有效完整的抗辩材料"并且审核通过；

（6）支付对应的在线交易模式不符合要求（如当面交货、Drop Shipping，拆单交易等）；

（7）支付对应的在线交易商品不符合要求（包括但不限于非实物类交易、商业服务，虚拟商品等）；

（8）卖方在交易履约过程中存在影响履约完成的以下情形（包括但不限于）：逾期发货；货物少发/错发；货物质量与买卖双方约定不一致；运送地址和买卖双方在付款时的约定不符；货物涉及侵权或禁限售问题；因进口国法律法规、规章、政策而导致产品无法进入买方国家、且在交易前未告知买方的；定制商品未能清楚约定商品定制信息；未能事先沟通目的港清关责任及费用造成货到目的港后付款人拒提，未能及时提供必要的文件或者提供虚假文件（包括但不限于认证证书，清关凭证等）导致付款人未能清关或者清关失败的；卖方未按照买卖双方约定的方式发货；

（9）存在其它违反阿里巴巴国际站交易规则（包括但不限于虚假交易，不当交易等）和其他法律法规的行为；

（10）卖方承担货物运输责任的环节出现货物破损或丢包导致的拒付

（11）支付单金额超过750美元，商品的送达证明无法提供买方本人签字的；

（12）对于阿里巴巴已做预警提示且给予卖方主动关单退汇权力，但卖方未做退款处理的订单，不在拒付综合服务保障范围内；

（13）上述规则中未尽述，但客观上会扩大拒付风险的其它行为，具体以审核结果为准。

The Seller agrees that orders meeting the following conditions are not eligible for the Chargeback Protection Service , and the specific results of the defense material review shall prevail:

(1) The order has not been shipped in reality;

(2) Refunds are required for reasons attributable to the Seller, or the Seller accepts the chargeback payment, i.e. agrees to refund the Buyer or waives the defense of the payment order;

(3) The Buyer corresponding to the actual payment order has returned the goods, and the payment order for which the Seller needs to refund;

(4) The Seller chooses to deliver the goods during the dispute resolution process between the Buyer and Seller, including but not limited to refund requests, chargeback, online and offline communication and negotiation between the Buyer and Seller on Alibaba.com;

(5) The Seller fails to submit "effective and complete defense materials" according to Alibaba's prompts within the designated time or fails to pass the review;

(6) The online transaction mode corresponding to the payment does not meet the requirements (such as face-to-face delivery, Drop Shipping, split transactions, etc.);

(7) The online transaction goods corresponding to the payment do not meet the requirements (including but not limited to non-physical type transactions, commercial services, virtual goods, etc.);

(8) The Seller has committed any of the following acts during the performance of the transaction, which affects the completion of the performance: late delivery; missing/wrong delivery of goods; goods quality is inconsistent with the agreement between the Buyer and Seller; the shipping address is inconsistent with the agreement at the time of payment; the goods involve infringement or prohibited/restricted sales issues; the product cannot enter the Buyer's country due to import laws, regulations, policies, and the buyer was not informed before the transaction; customized goods fail to clearly specify the customized information; failure to communicate the responsibilities and costs of destination port clearance in advance, resulting in the payer's refusal to pick up the goods after arrival at the destination port, or failure to provide necessary documents in a timely manner or providing false documents (including but not limited to certification certificates, clearance vouchers, etc.), causing the payer unable to clear the customs or the customs clearance failure; the Seller does not ship according to the agreed method between the Buyer and Seller;

(9) Any other behavior that violates the transaction rules of Alibaba.com (including but not limited to false transactions, improper transactions, etc.) and other laws and regulations;

(10) The Seller bears the responsibility for the transportation of goods, and the chargeback is caused by the damage or loss of the goods during transportation;

(11) For payment orders exceeding $750, the delivery proof of the goods cannot provide the Buyer's signature;

(12) Orders for which Alibaba has issued a warning and given the Seller the right to voluntarily close the order and refund, but the Seller has not processed the chargeback, are not covered by the Chargeback Protection Service

(13) Other behaviors that objectively increase the risk of chargeback but are not mentioned in the above rules, and the specific results shall be subject to the review.

3. 卖方同意并授权，如卖方抗辩失败（包括但不限于卖方抗辩举证不力或放弃抗辩）， 由阿里巴巴代替卖方将拒付资金先行垫付给买方发卡行，对于阿里巴巴未予提供免退款服务的拒付款项，阿里巴巴会先从卖方阿里巴巴国际站账户余额中扣除，不足部分卖方应及时向阿里巴巴国际站账户进行缴费。**按照本章条款**

**规定卖方应偿还阿里巴巴垫付款的，卖方应按照规定时限履行还款义务，否则阿里巴巴有权向卖方追偿已垫付金额，同时卖方还应承担逾期还款违约金和阿里巴巴为实现债权所发生的全部费用（包括但不限于律师费、交通费、公证费等）。**对于阿里巴巴向卖方提供免退服务的拒付款项部分，阿里巴巴会向买方进行追缴资金。

The Seller agrees and authorizes that if the Seller's defense fails (including but not limited to the Seller's weak evidence in defense or waiving the defense), Alibaba will advance the chargeback funds to the Buyer's issuing bank on behalf of the Seller. For chargeback funds for which Alibaba does not provide a free refund service, Alibaba will first deduct them from the Seller's Alibaba.com account balance, and the Seller should promptly make payments to the Alibaba.com account if there is insufficient balance. If the Seller should repay the advanced payment according to the provisions of this chapter, the Seller should fulfill the repayment obligation within the prescribed time limit. Otherwise, Alibaba has the right to claim the advanced amount from the Seller, and the Seller shall also bear the overdue repayment penalty and all expenses incurred by Alibaba to realize the creditor's rights (including but not limited to lawyer's fees, transportation fees, notarization fees, etc.). For the chargeback funds for which Alibaba provides the Seller with a free refund service, Alibaba will recover the funds from the Buyer.

15.5拒付综合服务范围

1. 拒付综合服务额度的有效期为90天（以下简称"服务有效期"），当符合拒付综合服务条件的支付单收到买方拒付时，卖方在指定时间内根据本章条款第【15.3】条的要求提交 "必须提供的材料"并通过阿里巴巴审核后，在阿里巴巴核定的卖方拒付综合服务剩余额度内获得相应的拒付款项免退款服务。

2. 本服务约定的拒付综合服务额度是指卖方在拒付综合服务有效期内的最高限额，拒付综合服务额度为2000 USD，实际额度金额以阿里巴巴国际站最新公告为准。

Scope of Chargeback Protection Services

The validity period of the Chargeback Protection Service quota is 90 days (hereinafter referred to as the "Service Validity Period"). When the payment order that meets the Chargeback Protection Service conditions is rejected by the Buyer, the Seller can obtain the corresponding chargeback payment exempt from Chargeback Protection Service within the remaining Chargeback Protection Service quota approved by Alibaba, provided that the Seller submits the "required materials" according to the requirements of Article [15.3] of this chapter within the specified time and passes Alibaba's review.

Chargeback Protection Service quota stipulated in this service refers to the maximum limit of the Seller within the validity period of the Chargeback Protection Service. The Chargeback Protection Service quota is 2000 USD, and the actual amount of the quota shall be subject to the latest announcement of Alibaba.com.

15.6拒付综合服务的停止、终止和延续

1. 在当前的服务有效期内，如卖方出现下列情形时，阿里巴巴将终止该卖方在阿里巴巴国际站所有店铺使用拒付综合服务，如经阿里巴巴核实相关情况属实，阿里巴巴有权要求卖方退回阿里巴巴已垫付的款项：

（1）经核实卖方有以下行为的：

a.提供虚假抗辩材料；

b.恶意串通买方进行拒付申请；

c.卖方故意、恶意骗取拒付综合服务款项或存在欺诈行为；

d.卖方违反相关法律法规以及阿里巴巴国际站或一达通相关交易规则的行为。

Termination, Cessation, and Extension of the Chargeback Protection Service

During the current Service Validity Period, Alibaba will terminate the Seller's use of the Chargeback Protection Service in all of the Seller's stores on Alibaba.com if any of the following circumstances occur. If Alibaba verifies that the relevant situation is true, Alibaba has the right to require the Seller to return the funds that Alibaba has advanced:

(1) Alibaba verifies that the Seller has engaged in any of the following behaviors:

a. Providing false defense materials;

b. Maliciously colluding with the Buyer to apply for chargeback;

c. The Seller intentionally and maliciously defrauds the Chargeback Protection Service payment or engages in fraudulent behavior;

d. The Seller violates relevant laws and regulations and the Alibaba.com or One Touch related transaction rules.

2. 当出现如下情形时，阿里巴巴有权随时停止拒付综合服务并根据阿里巴巴损失向卖方追索赔偿（包括但不限于已经在拒付综合服务范围的支付单）：

（i）因非归结于阿里巴巴的原因导致拒付相关通知、判责结果出现重大异常时（如因卡组织或者发卡行、支付机构系统问题引发批量的拒付相关的通知错误等原因造成重大异常等），阿里巴巴有权暂停拒付综合服务；

（ii）当出现《信用保障服务协议》约定的不可抗力情形或情势变更的情况（包括但不限于重大灾害事件、活动受政府机关指令需要停止举办或调整的、活动遭受严重网络攻击或因系统故障需要暂停举办的）引起的所有拒付综合服务支付单；
（iii）由于卡组织规则、发卡行判责规则、支付机构通知拒付等规则变更导致的阿里巴巴拒付相关的规则和策略变更，且影响较大时，阿里巴巴有权暂停拒付综合服务。
（iv）卖方不再符合本章规则第【15.3】条规定的拒付综合服务卖方资格。
Alibaba has the right to suspend the Chargeback Protection Service and seek compensation from the Seller based on Alibaba's losses (including but not limited to payment orders already covered by the Chargeback Protection Service) under the following circumstances:
Alibaba has the right to suspend the Chargeback Protection Service if significant abnormalities occur in the chargeback - related notifications, determinations, or results due to reasons not attributable to Alibaba (such as significant abnormality caused by a large number of chargeback - related notification errors due to problems in the card organization, issuing bank, or payment institution systems).
All the Chargeback Protection Service payment orders caused by force majeure situations or changes in circumstances as stipulated in the Credit Guarantee Service Agreement (including but not limited to major disasters, events that need to be stopped or adjusted due to government orders, or events that are seriously attacked by the network or need to be suspended due to system failures).
Alibaba has the right to suspend the Chargeback Protection Service in case of significant changes in Alibaba's chargeback - related rules and strategies due to changes in card organization rules, issuing bank liability rules, payment institution chargeback notifications, and other rules that significantly affect the Chargeback Protection Service.
The Seller no longer meets the qualification requirements for the Chargeback Protection Service Seller as stipulated in Article [15.3] of this chapter.

3. 如卖方被阿里巴巴终止拒付综合服务，将不再享受拒付综合服务，除非该卖方重新符合拒付综合服务卖方资格，经阿里巴巴审核后可重新开通拒付综合服务。
4. 阿里巴巴有权根据实际业务发展情况和需要，提前7天以通知的方式中止部分或者全部拒付综合服务。
5. 符合卖方资格的卖方在服务有效期届满后可自动延续开通拒付综合服务；符合拒付综合服务卖方资格但服务有效期届满后不再符合卖方资格的卖方会被暂时中止服务，直至卖方再次符合拒付综合服务卖方资格后，系统会自动续延拒付综合服务。自动续延的拒付综合服务额度金额将以届时阿里巴巴国际站公告为准。
If Alibaba terminates the Chargeback Protection Service for the Seller, the Seller will no longer enjoy the Chargeback Protection Service unless the Seller meets the qualification requirements for the Chargeback Protection Service Seller again and passes Alibaba's review to reactivate the Chargeback Protection Service.
Alibaba has the right to suspend some or all of the Chargeback Protection Service with 7 days' notice according to the actual business development and needs.
Sellers who meet the qualification requirements for the Chargeback Protection Service can automatically renew the Chargeback Protection Service after the Service Validity Period expires. Sellers who meet the qualification requirements for the Chargeback Protection Service but no longer meet the qualification requirements after the Service Validity Period expires will be temporarily suspended until they meet the qualification requirements again. The amount of the Chargeback Protection Service quota automatically renewed will be subject to the latest announcement of Alibaba.com at that time.

## 第七章其他规定

## Chapter 7 Miscellaneous

### 第十六条【其他规定】

### Article 16 Miscellaneous

16.1 阿里巴巴将根据保障服务的实际执行情况不时完善、修订本规则并在阿里巴巴国际站公示，修订后的规则于指定日期生效（如有）或公示之日生效。

Alibaba shall have the right to amend, revise and publish on Alibaba.com these Rules from time to time based o n the actual performance of the Trade Assurance Services and the amended and revised Rules will take effect on the designated date or, if there is no such designated date, the date it is published on Alibaba.com.

16.2 本规则中"阿里巴巴国际站"指Alibaba.com的PC端和App。

"Alibaba.com" in these Rules means PC and App terminals of Alibaba.com.

16.3 本规则中"一达通"指实际承接一达通服务的一达通或其关联公司。

"One Touch" in these Rules means Shen Zhen One Touch Business Services Limited (the operator of the One To uch Services) or its affiliates.

**16.4 任何一方对本规则有异议的，应立即停止使用信用保障服务，并通知另一方以及 阿里巴巴；签署、履行交易合同及/或使用信用保障相关服务的，即表明接受并认可本规则。**

**If any party has any disagreement to these Rules, such party should stop using the Trade Assurance Services and immediately notify the other party and Alibaba. By executing and performing the Purchase Contract an d/or using any Trade Assurance Services, such party will be deemed to have accepted and agreed to be bound by these Rules.**

**16.5 本规则内容以中文版为准，英文版仅供参考。**

**The English version of these Rules is for reference purposes only. In the event of any inconsistency between th e Chinese and English versions of these Rules, the Chinese version shall prevail.**

## B部分

## PART B

### 第一章規則目的及定義

### Chapter 1 Purpose and Definition

**第一條【制訂目的】**

**Article 1 Purpose**

1.1 為保護阿里巴巴國際站（ www.alibaba.com ）使用者的合法權益，促進信用保障服務的健康發展，制定本規則。

The purpose of establishing these Rules is to protect the legitimate interests of users of Alibaba.com (URL: http://www.alibaba.com ) and to promote the healthy development of the Trade Assurance Services.

1.2 本規則由阿里巴巴國際站使用者（包括買方及賣方）與Alibaba.com Singapore E-Commerce Private Limited（以下簡稱"Alibaba Singapore"）， Alibaba.com Hong Kong Limited（以下簡稱"Alibaba Hong Kong"） （Alibaba Singapore及Alibaba Hong Kong統稱"阿里巴巴"）共同締結。

These Rules are jointly concluded by Alibaba.com users (including Buyers and Sellers), Alibaba.com Singapore E-Commerce Private Limited (referred to as "Alibaba Singapore"), Alibaba.com Hong Kong Limited (referred to as "Alibaba Hong Kong"), (Alibaba Singapore and Alibaba Hong Kong, referred to as "Alibaba").

**第二條【定義】**

**Article 2 Definition**

2.1買方：指在阿里巴巴國際站上采購產品並要求賣方提供信用保障服務的阿里巴巴國際站用戶。

"Buyer" means a user of Alibaba.com who has purchased products and requested Seller to provide Trade Assura nce Services.

2.2賣方：為免生疑，在本規則B部分僅指在阿里巴巴國際站上銷售產品並向買方提供信用保障服務的且在台灣地区註冊或居住的阿里巴巴國際站用戶。

"Seller", for the avoidance of doubt, under this Part B means a user, registered or resident in Taiwan, who sells p roducts on Alibaba.com and agrees to provide Trade Assurance Services to Buyer.

2.3信用保障交易合同：下稱"交易合同"或"訂單"，指買賣雙方為約定產品出口相關及信用保障服務相關權利義務而使用阿里巴巴國際站認可的方法訂立的買賣合同。

"Trade Assurance Purchase Contract" or "Purchase Contract" means a sales and purchase contract entered into by and between a Buyer and a Seller using an execution method approved by Alibaba.com which stipulates the rights and obligations in connection with the exportation of products and Trade Assurance Services.

2.4 信用保障服務：又稱"保障服務"，即賣方與買方達成交易合同，承諾按約向買方履行合同交貨義務；當賣方發生違約行為（遲於交易合同約定的"發貨時間"發貨或未發貨；或賣方有以下行為，導致產品的價值產生重大損失，或雙方已知或應知的交易的主要商業目標無法達成的：( i)未按本合同約定質量要求供應產品、或(ii)未向買家移交物權憑證、或(iii)未提供單據（或證書）等文件、或(iv)有其他嚴重違約行為）時， 賣方承諾向買方退還全額已收合同款，買賣雙方約定的退款金額（以投訴舉報平台系統記錄為準），或其他Alibaba Singapore指定的款項（部分退款以買方接受賣方違約行為為前提），具體金額以Alibaba Singapore根據相關證據做出的判責為準；若買方向Alibaba Singapore提出投訴、使用阿里巴巴國際站提供的糾紛調處服務，則賣方同意：Alibaba Singapore在收到買方有效投訴後、可根據相關證據有權獨立做出糾紛調處，如Alibaba Singapore判斷賣方違約成立，則Alibaba Hong Kong有權以交易合同項下"保障額度和凍結資金的總和"為限（如有驗貨，應包含驗貨費用）、自行或委託相關合作方代理賣方向買方進行墊付退款，以保障買方權益。**信用保障服務是賣方按交易合同約定向買方提供的保障承諾和義務，賣方是該義務的承擔者，Alibaba Hong Kong、或任何協力廠商不是該義務的責任人。凍結資金"指買方預付款或已付合同款金額超過該筆交易合同對應的保障額度的金額。凍結資金的使用方式以賣方與Alibaba Hong Kong另行約定為准。**

"Trade Assurance Services" or "Assurance Services" means the services that Seller undertakes to fully refund the Contract Sum received by the Seller or an amount mutually agreed upon by the Buyer and Seller (in accordance with the system records of the Complaints Platform)， or other amount as designated by Alibaba Singapore (Partial refund shall be conditional upon the Buyer's acceptance of the Seller's act of breach of contract) and the actual amount to be refunded shall be determined by Alibaba Singapore based on the relevant evidences, in case Seller breaches the Purchase Contract (ship out products later than Shipment Date or did not ship out the products at all; or: (i) failure to deliver products in compliance with the Product Description and Specifications, or (ii) failure to provide valid documentation in support of change of ownership of the products to the Buyer, or (iii) failure to provide valid documentation including but not limited to corresponding invoice (or certification) in support of delivery, or (iv) commit any other material breach of the Purchase Contract, in each case resulting in a material damage to the value of the products or the commercial objective known or should be known to both Seller and Buyer becoming unachievable) after Seller enters into a Purchase Contract with Buyer and undertakes to perform its obligations relating to product delivery as stipulated therein; and if Buyer submits a complaint to Alibaba Singapore and uses the Dispute Determination service provided by Alibaba Singapore, Seller agrees that after Alibaba Singapore receives a valid compliant, Alibaba Singapore shall have the right to determine at its sole discretion the liability in connection with the dispute, based upon the relevant evidence, and if Alibaba Singapore determines that Seller has committed a breach of the Purchase Contract, Alibaba Hong Kong will be entitled to, on its own or entrust a related partner, refund to Buyer for and on behalf of Seller in the amount up to the total sum of Frozen Fund and Trade Assurance Amount as set forth in the Purchase Contract (subject to settlement of inspection fee, if incurred) in order to protect the legitimate interests of Buyer. **Trade Assurance Services are an undertaking and obligation of Seller to provide assurance to Buyer as stipulated in the Purchase Contract. Seller shall be solely obliged to provide such services and none of Alibaba Hong Kong or any third party shall have any obligation to provide such services to Buyer. "Frozen Fund"means the amount of fund paid by Buyer as prepayment or any payment already made of the Contract Sum, that is in excess of the Trade Assurance Amount corresponding to the underling Purchase Contract. Use of the Frozen Fund shall be determined in a separate agreement by and between Seller and Alibaba Hong Kong.**

2.5一達通服務：即深圳市一達通企業服務有限公司或其關聯公司向賣方提供的外貿綜合服務（詳見 http://onetouch.alibaba.com ），包括但不限於出口報關、物流運輸、貿易融資、收匯結匯、出口退稅、自證自營出口等服務。

"One Touch Services" means the comprehensive international commercial and trading services provided to Seller by Shen Zhen One Touch Business Services Limited or its affiliates, including but not limited to customs declaration services for exportation, logistics services, trade finance, exchange receipt and settlement, tax return upon exportation, permitted self-managed exportation and etc. (for details please visit http://onetouch.alibaba.com ).

**2.6 驗貨商：特指入駐阿里巴巴驗貨平台的【信用保障服務指定驗貨商】，該服務商將按交易合同中約定的產品品質標準提供指定驗貨服務。**

**"Product Inspection Company" means the product inspection company designated for Trade Assurance Services which operates on Alibaba's inspection platform and provides authorized inspection services accor**

**ding to the product quality standards stipulated in the Purchase Contract.**

2.7 信用保障額度：下稱"保障額度"，指Alibaba Hong Kong在特定條件下可幫助賣方向買方提供先行賠付保證的資金限額。 **保障額度僅供買方參考，不影響買方按交易合同及本規則獲得退款。**

"Trade Assurance Amount" or "Assurance Amount" means the monetary limit of advance compensation assurance that Alibaba Hong Kong may provide to Buyer for and on behalf of Seller under certain conditions. **The Assurance Amount shall be for Buyer's reference only and does not affect the refund that Buyer shall receive in accordance with the Purchase Contract or the Trade Assurance Service Rules.**

2.8 工作日：指中華人民共和國法定節假日（如週六日等）之外的任何一天。

"Working Day" shall mean a day that is not an official holiday in the People's Republic of China, such as Saturday, Sunday and etc.

2.9 "自然日"和 "天"：指中華人民共和國的日曆日。

"Calendar Day" or "Day" shall mean a Calendar day in People's Republic of China.

## 第二章保障額度管理

## Chapter 2 Management of Assurance Amount

### 第三條【保障額度的取得】：

### Article 3 Obtaining the Assurance Amount

3.1 賣方在阿里巴巴國際站上的基本資訊、貿易交易額、資信狀況等資料可作為賣方保障額度的累積依據，具體額度以Alibaba Hong Kong決定為准。一個賣方只能獲得一個保障額度。

Seller's profile and its transaction volume, credit standing and other data on Alibaba.com may constitute the basis for determination of the Assurance Amount available to Seller. Alibaba Hong Kong shall have the sole and absolute discretion in determining the Assurance Amount available to Seller. Each Seller may only obtain one Assurance Amount.

3.2 賣方的基本資訊包括但不限於其工商註冊資訊、與阿里巴巴國際站及其關聯公司合作的年限、在國際站的動作表現等資訊；

Seller's profile includes but not is limited to its industrial and commercial registration information, term of cooperation with Alibaba.com and its affiliates and its performance on Alibaba.com.

3.3 貿易交易額的資料來源包括但不限於下述兩類：

The sources of Seller's transaction volume include, but are not limited to, the following:

3.3.1 賣方在最近1年內通過一達通外貿綜合服務出口的資料；

Seller's records of exportation through One Touch's comprehensive international commercial and trading services in the past one year;

3.3.2 賣方提供的最近1年的自營進出口交易資料。

Seller's records of self- managed importation and exportation in the past one year as provided by Seller.

**3.4賣方的資信狀況，目前主要參考阿里巴巴國際站違規處罰累計扣分 （扣分會導致信用保障額度降低，超過一定分值或其他重大違規行為則無法開通或繼續提供保障服務）。**

**Seller's credit standing is at present mainly determined according to the accumulatively deducted points as penalty by Alibaba.com for its violations. (Deduction of points may lead to reduction in Trade Assurance Amount. Where points that have been deducted exceed a certain limit or Seller has committed other major violations, the provision of Trade Assurance Services cannot be activated or will be terminated.)**

**3.5 阿里巴巴可根據行業變化及運營需求對保障額度的相關規則進行調整，並決定公佈的內容和範圍。**

**Alibaba may adjust relevant rules for Assurance Amount according to industry changes and operational demands and decide the content and scope to be published.**

### 第四條【保障額度展示】：

### Article 4 Display of Assurance Amount

4.1每個賣方的保障總額度將定期或不定期更新，展示在阿里巴巴國際站相關頁面，僅供買方參考。

Each Seller's Assurance Amount shall be updated regularly or irregularly and displayed on the relevant page of Alibaba.com, and for Buyer's reference only..

4.2 賣方擁有多個國際站帳號的情況下（以同一營業執照為同一企業為認定標準），同一企業的多個已開通信用保障服務的帳號將展示、及共用同一保障額度。

If Seller owns more than one membership account with Alibaba.com (accounts under the same business license shall be taken as belonging to one enterprise), all membership accounts of the same enterprise for which the Tra de Assurance Services have been activated will display and share the same Assurance Amount.

**第五條【保障額度的使用】：**

**Article 5 Use of the Assurance Amount**

5.1 買方支付交易合同項下的款項且經alibaba.com系統確認到賬後，該款項對應的保障額度即時凍結。

After Buyer has made payment under the Purchase Contract and the receipt of payment has been confirmed in A libaba.com's transaction system, the Assurance Amount in respect of that payment will be frozen immediately.

5.2 單筆保障額度凍結後，可用保障額度中將扣除對應金額；反之，單筆保障額度解凍後，可用保障額度中將恢復之前凍結的金額。

After a certain amount of the Assurance Amount for a particular Purchase Contract is frozen, the Assurance Amo unt available to Seller will be deducted accordingly; and after the frozen Assurance Amount is released, the Assu rance Amount available to Seller will increase to correspond to the released amount.

5.3交易合同中保障額度的具體金額以"已收合同總價款"和"可用保障額度"兩者中較低的一項為準。保障額度金額不影響買方應該退款的金額：超出保障額度的凍結資金部分由賣方自行安排退款或通過Alibaba Hong Kong安排墊付退款。

The specific Trade Assurance Amount under the specific Purchase Contract shall be the lower of the Contract S um (as set out in the Trade Assurance Purchase Contract) received by the Seller and the total remaining Assuranc e Amount of the Seller. . The Trade Assurance Amount does not affect the refund that Buyer is entitled to – any amount of the Frozen Fund exceeding the Assurance Amount shall be refunded by the Seller or refunded by Alibaba Hong Kong on behalf of the Seller.

**5.4 賣方應具備如下全部條件方可起草交易合同：**

**Unless Seller has satisfied all of the following conditions, it may not draft the Purchase Contract:**

5.4.1滿足信用保障服務准入條件，如使用一達通代理出口則另需已完成一達通開票人和相關產品預審；

Seller has satisfied the access requirements for Trade Assurance Services and, if it uses One Touch for exporta tion of the products, it has passed relevant reviews by One Touch on drawer and relevant products;

5.4.2 預付款金額大於零；

The deposit stipulated in the Purchase Contract is greater than zero;

5.4.3 無拖欠Alibaba Hong Kong及/或其關聯公司款項的情況；

No payments payable to Alibaba Hong Kong and/or its affiliates are overdue;

5.4.4 無其他影響交易合同的風險因素存在。

There are no other risk factors that affect the Purchase Contract.

【注】上述條件是否完備，以阿里巴巴審核結果為准。

Note:

Alibaba shall have the sole right and discretion to determine whether or not Seller has fulfilled all of the conditions s pecified above.

5.5 保障額度的解凍：滿足下述條件之一的，單筆交易合同對應的保障金額解凍：

Release of Assurance Amount: the Assurance Amount for a particular Purchase Contract will be released in any of th e following events:

5.5.1交易合同成立後【15】個自然日內買方未付款而賣方或買方取消該合同的；

Buyer has not remitted payment for the Purchase Contract within [15] calendar days after the Purchase C ontract is executed and Seller or Buyer has terminated the Purchase Contract;

5.5.2 交易合同順利履行完畢的；

The Purchase Contract has been fully performed successfully;

5.5.3 交易合同糾紛處理完畢（發生退款的，則退款已清償完畢）的；

Any dispute under the Purchase Contract has been fully settled (in case of refunding (not a Trade Assuran ce Services refund by Alibaba Taiwan for and on behalf of Seller), the amount to be refunded has been ref unded in full);

5.5.4 買賣雙方達成一致關閉交易合同的；

Both Buyer and Seller have agreed to terminate the Purchase Contract;

5.5.5 發生Alibaba Hong Kong認為可以解凍的其他情景。

Any other circumstance occurs which in the opinion of Alibaba Hong Kong the Assurance Amount may be released.

**第六條【信用保障服務的中止和終止】：**

**Article 6 The Suspension and Termination of Trade Assurance Service:**

**6.1 發生下述情況之一的，信用保障標識展示將被暫停：**

**The Service icon display for Trade Assurance will be temporarily suspended upon the occurrence of any of the following:**

**6.1.1 賣方首次開通供應商服務和信用保障服務均滿180天，且在開通期間有連續的180天內無生效的信用保障交易合同（生效定義見7.3條），則將暫停信用保障標識展示。"供應商服務"指中國大陸、香港、台灣的賣方用戶付費獲得的實現其在阿里巴巴國際站上發佈公司和產品等資訊資料相關網路技術支援的服務。**

**If Supplier Services and Trade Assurance Services have been activated for Seller for the first time and lasts for more than 180 days, and no Purchase Contract has taken effect (refer to Article 7.3 for the definition of take effect) for a consecutive period of 180 days, then the Service icon display for Trade Assurance will be temporarily suspended. "Supplier Services" means Internet and technology support services on Alibaba.com relating to the publication of company and product information that Sellers of Mainland China, Hong Kong and Taiwan can obtain by paying for such services.**

**標識展示暫停期間，賣方有權申請恢復標識展示。申請後【15】天內達成有效交易合同的，標識展示自動恢復；逾期未達成有效交易合同的，標識展示將繼續暫停，且30天內（自申請日後第16天起計算）無權提起申請恢復展示。**

**Seller shall have the right to apply for the restoration of the Service icon during the time its display is being temporarily suspended. The Service icon shall be automatically restored if an effective Purchase Contract is entered into within [15] days of such application. The Service icon shall continue to be suspended if no effective Purchase Contract is entered into during this period and, if this is the case, Seller shall not be allowed to apply for restoration of the Service icon for a period of 30 days (counting from the 16th day following Supplier's application for restoration).**

**6.2 發生下述情況之一的，信用保障服務資格將被終止：**

**6.2 The Trade Assurance Service qualification shall be terminated upon the occurrence of any of the following:**

**6.2.1 賣方累計【2】次以上（含【2】次）無合理理由拒絕與買方簽署交易合同的；**

**Seller has unreasonably refused to enter into a Purchase Contract with a Buyer on two or more occasions;**

**6.2.2 賣方逾期未全額歸還Alibaba Hong Kong墊付的退款超過【1】個月的；**

**The repayment from Seller of the amount refunded by Alibaba Hong Kong on its behalf has been overdue for more than [one] month;**

**6.2.3 賣方不再滿足信用保障服務相關准入條件的；**

**Seller no longer satisfies relevant access conditions for Trade Assurance Services;**

**6.2.4 賣方根據阿裡巴巴國際站或者一達通的規則需要使用一達通服務的未使用一達通服務的；**

**Seller fails to use One Touch Services where it is required to use the same pursuant to the rules of Alibaba.com or the rules of One Touch;**

**6.2.5 因賣方的原因（包括但不限於賣方指示買方等原因），導致交易合同款項未支付到交易合同指定收款帳號的；**

**The Contract Sum has not been paid to the designated bank account because of Seller (including but not limited to Seller instructing Buyer to do so);**

**6.2.6 賣方發生違反信用保障服務相關協定及/或本規則的其他行為，且阿里巴巴認為需要終止其服務資格的。**

**Seller has violated agreements related to the Trade Assurance Services and/or these Rules, and Alibaba decides to terminate Seller's qualification to Trade Assurance Services.**

## 第三章保障服務操作流程

## Chapter 3 Operational Work Flow of Assurance Services

**第七條【操作流程】：**

7.1 第一階段：賣方起草、修改、提交交易合同；買方也可起草、提交交易合同。

First Stage: Seller drafts, amends, and submits a Purchase Contract. Purchase Contract is fully executed after Buyer confirms the Purchase Contract.

7.2 第二階段：

1）如合同系買方起草，需經賣方確認；2）如合同系賣方起草，買方應在賣家發貨前按阿里巴巴國際站規則的要求或合同約定的方式足額支付合同款項到交易合同指定收款賬號並經確認到賬，交易合同成立並生效。**買方選擇信用卡或e-checking付款方式的，則買方有權提出拒付，當發生拒付時，賣方應當配合舉證，不進行舉證或舉證失敗賣方應承擔相關損失；舉證是否成立通常以信用卡組織判定為准；此種情況下視為買方發起投訴，阿里巴巴亦將按本規則進行糾紛調處及處理。交易合同中的收款帳號僅可用于收支該合同項下交易款項，買賣雙方應妥善保存及管理該帳號，不得擅自更改使用方式或對外不當披露。因該帳號的使用或款項拒付等原因導致任何糾紛或損失的，均應由買賣雙方自行解決或承擔，且買賣雙方承諾採取一切措施，避免給阿里巴巴及/或其關聯公司造成任何不利影響或損失。**

Second Stage: 1) If Buyer drafts the Purchase Contract, Seller shall confirm such Purchase Contract; 2) If Seller drafts the Purchase Contract, Buyer shall remit the Contract Sum in full to the beneficiary bank account designated in the Purchase Contract in the method approved by Alibaba.com or stipulated in the Purchase Contract before shipment by Seller, and upon confirmation of receipt of the remittance, the Purchase Contract shall be concluded and take effect. **If Buyer selects credit card or e-checking as the method of payment, Buyer shall be entitled to request for chargeback. In such an event, Seller shall cooperate and bear the burden of proof. In the event Seller does not provide any evidence or fails to prove its case, Seller shall be liable for the relevant losses. Whether Seller is able to successfully prove its case will usually be based on the relevant credit card issuer's determination. Such circumstances are deemed to be a complaint raised by the Buyer and Alibaba shall also carry out Dispute Determination or resolve the matter in accordance with these Rules. The beneficiary bank account designated in the Purchase Contract shall be used for the collection of transaction payments thereunder only. Buyer and Seller shall keep and maintain such account number in a proper manner, and shall not change its use without authorization or disclose such account details improperly. Any disputes or losses caused by the use of such account or request for chargeback or other reasons shall be settled or borne by and between Buyer and Seller, and Buyer and Seller undertake to make all efforts to protect Alibaba and/or its affiliates from any adverse effects or losses.**

7.3 第三階段：賣方應按合同約定方式發貨。

Third Stage: Seller shall ship the products in the method agreed in the Purchase Contract.

7.4第四階段：買方可在賣方發貨後N個自然日內確認收貨，並對賣方進行評價。

Fourth Stage: Buyer may confirm receipt of products and give a review of Seller within "N calendar days" after Seller ships the products.

7.4.1" N個自然日"的定義：

"N calendar days" means:

不同發貨方式要求不同，具體以阿里巴巴國際站 實際發布 的要求為準。

Different delivery methods have different requirements, which shall be subject to the requirements actually issued by Alibaba.com

為避免爭議，系統自動確認收貨僅適用於貨物的物流信息顯示已妥投。

For the avoidance of doubt, the system's default Date of Confirmed Receipt shall only apply upon the logistics information of the goods shows that the delivery has been completed

系統無法識別貨物的物流信息或物流信息顯示貨物仍在途，則確認收貨日期以買家實際收到貨物的日期為準。

If the system cannot identify the logistics information of the goods or the logistics information shows that the goods are still in transit, the Date of Confirmed Receipt shall be the date when the buyer actually receives the goods.

7.4.2 "發貨日期"的定義：除非雙方另有約定，"發貨日期"以阿里巴巴國際站交易系統的記錄為準，如交易系統記錄發貨日期有誤的，以阿里巴巴核實和確認日期為真實發貨日期。

Definition of "Shipment Date": Unless otherwise agreed by Buyer and Seller, "Shipment Date" is subject to the shipment date recorded in the Alibaba.com Trade Assurance transaction system. If there is an error in the shipment date recorded in the Alibaba.com Trade Assurance transaction system, the actual shipment date shall be subject to the verification and confirmation by Alibaba.

7.4.3 某些交易場景下，買方在賣方許可的前提下，可延長發貨期不超過90天（包括90天）。

Under certain transaction setting, Buyer may extend the Shipment Date for not more than 90 days (including 90 days) with the Seller's permission.

7.4.4 買賣雙方可根據系統允許，分別延長收貨時間。

If permitted by Alibaba.com's transaction system, Buyer and Seller may extend the expected date of arrival of the products

7.5 賣方授權為其提供物流以及報關服務的第三方向阿里巴巴披露及分享其就出口報單的出口及清關之相關資訊，以便阿里巴巴對訂單進行校驗。

The Seller authorizes any third party which provides it with logistic and custom clearance services to disclose and share with Alibaba.com the information in relation to its export and customs clearance information to facilitate Alibaba.com's checks against the Purchase Contract.

**第八條【糾紛調處服務】：**

**Article 8 Application for Dispute Determination:**

任何一方可在交易合同生效後，按合同約定向Alibaba Singapore提出投訴，即可使用阿里巴巴國際站提供的糾紛調處服務（即調解和處理相關服務，見《 阿里巴巴投訴舉報平台使用協議 》），該投訴應當由買方或賣方通過有效賬號在阿里巴巴國際站上登錄後按網站指定路徑和方式提交。有效賬號通常指交易合同起草時所錄入的電子郵箱地址，或確認交易合同時使用的正常有效的阿里巴巴國際站賬號。

After the Purchase Contract has taken effect, a party that has submitted a complaint to Alibaba Singapore under the terms of the Purchase Contract may use the Dispute Determination services (ie, dispute resolution and related services see Agreement on Use of Complaint Center ) provided by Alibaba.com. The request should be submitted in accordance with the website's guidance and instruction after the party has logged in to Alibaba.com. A valid account generally refers to Buyer or Seller's email address inserted into the Trade Assurance Purchase Contract at the time of drafting, or the regular and effective account used by Buyer or Seller on Alibaba.com when Buyer or Seller confirmed the Trade Assurance Purchase Contract.

## 第四章信用保障糾紛處理

## Chapter 4 Dispute Determination in Connection with Trade Assurance Services

**第九條 【投訴和受理】**

**Article 9 Complaints and Handling**

9.1 【投訴】

Complaints

9.1.1 交易合同生效後發生糾紛的，買方可通過信用保障服務交易系統（簡稱"系統"）發起投訴；賣方可通過投訴举报中心發起投訴。發起投訴的一方稱為投訴方，另一方稱為被投訴方。

If a dispute arises after the Purchase Contract has taken effect, Buyer may raise a complaint through the Trade Assurance Services Transaction System (the "System"), and Seller may raise a complaint through the Complaint Center. The complaining party is referred to as complainant and the other party as respondent.

9.1.2 投訴方需填寫投訴主張及原因，並按系統提示在通知時限內提供能充分證明投訴主張的證據材料。

The complainant must fill in the reasons and grounds for raising the dispute and provides sufficient supporting documents within the time limit displayed on the System.

9.1.3投訴方及被投訴方首先應協商解決糾紛。如糾紛調處期間，雙方達成和解方案的，Alibaba Singapore將終止糾紛調處流程。

The complainant and the respondent shall first negotiate to solve the dispute. If during the course of Dispute Determination, the parties reach a settlement, Alibaba Singapore will then cease the Dispute Determination.

9.2 【撤诉】

Complaint Withdrawal

9.2.1 投訴方可在Alibaba Singapore做出判責決定前撤銷投訴。

The complainant may withdraw the complaint before Alibaba Singapore makes any determination on the complaint.

9.2.2 被投訴方不得引誘、欺詐、脅迫投訴方撤訴。

The respondent shall not lure, engage in any fraudulent act to make, or coerce the respondent to withdraw the complaint.

9.3 【投訴受理期限】投訴處理期限，按照 《阿里巴巴國際站交易糾紛調處規則》 相關規定執行。

Claim Period. The claim period for handling complaints shall be in accordance with the relevant provisions of Alibaba.com Transaction Dispute Determination Rules.

9.4【通知】Alibaba Singapore受理投訴後，進行糾紛調處，將通過郵件、電話等方式通知被投訴方該投訴事宜。

Notice. After Alibaba Singapore receives the request for Dispute Determination, it will notify the respondent about the complaint by mail, telephone, or other methods as deemed appropriate.

9.5【反通知】

Counter-notice

9.5.1 接到Alibaba Singapore通知後，被投訴方應按照 《阿里巴巴交易糾紛調處規則》 相關規定對投訴方的主張進行反通知並提供有效證據材料。

After being notified by Alibaba Singapore, the respondent shall submit a counter-notice against the complaint and provide valid supporting evidence in accordance with the relevant provisions of Alibaba.com Transaction Dispute Determination Rules.

9.5.2 被投訴方未在指定時間內提供反通知或提供的證據材料不能充分證明反通知主張的，Alibaba Singapore將依據現有證據材料判責。

If the respondent fails to submit a counter notice in time or fails to provide sufficient evidence to support its counter- notice, Alibaba Singapore will make decisions based on the existing supporting evidence available.

9.6【證據材料】

Supporting Evidence

9.6.1 糾紛調處以阿里巴巴及/或其關聯公司和國際站系統記錄資訊為直接證據，其他資料僅作為輔助資料。

The data and information recorded in the systems of Alibaba and/or its affiliate and Alibaba.com shall serve as the primary evidence and basis for determination of any dispute. Other information and record shall only serve as supplemental information for Dispute Determination.

9.6.2買賣雙方應保證所提供的證據材料真實合法有效。Alibaba Singapore不保證爭議各方提交的糾紛相關證明文件是真實、完整、準確的，對任何不真實或者誤導性的資料不應負責。

Both Buyer and Seller shall ensure that the supporting evidence provided is true, complete, valid and lawful. Alibaba Singapore does not guarantee that the supporting evidence submitted by either party is true, complete and accurate and shall not be responsible if such information is untrue or misleading.

**第十条【糾紛調處服務】**

**Article 10 Dispute Determination**

10.1 買方或賣方使用阿里巴巴國際站上的糾紛調處服務的，即表明各方同意**Alibaba Singapore可根據自己的獨立判斷，並以普通非專業人士的身份對交易合同相關糾紛做出判斷和處理決定（通常稱為"判責決定"、"糾紛處理決定"、或"調處決定"等）。雙方理解並明確因Alibaba Singapore並非專業司法機關，故無須對其做出的不完美的、有瑕疵的、不妥當的或者錯誤的賠付、理賠、支付、處置行為承擔任何責任。**

Buyer or Seller's use of Alibaba.com's Dispute Determination service shall be taken as indication from the relevant party that **Alibaba Singapore has the right to make an independent decision (often referred to as "liability determination", "dispute settlement decisions" or "mediation decision") on any disputes related to the Purchase Contract in the capacity of a normal and non professional person. Both Buyer and Seller understand and agree that Alibaba Singapore will not be liable for any imperfect, defective, improper or faulty d**

ecisions regarding compensation, settlement of claims, payment and disposal, etc., as it is not a profession
al judicial authority.

10.2 Alibaba Singapore將依據 《阿里巴巴交易糾紛調處規則》 規定進行糾紛的調處和判責，若買方或賣方在交易過程中出現違規行為的，將依據《 阿里巴巴交易違規處罰規則》 進行處罰。

Alibaba Singapore will mediate between Buyer and Seller and determine the liability in respect of dispute
s in accordance with Alibaba.com Transaction Dispute Determination Rules. If Buyer or Seller breaks the
Rules during the transaction, Buyer or Seller will be punished in accordance with Alibaba.com Transactio
n Non-Compliance Punishment Rules.

10.3 糾紛調處判責後，Alibaba Hong Kong決定代理賣方墊付退款的，通常情況下將在買方提供正確的銀行帳號資訊後的【7】個工作日內，將需要退還的款項（以交易合同項下"保障額度和凍結資金的總和"為限，如有驗貨，應退還買方驗貨款項）支付至買方原付款帳號；**賣方應退還的款項超出限額的，超出的部分應由賣方先向Alibaba Hong Kong支付，再由Alibaba Hong Kong代賣方向買方支付；退款環節涉及的銀行相關費用由買賣雙方協商決定，協商不成的按照糾紛調處判責決定執行。**

After Alibaba Singapore's Dispute Determination, if Alibaba Hong Kong decides to refund the relevant amount already paid by Buyer on behalf of Seller, Alibaba Hong Kong shall, under normal conditions, remit the funds t
o be refunded (which shall not exceed the total sum of Trade Assurance Amount and Frozen Fund (and inspectio
n fee, if any) to Buyer's original payment bank account within [7] Working Days after Buyer provides correct ba
nk account information. **If the sum to be refunded by Seller exceeds the Trade Assurance Amount and Froz
en Fund, such excessive amount shall firstly be paid by Seller to Alibaba Hong Kong, who shall then pay t
he same to Buyer on Seller's behalf; the assumption of all relevant bank charges involved in the refund pr
ocess shall be decided by Buyer and Seller through negotiation, failing which the liability determination m
ade through Dispute Determination shall be followed.**

**第十一条【免責條款】**

**Article 11 Disclaimer**

買方理解並同意，發生下述任一情況的，買方無法獲得墊付退款：

**Buyer acknowledges and agrees that Buyer will not receive any refunds in the event of any of the followings:**

**11.1 交易行為或交易產品不符合法律、法規、政策、規章及 《阿里巴巴國際站 規則總則 》、協議等規定的；**

**The products or the trading activities underlying the transaction of the Purchase Contract do not co
mply with the relevant laws, regulations, policies, rules, Alibaba.com Rules and agreements;**

**11.2 交易糾紛按照 《阿里巴巴國際站糾紛調處規則》 規定屬於不予受理範圍，或糾紛調處根據 《阿里巴巴國際站糾紛調處規則》 判定賣家無責的；**

**The transaction disputes are not within the scope under Alibaba.com Transaction Dispute Determina
tion Rules or Seller is not liable as determined in accordance with Alibaba.com Transaction Dispute
Determination Rules;**

**11.3 交易糾紛調處判定賣家有責，但買賣雙方協商一致且賣家自主完成退款的；**

**Seller is liable as determined through Alibaba.com's Dispute Determination, and Buyer and Seller ha
ve reached a settlement plan and Seller has completed the refund on its own;**

**11.4 交易糾紛調處判定賣家有責，但買家退款要求超出信用保障範圍的；**

**Seller is liable as determined through Alibaba.com's Dispute Determination, but the amount of Buye
r's refund request exceeds the scope of Trade Assurance Services;**

**11.5 買賣雙方惡意串通的；**

**Buyer and Seller had conspired in bad faith;**

**11.6 買方已無正常使用的阿里巴巴國際站帳號的；**

**Buyer can no longer operate its account with Alibaba.com;**

**11.7 買方提供虛假信息或所提供信息無法核實；**

**Buyer provides false information or the information provided by Buyer cannot be verified;**

**11.8 買方明知或應知賣方在交易期間應使用而未使用一達通服務卻繼續支付合同款項的；**

**Buyer knew or should have known that Seller should have used but did not use One Touch Services
during the term of the Purchase Contract but proceeded to pay the Contract Sum;**

**11.9 交易糾紛處理需退貨，但買方未及時協助或配合賣方退貨的；**

**Buyer failed to promptly assist or cooperate with Seller in the return of products, when product return is required in accordance with the transaction dispute handling result;**

**11.10 存在其他免責情形的。**

**Other exemption situations existed.**

**第十二條【交易合同關閉】**

**Article 12 Termination of Purchase Contract**

**有下列情形之一的，阿里巴巴有權立刻關閉交易合同，並對違規方進行處罰：**

**Alibaba has the right to immediately terminate the Purchase Contract and take any relevant enforcement actions against the party in breach in the event of any of the followings:**

12.1 Alibaba Singapore受理投訴申請並做出判責決定後，同時決定關閉該交易合同的；

Alibaba Singapore has accepted and made a liability determination on a dispute request and decided to terminate the Purchase Contract at the same time;

12.2 阿里巴巴有合理理由懷疑買賣方惡意串通的；

Alibaba has reason to believe that Buyer and Seller had conspired in bad faith;

12.3 買賣雙方或交易合同的履行違反或涉嫌違反法律、法規、政策、規章、有權機關命令的；

Buyer, Seller or the performance of the Purchase Contract is or is alleged to be in breach of any relevant laws, regulations, policies, rules or orders of any competent authority/ies;

12.4 一方因任何原因被關閉阿里巴巴國際站帳號的，或因處罰導致合同無法履行的；

Either party's account with Alibaba.com is terminated for any reason, or the Purchase Contract cannot be performed due to any penalties imposed; or

12.5一方或交易本身違反阿里巴巴國際站服務協定、網站政策或規則的。

Either party or the Purchase Contract itself is in breach of any service rules or website policies of Alibaba.com or the Rules.

12.6賣方長期未發貨，超過合理期限，且買方未投訴的。

Seller failed to ship the products within a reasonable time period, and no compliant has been submitted by Buyer.

12.7交易未能通過阿里巴巴的審核（在此情況下阿里巴巴有權要求賣家將買家已經支付的合同款項退還給買家，賣家未在指定的時間內將買家已經支付的合同款退還給買家的，阿里巴巴有權代賣家支付退款給買家，並向賣家追繳）。

The Purchase Contract does not pass the review of Alibaba (in such a case, Alibaba shall have the right to require the Seller to refund the contractual amount under the Purchase Contract to the Buyer. If the Seller fails to refund to the Buyer the amount that the Buyer has paid under the Purchase Contract within a specified time, Alibaba has the right to process the refund on behalf of the Seller and thereafter claim for the same amount from the Seller.)

## 第五章信用保障服務處罰規則

## Chapter 5 Trade Assurance Services Penalty Rules

**第十三條【信用卡拒付、墊付、催收】**

Article 13 [Credit Card Chargeback, Advance and Collection]

13.1 信用卡拒付 指的是信用卡持卡人在支付訂單後一定期限內（一般為120天，部分支付機構可延長至540天）向銀行申請拒付賬單上的某筆交易對應的款項。

"Credit Card Chargeback" means the application submitted by a credit card holder to the bank for refusing payment for a certain transaction on the bill within a period of time (120 days in general, or up to 540 days for certain payment service providers) after payment for a Purchase Contract.

13.2 墊付 指根據《信用保障服務規則》的相關規定，Alibaba Hong Kong代符合條件的賣方向買方先行退款。

"Advance Payment" means the refund by Alibaba Hong Kong on behalf of an eligible Seller to the Buyer in accordance with relevant provisions of the Rules.

13.3買方向銀行申請信用卡拒付後，Alibaba Singapore將銀行拒付信息通知賣方後，賣方應根據通知的時限要求準備提交拒付抗辯證據進行抗辯。賣方自行承擔信用卡拒付抗辯和舉證義務及後果，如因賣方的原因（例如，舉證不力或放棄舉證）導致抗辯失敗的，賣方應承擔賠償Alibaba Hong Kong或其關聯公司被拒付

的金額。Alibaba Singapore將通知賣方抗辯結果和被拒付的金額（如果抗辯失敗），賣方應按照通知內容將所涉款項支付至指定賬戶。

After the Buyer submits to the bank an application for Credit Card Chargeback, and Alibaba Singapore notifies the Seller of such Credit Card Chargeback, the Seller shall prepare for the submission of evidence to defend itself against such Credit Card Chargeback according to the time limit as notified. The Seller shall undertake the obligation of defense and burden of proof in respect of such Credit Card Chargeback and all the consequences arising therefrom. If such defense fails due to reasons attributable to the Seller, for instance, failure to provide evidence or waiver of provision of evidence, the Seller shall compensate Alibaba Hong Kong or its affiliate(s) for the amount charged back. Alibaba Singapore will notify the Seller of the result of the defense and the amount charged back (in the event of a failed defense), and the Seller shall pay such amount to the designated account as notified.

13.4賣方在信用卡拒付審查中敗訴或放棄抗辯，未在規定時限內履行還款義務，Alibaba Hong Kong或其關聯公司有權向賣方追償已經墊付金額。

If the Seller loses in the investigation of the Credit Card Chargeback or waives defense and subsequently fails to perform its repayment obligations within the specified time, Alibaba Hong Kong or its affiliate(s) shall be entitled to claim against the Seller for the sum of Advance Payment.

13.5持卡人申請信用卡拒付時相關的訂單已經被提交予Alibaba Singapore進行交易糾紛調處，但尚未處理完畢的，Alibaba Singapore將暫停糾紛處理流程。拒付申請成立的，Alibaba Singapore有權撤銷糾紛調處流程並且/或關閉交易；賣方抗辯成立的，Alibaba Singapore有權根據判責結果恢復糾紛調處流程； 當持卡人提起拒付申請時，相關糾紛已經經Alibaba Singapore調處或買賣雙方協商處理完畢但Alibaba Hong Kong或其關聯公司尚未執行墊付的，Alibaba Hong Kong或其關聯公司可選擇中止墊付，待拒付流程結束後Alibaba Hong Kong將根據銀行或者其他第三方拒付判責結果執行。無論Alibaba Singapore是否做出在先的糾紛調處決定，賣方均應當積極應訴，並根據Alibaba Singapore的要求和期限提供相應的證據。

If, when the credit card holder submits the application for Credit Card Chargeback, the relevant Purchase Contract submitted to Alibaba Singapore for Dispute Determination has not been completed, Alibaba Singapore will suspend the Dispute Determination process. If the application for Credit Card Chargeback is established, Alibaba Singapore shall have the right to terminate the Dispute Determination process and/or cease the relevant transaction. If the Seller wins in the defense, Alibaba Singapore shall have the right to resume the Dispute Determination process based on the liability determination result. If, when the credit card holder submits the application for Credit Card Chargeback, the relevant dispute has already been resolved through the Dispute Determination process by Alibaba Singapore or that negotiations between the Seller and the Buyer have already been completed, but Alibaba Hong Kong or its affiliate(s) has not yet processed any Advance Payment, then Alibaba Hong Kong or its affiliate(s) may choose to suspend the processing of any Advance Payment until the determination of the chargeback process, and follow the result as determined by the bank or other third party. The Seller shall proactively defend itself against any application for Credit Card Chargeback and provide relevant evidence in accordance with the requirements and time limit as determined by Alibaba Singapore, regardless of whether any decision has been made by Alibaba Singapore under the Dispute Determination process.

13.6賣方在信用卡拒付審查中敗訴，在以下情形，Alibaba Hong Kong或其關聯公司有權視情況全部或部分放棄向賣方追償:

In the event where the Seller loses in the investigation of the Credit Card Chargeback, Alibaba Hong Kong or its affiliate(s) may, under the following circumstances, waive any claim against the Seller, in part or in whole:

13.6.1，持卡人以信用卡未經持卡人本人授權（包括盜卡、欺詐等）為由發起的信用卡拒付（欺詐類拒付保障中的 免責條款 適用）；

The credit card holder applies for Credit Card Chargeback on the ground that the use of such credit card is not authorized by the credit card holder (including stolen card or fraud), in which case the disclaimer clauses in the Fraud Chargeback Protection shall apply;

13.6.2，持卡人發起拒付申請之前（除第13.6.1條中描述的情景以外），Alibaba Singapore已經受理持卡人發起的糾紛調處申請並判定賣方無責後，持卡人又以相同或近似理由申請信用卡拒付且未出現Alibaba Singapore有權重新作出調處結果情形的（包括但不限於持卡人提交新證據或發現賣方提交虛假證據等）；

Prior to the credit card holder's application for Credit Card Chargeback (save for the circumstances as described in Article 13.6.1), Alibaba Singapore has already accepted the credit card holder's application for Dispute Determination and determined that the Seller shall have no liability; and the credit card holder subsequently applies for Credit Card Chargeback with the same or similar reason and there is no circumstance arisen under which Alibaba Singapore has the right to reevaluate the Dispute Determination decision (including but not limited to submission of new evidence by the credit card holder or the Seller is found to have provided false evidence);

13.6.3，買賣雙方曾就拒付所涉糾紛達成和解協議且賣家已履約，同時買賣方貿易真實且賣方無違約或者其他過錯，買方又以相同或近似理由向銀行申請信用卡拒付的；

The Buyer and the Seller have reached a settlement agreement in respect of a dispute relating to the Credit Card Chargeback and the Seller has performed its obligations under such agreement, and that the transaction between the Buyer and the Seller is true and the Seller commits no default or other fault; then the Buyer subsequently applies to the bank for Credit Card Chargeback with the same or similar reason;

13.6.4，其他包括如係統原因等Alibaba Hong Kong或其關聯公司放棄追償的情形。

Any other circumstances under which Alibaba Hong Kong or its affiliate(s) has waived any claim, including but not limited to system failure.

13.7在Alibaba Hong Kong或其關聯公司有權視情況全部或部分放棄向賣方追償的情況下， 賣方仍然有義務提供Alibaba Singapore要求的拒付抗辯證據；若賣方不配合舉證、超時未舉證或未在規定期限內提供有效證據，因此導致拒付申請成立的，Alibaba Hong Kong或其關聯公司仍有權要求賣方償還墊付款。

In the event where Alibaba Hong Kong or its affiliate(s) may have the right to waive any claim against the Seller in part or in whole, the Seller is still obliged to provide the evidence for defense against Credit Card Chargeback as required by Alibaba Singapore. If the Seller fails to cooperate, or delays in the provision of evidence, or cannot provide valid evidence within a specified time, thereby causing the success of a Credit Card Chargeback application, then Alibaba Hong Kong or its affiliate(s) shall still have the right to claim the sum of the Advance Payment from the Seller.

13.8 按照本規則規定賣方應償還Alibaba Hong Kong或其關聯公司墊付款的，賣方應按照規定時限履行還款義務，否則賣方還應承擔逾期還款違約金和Alibaba Hong Kong及其關聯公司為實現債權所發生的全部費用（包括但不限於律師費、交通費、公證費等）。

If, pursuant to the Rules, the Seller is required to repay the sum of Advance Payment made by Alibaba Hong Kong or its affiliate(s), the Seller shall perform its repayment obligation within the specified time. Otherwise, the Seller shall also bear the liquidated damages for overdue repayment and all relevant costs incurred by Alibaba Hong Kong and its affiliate(s) arising from any enforcement actions pursuant to such overdue sum (including but not limited to attorney's fees, travelling expenses and notarial fees).

**第十四條【違規行為】：**

**Article 14 Prohibited Acts**

**有下列情形之一的，阿里巴巴有權對違規方進行處罰：**

**Upon the occurrence of any of the following, the party in breach shall be subject to penalties in accordance with these Rules:**

**14.1 接到買方發出的信用保障交易合同意向後，賣方無合理理由拒不起草交易合同供買方簽署的；**

**After receiving Buyer's intention to enter into a Purchase Contract, Seller refuses to draft the Purchase Contract for execution by Buyer without any valid reason;**

**14.2 賣方未在繳費通知規定期限內足額還款至Alibaba Hong Kong指定銀行帳號的；**

**Seller fails to reimburse the sum to Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited at the designated bank account in full within the time limit specified in the payment notice;**

**14.3 惡意差評或投訴的；或以差評/投訴威脅對方的；**

**Giving negative comments or raising complaints against the other party in bad faith, or using such means to blackmail the other party;**

**14.4 買方惡意未按約定支付交易合同尾款的；**

**Buyer did not pay the remaining balance of the Contract Sum to Seller in accordance with the terms of the Purchase Contract without any valid reason;**

**14.5 提供虛假材料、資訊或證明的；**

**Providing false documents, information or supporting documents;**

**14.6 買賣方惡意串通，或有其他嚴重不誠信行為的。**

**Buyer and Seller maliciously conspire, or engage in other material dishonest conduct.**

**14.7因賣方的原因（包括但不限於賣方指示買方等原因）導致交易合同款項未支付到交易合同指定收款賬號的；**

**The Contract Sum has not been paid to the designated bank account because of Seller (including but not limited to Seller instructing Buyer to do so)**

**14.8賣方根據阿裡巴巴國際站或者一達通的規則需要使用一達通服務但未使用的；**

**Seller fails to use One Touch Services where it is required to use the same pursuant to the rules of Alibaba.com or the rules of One Touch;**

**14.9買賣方有其他違反交易合同或本規則的行為。**

**Buyer and Seller committed other breaches of the Purchase Contract or these Rules.**

**第十五條【違規處罰】**

**Article 15 Penalties for Breach**

15.1 阿里巴巴將根據違規的嚴重程度，對違規方按本規則實施處罰；違規方有多個阿里巴巴國際站帳號的，阿里巴巴有權對全部帳號實施相同處罰。

Alibaba will take the relevant enforcement action against the party in breach of these Rules based on the extent of breach. If the party in breach has more than one membership accounts with Alibaba.com, Alibaba shall have the right to take the same enforcement action against all such membership accounts.

15.2 賣方有上述14.1條違規行為的，阿里巴巴有權對賣方進行如下處罰：

If Seller breaches Article 14.1 of these Rules, Alibaba shall have the right to take the following enforcement act ions against Seller:

| 違規次數（1年內）<br>Number of Breaches (within a year) | 處罰方式<br>Enforcement Actions |
|---|---|
| 1次<br>Once | 警告<br>Warning |
| 2次以上的（含2次）<br>Twice or more | 終止其信用保障服務資格, 90天內不得重新申請<br>Terminate Seller's Trade Assurance Services and pr ohibit Seller from reapplying for such services for ni nety 90 days from the date of such termination |

15.2.1 上述行為年是指每次拒用信用保障服務的行為都會被記錄【365】天；

Every act of breach will remain on record for three hundred and sixty-five days [365] days.

15.2.2 賣方主動退出信用保障服務的或因6.2條所列情況被終止服務資格的，【90】天內不能重新申請。

Seller will not be able to reapply for Trade Assurance Services within ninety [90] days after withdrawal from such services on a voluntary basis or as a result of circumstance under Article 6.2.

15.2.3 違規次數記錄時間以Alibaba Singapore糾紛調處違規行為成立之時為准。

Every act of breach will be recorded as at the time when Alibaba Singapore makes a determination on the dispute.

15.2.4 同一買方就同一份交易合同多次投訴同一賣方此項違規行為的，則只計算一次。

If the same Buyer repeatedly raises multiple complaints against the same Seller for the same breach rela ting to a Purchase Contract, all such complaints will be counted as one complaint.

15.3 賣方有上述14.2條違規行為的，將對賣方進行如下處罰:

If Seller breaches Article 14.2 of these Rules, Seller will face the following enforcement actions:

| 逾期天數<br>Number of days past due | 處罰方式<br>Enforcement Actions |
|---|---|
| 1-15天<br>1 – 15 days | 根據 《阿里巴巴國際站交易違規處罰規則》處以3分罰分并保留關閉賬號的權利<br>3 points will be deducted in accordance with the Ali baba.com Transaction Non-Compliance Punishment Rules，and Seller's account may be closed |
| 16天以上<br>16 days or above | 禁止起草阿里巴巴國際站交易合同并保留關閉賬號的權利<br>Prohibited from drafting Alibaba.com's Purchase Co ntract，and Seller's account may be closed |

15.4 買方有14.3、14.4、14.5、14.6違規行為的，則關閉買方阿里巴巴國際站帳號。

If Buyer breaches any of Articles 14.3, 14.4, 14.5 or 14.6, Buyer's account with Alibaba.com will be terminated .

15.5 關閉保障額度的情況下，如有其他操作中的交易合同，則：

If the Trade Assurance Amount is cancelled and there are other Purchase Contracts that are in operation, then:

15.5.1如買方已支付預付款且Alibaba Singapore判斷無法直接退款的，則雙方應繼續履行交易合同；

If Buyer has already paid the deposit and Alibaba Singapore has determined that such payment cannot be refunded directly, then both Buyer and Seller should continue to carry out the Purchase Contract;

15.5.2 如賣方已發貨的，則雙方應繼續履行交易合同。

If Seller has already delivered the products, then both Buyer and Seller shall continue to carry out the Pur chase Contract.

15.6 賣方有上述14.7、14.8條違規行為的，阿里巴巴有權終止賣方信用保障服務資格。

If Seller breaches Article 14.7 or 14.8 of these Rules, Alibaba has the right to disqualify Seller from Trade Assurance Services.

15.7 賣方因任一處罰而被終止信用保障資格的，自終止之日起90天内，該賣方無權申請開通信用保障服務。

If Seller's qualification of Trade Assurance Services was terminated due to penalty, the Seller will not be able to reap ply for such services for ninety (90) days from the date of such termination.

## 第六章其他規定

## Chapter 6 Miscellaneous

### 第十六條【其他規定】

### Article 16 Miscellaneous

16.1 阿里巴巴將根據保障服務的實際執行情況不時完善、修訂本規則並在阿里巴巴國際站公示，修訂後的規則於指定日期生效（如有）或公示之日生效。

Alibaba shall have the right to amend, revise and publish on Alibaba.com these Rules from time to time based o n the actual performance of the Trade Assurance Services and the amended and revised Rules will take effect on the designated date or, if there is no such designated date, the date it is published on Alibaba.com.

16.2 本規則中"阿里巴巴國際站"指Alibaba.com的PC端和App。

"Alibaba.com" in these Rules means PC and App terminals of Alibaba.com.

16.3本規則中"一達通"指實際承接一達通服務的一達通或其關聯公司。

"One Touch" in these Rules means Shen Zhen One Touch Business Services Limited (the operator of the One Touch Services) or its affiliates.

**16.4 任何一方對本規則有異議的，應立即停止使用信用保障服務，並通知另一方以及阿里巴巴；簽署、履行交易合同及/或使用信用保障相關服務的，即表明接受並認可本規則。**

**If any party has any disagreement to these Rules, such party should stop using the Trade Assurance Servi ces and immediately notify the other party and Alibaba. By executing and performing the Purchase Cont ract and/or using any Trade Assurance Services, such party will be deemed to have accepted and agreed t o be bound by these Rules.**

**16.5 本規則內容以中文版為准，英文版僅供參考。**

**The English version of these Rules is for reference purposes only. In the event of any inconsistency betwee n the Chinese and English versions of these Rules, the Chinese version shall prevail.**

## C部分

PART C

## 第一章規則目的及定義

## Chapter 1 Purpose and Definition

### 第一條【制訂目的】

### Article 1 Purpose

1.1 為保護阿里巴巴國際站（ www.alibaba.com ）使用者的合法權益，促進信用保障服務的健康發展，制定本規則。

The purpose of establishing these Rules is to protect the legitimate interests of users of Alibaba.com (URL: http://www.alibaba.com ) and to promote the healthy development of the Trade Assurance Services.

1.2 本規則由阿里巴巴國際站使用者（包括買方及賣方）與Alibaba.com Singapore E-Commerce Private Limited（以下簡稱"Alibaba Singapore"），Alibaba.com Hong Kong Limited（以下簡稱"Alibaba Hong Kong"） （Alibaba Singapore及Alibaba Hong Kong統稱"阿里巴巴"）共同締結。

These Rules are jointly concluded by Alibaba.com users (including Buyers and Sellers), Alibaba.com Singapore E-Commerce Private Limited (referred to as "Alibaba Singapore"), Alibaba.com Hong Kong Limited (referred to as "Alibaba Hong Kong") (Alibaba Singapore and Alibaba Hong Kong, referred to as "Alibaba").

### 第二條【定義】

### Article 2 Definition

2.1 買方：指在阿里巴巴國際站上采購產品並要求賣方提供信用保障服務的阿里巴巴國際站用戶。

"Buyer" means a user of Alibaba.com who has purchased products and requested Seller to provide Trade Assurance Services.

2.2 賣方：為免生疑，在本C部僅指在阿里巴巴國際站上銷售產品並向買方提供信用保障服務的且在香港地區註冊或居住的阿里巴巴國際站用護。

"Seller", for the avoidance of doubt, under this Part C shall means a user, registered or resident in Hong Kong, who sells products on Alibaba.com and agrees to provide Trade Assurance Services to Buyer.

2.3信用保障交易合同：下稱"交易合同"或"訂單"，指買賣雙方為約定產品出口相關及信用保障服務相關權利義務而使用阿里巴巴國際站認可的方法訂立的買賣合同。

"Trade Assurance Purchase Contract" or "Purchase Contract" means a sales and purchase contract entered into by and between a Buyer and a Seller using an execution method approved by Alibaba.com which stipulates the rights and obligations in connection with exportation of products and Trade Assurance Services.

2.4 信用保障服務：又稱"保障服務"，即賣方與買方達成交易合同，承諾按約向買方履行合同交貨義務；當賣方發生違約行為（遲於交易合同約定的"發貨時間"發貨或未發貨；或賣方有以下行為，導致產品的價值產生重大損失，或雙方已知或應知的交易的主要商業目標無法達成的：( i)未按本合同約定質量要求供應產品、或(ii)未向買家移交物權憑證、或(iii)未提供單據（或證書）等文件、或(iv)有其他嚴重違約行為）時， 賣方承諾向買方退還全額已收合同款，買賣雙方約定的退款金額（以投訴舉報平台系統記錄為準），或其他Alibaba Singapore指定的款項（部分退款以買方接受賣方違約行為為前提），具體金額以Alibaba Singapore根據相關證據做出的判責為準；若買方向Alibaba Singapore提出投訴、使用阿里巴巴國際站提供的糾紛調處服務，則賣方同意：Alibaba Singapore在收到買方有效投訴後、可根據相關證據有權獨立做出糾紛調處，如Alibaba Singapore判斷賣方違約成立，則Alibaba Hong Kong有權以交易合同項下"保障額度和凍結資金的總和"為限（如有驗貨，應包含驗貨費用）、自行或委託相關合作方代理賣方向買方進行墊付退款，以保障買方權益。**信用保障服務是賣方按交易合同約定向買方提供的保障承諾和義務，賣方是該義務的承擔者，Alibaba Hong Kong或任何協力廠商不是該義務的責任人。凍結資金"指買方預付款或已付合同款金額超過該筆交易合同對應的保障額度的金額。凍結資金的使用方式以賣方與Alibaba Hong Kong另行約定為准。**

"Trade Assurance Services" or "Assurance Services" means the services that Seller undertakes to fully refund the Contract Sum received by the Seller or an amount mutually agreed upon by the Buyer and Seller (in accordance with the system records of the Complaints Platform), or other amount as designated by Alibaba Singapore (P

artial refund shall be conditional upon the Buyer's acceptance of the Seller's act of breach of contract) and the actual amount to be refunded shall be determined by Alibaba Singapore based on the relevant evidences, in case Seller breaches the Purchase Contract (ship out products later than Shipment Date or did not ship out the products at all; or: (i) failure to deliver products in compliance with the Product Description and Specifications, or (ii) failure to provide valid documentation in support of change of ownership of the products to the Buyer, or (iii) failure to provide valid documentation including but not limited to corresponding invoice (or certification) in support of delivery, or (iv) commit any other material breach of the Purchase Contract, in each case resulting in a material damage to the value of the products or the commercial objective known or should be known to both Seller and Buyer becoming unachievable) after Seller enters into a Purchase Contract with Buyer and undertakes to perform its obligations relating to product delivery as stipulated therein; and if Buyer submits a complaint to Alibaba Singapore and uses the Dispute Determination service provided by Alibaba. Singapore, Seller agrees that after Alibaba Singapore receives a valid compliant, Alibaba Singapore shall have the right to determine at its sole discretion the liability in connection with the dispute, based upon the relevant evidence, and if Alibaba Singapore determines that Seller has committed a breach of the Purchase Contract, Alibaba Hong Kong will be entitled to, on its own or entrust a related partner, refund to Buyer for and on behalf of Seller in the amount up to the Trade Assurance Amount as set forth in the Purchase Contract in order to protect the legitimate interests of Buyer. **Trade Assurance Services are an undertaking and obligation of Seller to provide assurance to Buyer as stipulated in the Purchase Contract. Seller shall be solely obliged to provide such services and none of Alibaba Hong Kong any third party shall have any obligation to provide such services to Buyer. "Frozen Fund" means the amount of fund paid by Buyer as prepayment or full payment of the Contract Sum, that is in excess of the Trade Assurance Amount corresponding to the underling Purchase Contract. Use of the Frozen Fund shall be determined in a separate agreement by and between Seller and Alibaba Hong Kong.**

2.5一達通服務：即深圳市一達通企業服務有限公司或其關聯公司向賣方提供的外貿綜合服務（詳見 http://onetouch.alibaba.com ），包括但不限於出口報關、物流運輸、貿易融資、收匯結匯、出口退稅、自證自營出口等服務。

"One Touch Services" means the comprehensive international commercial and trading services provided to Seller by Shen Zhen One Touch Business Services Limited or its affiliates, including but not limited to customs declaration services for exportation, logistics services, trade financing, exchange receipt and settlement, tax return upon exportation, permitted self-managed exportation and etc. (for details please visit http://onetouch.alibaba.com ).

**2.6 驗貨商：特指入駐阿里巴巴驗貨平台的【信用保障服務指定驗貨商】，該服務商將按交易合同中約定的產品品質標準提供指定驗貨服務。**

**"Product Inspection Company" means the product inspection company designated for Trade Assurance Services which operates on Alibaba's inspection platform and provides authorized inspection services according to the product quality standards stipulated in the Purchase Contract.**

2.7 信用保障額度：下稱"保障額度"，指Alibaba Hong Kong在特定條件下可幫助賣方向買方提供先行賠付保證的資金限額。 **保障額度僅供買方參考，不影響買方按交易合同及本規則獲得退款。**

"Trade Assurance Amount" or "Assurance Amount" means the monetary limit of advance compensation assurance that Alibaba Hong Kong may provide to Buyer for and on behalf of Seller under certain conditions. **The Assurance Amount shall be for Buyer's reference only and does not affect the refund that Buyer shall receive in accordance with the Purchase Contract or the Trade Assurance Service Rules.**

2.8 工作日：指中華人民共和國法定節假日（如週六日等）之外的任何一天。

"Working Day" shall mean any day that is not an official holiday in the People's Republic of China, such as Saturday, Sunday and etc.

2.9 "自然日"和 "天"：指中華人民共和國的日曆日。

"Calendar Day" or "Day" shall mean a Calendar day in People's Republic of China.

## 第二章保障額度管理

## Chapter 2 Management of Assurance Amount

**第三條【保障額度的取得】：**

**Article 3 Obtaining the Assurance Amount**

3.1 賣方在阿里巴巴國際站上的基本資訊、貿易交易額、資信狀況等資料可作為賣方保障額度的累積依據，具體額度以Alibaba Hong Kong決定為准。一個賣方只能獲得一個保障額度。

Seller's profile and its transaction volume, credit standing and other data on Alibaba.com may constitute the basis for determination of the Assurance Amount available to Seller. Alibaba Hong Kong shall have the sole and absolute discretion in determining the Assurance Amount available to Seller. Each Seller may only obtain one Assurance Amount.

3.2 賣方的基本資訊包括但不限於其工商註冊資訊、與阿里巴巴國際站及其關聯公司合作的年限、在國際站的動作表現等資訊；

Seller's profile includes but not is limited to its industrial and commercial registration information, term of cooperation with Alibaba.com and its affiliates and its performance on Alibaba.com.

3.3 貿易交易額的資料來源包括但不限於下述兩類：

The sources of Seller's transaction volume include, but are not limited to, the following:

3.3.1 賣方在最近1年內通過一達通外貿綜合服務出口的資料；

Seller's records of exportation through One Touch's comprehensive international commercial and trading services in the past one year;

3.3.2 賣方提供的最近1年的自營進出口交易資料。

Seller's records of self- managed importation and exportation in the past one year as provided by Seller.

**3.4賣方的資信狀況，目前主要參考阿里巴巴國際站違規處罰累計扣分 （扣分會導致信用保障額度降低，超過一定分值或其他重大違規行為則無法開通或繼續提供保障服務）。**

**Seller's credit standing is at present mainly determined according to the accumulatively deducted points as penalty by Alibaba.com for its violations. (Deduction of points may lead to reduction in Trade Assurance Amount. Where points that have been deducted exceed a certain limit or Seller has committed other major violations, the provision of Trade Assurance Services cannot be activated or will be terminated.)**

**3.5 阿里巴巴可根據行業變化及運營需求對保障額度的相關規則進行調整，並決定公佈的內容和範圍。**

**Alibaba may adjust relevant rules for Assurance Amount according to industry changes and operational demands and decide the content and scope to be published.**

**第四條【保障額度展示】：**

**Article 4 Display of Assurance Amount**

4.1每個賣方的保障總額度將定期或不定期更新，展示在阿里巴巴國際站相關頁面，僅供買方參考。

Each Seller's Assurance Amount shall be updated regularly or irregularly and displayed on the relevant page of Alibaba.com, and for Buyer's reference only.

4.2 賣方擁有多個國際站帳號的情況下（以同一營業執照為同一企業為認定標準），同一企業的多個已開通信用保障服務的帳號將展示、及共用同一保障額度。

If Seller owns more than one membership account with Alibaba.com (accounts under the same business license shall be taken as belonging to one enterprise), all membership accounts of the same enterprise for which the Trade Assurance Services have been activated will display and share the same Assurance Amount.

**第五條【保障額度的使用】：**

**Article 5 Use of the Assurance Amount**

5.1 買方支付交易合同項下的款項且經alibaba.com系統確認到賬後，該款項對應的保障額度即時凍結。

After Buyer has made payment under the Purchase Contract and the receipt of payment has been confirmed in Alibaba.com's transaction system, the Assurance Amount stipulated in that Purchase Contract will be frozen immediately.

5.2 單筆保障額度凍結後，可用保障額度中將扣除對應金額；反之，單筆保障額度解凍後，可用保障額度中將恢復之前凍結的金額。

After a certain amount of Assurance Amount for a particular Purchase Contract is frozen, the Assurance Amount available to Seller will be deducted accordingly; and after the frozen Assurance Amount is released, the Assurance Amount available to Seller will increase to correspond to the released amount.

5.3交易合同中保障額度的具體金額以已"收合同總價款" 和"可用保障額度"兩者中較低的一項為準。保障額度金額不影響買方應該退款的金額：超出保障額度的凍結資金部分由賣方自行安排退款或通過Alibaba Hong Kong安排墊付退款。

The specific Trade Assurance Amount under the specific Purchase Contract shall be the lower of the Contract Sum (as set out in the Trade Assurance Purchase Contract) received by the Seller and the total remaining Assurance Amount of the Seller. The Assurance Amount does not affect the refund that Buyer is entitled to any amount of the Frozen Fund exceeding the Assurance Amount shall be refunded by the Seller or refunded by Alibaba Hong Kong on behalf of the Seller.

**5.4 賣方應具備如下全部條件方可起草交易合同：**

**Unless Seller has satisfied all of the following conditions, it may not draft the Purchase Contract:**

5.4.1滿足信用保障服務准入條件，如使用一達通代理出口則另需已完成一達通開票人和相關產品預審；

Seller has satisfied the access requirements for Trade Assurance Services and, if it uses One Touch for exportation of the products, it has passed relevant reviews by Alibaba Hong Kong on drawer and relevant products;

5.4.2 預付款金額大於零；

The deposit stipulated in the Purchase Contract is greater than zero;

5.4.3 無拖欠Alibaba Hong Kong及/或其關聯公司款項的情況；

No payments payable to Alibaba Hong Kong and/or its affiliates are overdue;

5.4.4 無其他影響交易合同的風險因素存在。

There are no other risk factors that affect the Purchase Contract.

【注】上述條件是否完備，以阿里巴巴審核結果為准。

Note:

Alibaba shall have the sole right and discretion to determine whether or not Seller has fulfilled all of the conditions specified above.

5.5 保障額度的解凍：滿足下述條件之一的，單筆交易合同對應的保障金額解凍：

Release of Assurance Amount: the Assurance Amount for a particular Purchase Contract will be released in any of the following events:

5.5.1 交易合同成立後【15】個自然日內買方未付款而賣方或買方取消該合同的；

Buyer has not remitted payment for the Purchase Contract within [15] calendar days after the Purchase Contract is executed and Seller or Buyer has terminated the Purchase Contract;

5.5.2 交易合同順利履行完畢的；

The Purchase Contract has been fully performed successfully;

5.5.3 交易合同糾紛處理完畢（發生退款的，則退款已清償完畢）的；

Any dispute under the Purchase Contract has been fully settled (in case of refunding (not a Trade Assurance Services refund by Alibaba Hong Kong for and on behalf of Seller), the amount to be refunded has been refunded in full);

5.5.4 買賣雙方達成一致關閉交易合同的；

Both Buyer and Seller have agreed to terminate the Purchase Contract;

5.5.5 發生Alibaba Hong Kong認為可以解凍的其他情景。

Any other circumstance occurs which in the opinion of Alibaba Hong Kong the Assurance Amount may be released.

**第六條【信用保障服務的中止和終止】**

**Article 6 The Suspension and Termination of Trade Assurance Service**

**6.1 發生下述情況之一的，信用保障標識展示將被暫停：**

**The Service icon display for Trade Assurance will be temporarily suspended upon the occurrence of any of the following:**

**6.1.1 賣方首次開通供應商服務和信用保障服務均滿180天，且在開通期間有連續的180天內無生效的信用保障交易合同（生效定義見7.3條），則將暫停信用保障標識展示。"供應商服務"指中國大陸、香港、台灣的賣方用戶付費獲得的實現其在阿里巴巴國際站上發佈公司和產品等資訊資料相關網路技術支援的服務。**

**If Supplier Services and Trade Assurance Services have been activated for Seller for the first time and lasts for more than 180 days, and no Purchase Contract has taken effect (refer to Article 7.3 for the definition of take effect) for a consecutive period of 180 days, then the Service icon display for Trade Assurance will be temporarily suspended. "Supplier Services" means Internet and technology support services on Alibaba.com relating to the publication of company and product information that Sellers of Mainland China, Hong Kong and Taiwan can obtain by paying for such services.**

**標識展示暫停期間，賣方有權申請恢復標識展示。申請後【15】天內達成有效交易合同的，標識展示自動恢復；逾期未達成有效交易合同的，標識展示將繼續暫停，且30天內（自申請日後第16天起計算）無權提起申請恢復展示。**

**Seller shall have the right to apply for the restoration of the Service icon during the time its display is bei ng temporarily suspended. The Service icon shall be automatically restored if an effective Purchase Contract i s entered into within [15] days of such application. The Service icon shall continue to be suspended if no effect ive Purchase Contract is entered into during this period and, if this is the case, Seller shall not be allowed to a pply for restoration of the Service icon for a period of 30 days (counting from the 16th day following Supplier' s application for restoration).**

**6.2 發生下述情況之一的，信用保障服務資格將被終止：**

**6.2 The Trade Assurance Service qualification shall be terminated upon the occurrence of any of the following :**

**6.2.1 賣方累計【2】次以上（含【2】次）無合理理由拒絕與買方簽署交易合同的；**

**Seller has unreasonably refused to enter into a Purchase Contract with a Buyer on two or more occasio ns;**

**6.2.2 賣方逾期未全額歸還Alibaba Hong Kong付的退款超過【1】個月的；**

**The repayment from Seller of the amount refunded by Alibaba Hong Kongon its behalf has been overdue f or more than [one] month;**

**6.2.3 賣方不再滿足信用保障服務相關准入條件的；**

**Seller no longer satisfies relevant access conditions for Trade Assurance Services;**

**6.2.4 賣方根據阿裡巴巴國際站或者一達通的規則需要使用一達通服務的未使用一達通服務的；**

**Seller fails to use One Touch Services where it is required to use the same pursuant to the rules of Alibaba.c om or the rules of One Touch;**

**6.2.5 因賣方的原因（包括但不限於賣方指示買方等原因），導致交易合同款項未支付到交易合同指定收款帳號的；**

**The Contract Sum has not been paid to the designated bank account because of Seller (including but not li mited to Seller instructing Buyer to do so);**

**6.2.6 賣方發生違反信用保障服務相關協定及/或本規則的其他行為，且阿里巴巴認為需要終止其服務資格的。**

**Seller has violated agreements related to the Trade Assurance Services and/or these Rules, and Alibaba d ecides to terminate Seller's qualification to Trade Assurance Services.**

## 第三章保障服務操作流程

## Chapter 3 Operational Work Flow of Assurance Services

**第七條【操作流程】：**

7.1 第一階段：賣方起草、修改、提交交易合同；買方也可起草、提交交易合同。

First Stage: Seller drafts, amends, and submits a Purchase Contract; Buyer may also draft and submit a Purchase Contract;

7.2 第二階段：1）如合同系買方起草，需經賣方確認；2）如合同系賣方起草，買方應在賣家發貨前按阿裡巴巴國際站規則的要求或合同約定的方式足額支付合同款項到交易合同指定收款帳號並經確認到賬，交易合同成立並生效。**買方選擇信用卡或e-checking付款方式的，則買方有權提出拒付，當發生拒付時，賣方應當配合舉證，不進行舉證或舉證失敗賣方應承擔相關損失；舉證是否成立通常以信用卡組織判定為准；此種情況下視為買方發起投訴，阿里巴巴亦將按本規則進行糾紛調處及處理。交易合同中的收款帳號僅可用于收支該合同項下交易款項，買賣雙方應妥善保存及管理該帳號，不得擅自更改使用方式或對外不當披露。因該帳號的使用或款項拒付等原因導致任何糾紛或損失的，均應由買賣雙方自行解決或承擔，且買賣雙方承諾採取一切措施，避免給阿里巴巴及/或其關聯公司造成任何不利影響或損失。**

Second Stage: 1) If Buyer drafts the Purchase Contract, Seller shall confirm such Purchase Contract ; 2) If Selle r drafts the Purchase Contract, Buyer shall remit the Contract Sum in full to the beneficiary bank account design ated in the Purchase Contract in the method approved by Alibaba.com or stipulated in the Purchase Contract bef ore shipment by Seller, and upon confirmation of receipt of the remittance, the Purchase Contract shall be conclu ded and take effect. **If Buyer selects credit card or e-**

**checking as the method of payment, Buyer shall be entitled to request for chargeback. In such an event, Seller shall cooperate and bear the burden of proof. In the event Seller does not provide any evidence or fails to prove its case, Seller shall be liable for the relevant losses. Whether Seller is able to successfully prove its case will usually be based on the relevant credit card issuer's determination. Such circumstances are deemed to be a complaint raised by the Buyer and Alibaba shall also carry out Dispute Determination or resolve the matter in accordance with these Rules. The beneficiary bank account designated in the Purchase Contract shall be used for the collection of transaction payments thereunder only. Buyer and Seller shall keep and maintain such account number in a proper manner, and shall not change its use without authorization or disclose such account details improperly. Any disputes or losses caused by the use of such account or request for chargeback or other reasons shall be settled or borne by and between Buyer and Seller, and Buyer and Seller undertake to make all efforts to protect Alibaba and/or its affiliates from any adverse effects or losses.**

7.3 第三階段：賣方應按合同約定方式發貨。

Third Stage: Seller shall ship the products in the method agreed in the Purchase Contract.

7.4第四階段：買方可在賣方發貨後N個自然日內確認收貨，並對賣方進行評價。

Fourth Stage: Buyer may confirm receipt of products and give a review of Seller within "N calendar days" after Seller ships the products.

7.4.1" N個自然日"的定義：

"N calendar days" means:

a. 海運、陸運、郵政包裹：從系統記錄發貨時間+60天（直航時間以Alibaba Singapore判斷為准）；

Ocean shipping, Land transportation, Postal parcel: 60 days after the Actual Date of Shipment as recorded in the system (direct voyage time shall be determined by Alibaba Singapore);

b. 空運：系統記錄的發貨日期+30天；

Air freight: 30 days after the Actual Date of Shipment as recorded in the system;

c. 快遞：系統記錄的發貨日期+15天。

Express: 15 days after the Actual Date of Shipment as recorded in the system.

為避免爭議，系統自動確認收貨僅適用於（i）已收到貨物；（ii）系統無法識別物流信息。貨物的物流信息顯示貨物仍在途，則確認收貨日期以買家在訂單系統點擊"確認收貨"的日期為准。

For the avoidance of doubt, the system's default Date of Confirmed Receipt shall only apply upon (i) receipt of products or (ii) where there is no logistics status available. Where the logistics status states that the products are still being delivered, the Date of Confirmed Receipt shall only be the day when the Buyer clicks "Confirm" on the order system to confirm the receipt of the products.

7.4.2 "發貨日期"的定義：除非雙方另有約定，"發貨日期"以阿裡巴巴國際站交易系統的記錄為准，如交易系統記錄發貨日期有誤的，以阿裡巴巴核實和確認日期為真實發貨日期。

Definition of "Shipment Date": Unless otherwise agreed by Buyer and Seller, "Shipment Date" is subject to the shipment date recorded in the Alibaba.com Trade Assurance transaction system. If there is an error in the shipment date recorded in the Alibaba.com Trade Assurance transaction system, the actual shipment date shall be subject to the verification and confirmation by Alibaba.

7.4.3 某些交易場景下，買方在賣方許可的前提下，可延長發貨期不超過90天（包括90天）。

Under certain transaction setting, Buyer may extend the Shipment Date for not more than 90 days (including 90 days) with the Seller's permission.

7.4.4 買賣雙方可根據系統允許，分別延長收貨時間。

If permitted by Alibaba.com's transaction system, Buyer and Seller may extend the expected date of arrival of the products.

7.5 賣方授權為其提供物流以及報關服務的第三方向阿里巴巴披露及分享其就出口報單的出口及清關之相關資訊，以便阿里巴巴對訂單進行校驗。

The Seller authorizes any third party which provides it with logistic and custom clearance services to disclose and share with Alibaba.com the information in relation to its export and customs clearance information to facilitate Alibaba.com's checks against the Purchase Contract.

**第八條【糾紛調處服務】：**

**Article 8 Application for Dispute Determination**

任何一方可在交易合同生效後，按合同約定向Alibaba Singapore提出投訴，即可使用阿里巴巴國際站提供的糾紛調處服務（即調解和處理相關服務，見 《阿里巴巴投訴舉報平台使用協議》 ），該投訴應當由買方或賣方通過有效賬號在阿里巴巴國際站上登錄後按網站指定路徑和方式提交。有效賬號通常指交易合同起草時所錄入的電子郵箱地址，或確認交易合同時使用的正常有效的阿里巴巴國際站賬號。

After the Purchase Contract has taken effect, a party that has submitted a complaint to Alibaba Singapore under the terms of the Purchase Contract may use the Dispute Determination services (ie, dispute resolution and related ser vices see Agreement on Use of Complaint Center ) provided by Alibaba.com. The request should be submitted in accordance with the website's guidance and instruction after the party has logged in to Alibaba.com. A valid account generally refers to Buyer or Seller's email address inserted into the Trade Assurance Purchase Contract at the time o f drafting, or the regular and effective account used by Buyer or Seller on Alibaba.com when Buyer or Seller confir med the Trade Assurance Purchase Contract.

## 第四章信用保障糾紛處理

## Chapter 4 Dispute Determination in Connection with Trade Assurance Services

### 第九條 【投訴和受理】

### Article 9 Complaints and Handling

9.1 【投訴】

Complaints

9.1.1 交易合同生效後發生糾紛的，買方可通過信用保障服務交易系統（簡稱"系統"）發起投訴；賣方可通過投诉举报中心發起投訴。發起投訴的一方稱為投訴方，另一方稱為被投訴方。

If a dispute arises after the Purchase Contract has taken effect, Buyer may raise a complaint through the Trade Assurance Services Transaction System (the "System"), and Seller may raise a complaint through the Complaint Center. The complaining party is referred to as complainant and the other party as respondent.

9.1.2 投訴方需填寫投訴主張及原因，並按系統提示在通知時限內提供能充分證明投訴主張的證據材料。

The complainant must fill in the reasons and grounds for raising the dispute and provides sufficient supporting documents within the time limit displayed on the System.

9.1.3投訴方及被投訴方首先應協商解決糾紛。如糾紛調處期間，雙方達成和解方案的，Alibaba Singapore將終止糾紛調處流程。

The complainant and the respondent shall first negotiate to solve the dispute. If during the course of Dispute De termination, the parties reach a settlement, Alibaba Singapore will then cease the Dispute Determination.

9.2 【撤诉】

Complaint Withdrawal

9.2.1 投訴方可在Alibaba Singapore做出判責決定前撤銷投訴。

The complainant may withdraw the complaint before Alibaba Singapore makes any determination on the comp laint.

9.2.2 被投訴方不得引誘、欺詐、脅迫投訴方撤訴。

The respondent shall not lure, engage in any fraudulent act to make, or coerce the respondent to withdraw th e complaint.

9.3 【投訴受理期限】 投訴處理期限，按照《阿里巴巴國際站交易糾紛調處規則》相關規定執行。

Claim Period. The claim period for handling complaints shall be in accordance with the relevant provisions of Aliba ba.com Transaction Dispute Determination Rules.

9.4【通知】Alibaba Singapore受理投訴後，進行糾紛調處，將通過郵件、電話等方式通知被投訴方該投訴事宜。

Notice. After Alibaba Singapore receives the request for Dispute Determination, it will notify the respondent a bout the complaint by mail, telephone, or other methods as deemed appropriate.

9.5【反通知】

Counter-notice

9.5.1 接到Alibaba Singapore通知後，被投訴方應按照 《阿里巴巴交易糾紛調處規則》 相關規定對投訴方的主張進行反通知並提供有效證據材料。

After being notified by Alibaba Singapore, the respondent shall submit a counter-notice against the complaint and provide valid supporting evidence in accordance with the relevant provisions of Alibaba.com Transaction Dispute Determination Rules.

9.5.2 被投訴方未在指定時間內提供反通知或提供的證據材料不能充分證明反通知主張的，Alibaba Singapore將依據現有證據材料判責。

If the respondent fails to submit a counter notice in time or fails to provide sufficient evidence to support its counter- notice, Alibaba Singapore will make decisions based on the existing supporting evidence available.

9.6【證據材料】

Supporting Evidence

9.6.1 糾紛調處以阿里巴巴及/或通過其關聯公司和國際站系統記錄資訊為直接證據，其他資料僅作為輔助資料。

The data and information recorded in the systems of Alibaba and/or its affiliate and Alibaba.com shall serve as the primary evidence and basis for determination of any dispute. Other information and record shall only serve as supplemental information for Dispute Determination.

9.6.2買賣雙方應保證所提供的證據材料真實合法有效。Alibaba Singapore不保證爭議各方提交的糾紛相關證明文件是真實、完整、準確的，對任何不真實或者誤導性的資料不應負責。

Both Buyer and Seller shall ensure that the supporting evidence provided is true, complete, valid and lawful. Alibaba Singapore does not guarantee that the supporting evidence submitted by either party is true, complete and accurate and shall not be responsible if such information is untrue or misleading.

**第十条【糾紛調處服務】**

**Article 10 Dispute Determination**

10.1 買方或賣方使用阿里巴巴國際站上的糾紛調處服務的，即表明各方同意**Alibaba Singapore可根據自己的獨立判斷，並以普通非專業人士的身份對交易合同相關糾紛做出判斷和處理決定（通常稱為"判責決定"、"糾紛處理決定"、或"調處決定"等）。雙方理解並明確因Alibaba Singapore並非專業司法機關，故無須對其做出的不完美的、有瑕疵的、不妥當的或者錯誤的賠付、理賠、支付、處置行為承擔任何責任。**

Buyer or Seller's use of Alibaba.com's Dispute Determination service shall be taken as indication from the relevant party that Alibaba Singapore has the right to make an independent decision (often referred to as "liability determination", "dispute settlement decisions" or "mediation decision") on any disputes related to the Purchase Contract in the capacity of a normal and non professional person. Both Buyer and Seller understand and agree that Alibaba Singapore will not be liable for any imperfect, defective, improper or faulty decisions regarding compensation, settlement of claims, payment and disposal, etc., as it is not a professional judicial authority.

10.2**Alibaba Singapore將依據 《阿里巴巴交易糾紛調處規則》 規定進行糾紛的調處和判責，若買方或賣方在交易過程中出現違規行為的，將依據 《阿里巴巴交易違規處罰規則》 進行處罰。**

**Alibaba Singapore will mediate between Buyer and Seller and determine the liability in respect of disputes in accordance with Alibaba.com Transaction Dispute Determination Rules. If Buyer or Seller breaks the Rules during the transaction, Buyer or Seller will be punished in accordance with Alibaba.com Transaction Non-Compliance Punishment Rules.**

10.3 糾紛調處判責後，Alibaba Hong Kong決定代理賣方墊付退款的，通常情況下將在買方提供正確的銀行帳號資訊後的【7】個工作日內，將需要退還的款項（以交易合同項下"保障額度和凍結資金的總和"為限，如有驗貨，應退還買方驗貨款項）支付至買方原付款帳號；**賣方應退還的款項超出限額的，超出的部分應由賣方先向Alibaba Hong Kong支付，再由Alibaba Hong Kong代賣方向買方支付；退款環節涉及的銀行相關費用由買賣雙方協商決定，協商不成的按照糾紛調處判責決定執行 。**

After Alibaba Singapore's Dispute Determination, if Alibaba Hong Kong decides to refund the relevant amount already paid by Buyer on behalf of Seller, Alibaba Hong Kong shall, under normal conditions, remit the funds to be refunded (which shall not exceed the total sum of Trade Assurance Amount and Frozen Fund (and inspection fee, if any) to Buyer's original payment bank account within [7] Working Days after Buyer provides correct bank account information. **If the sum to be refunded by Seller exceeds the Trade Assurance Amount and Frozen Fund, such excessive amount shall firstly be paid by Seller to Alibaba Hong Kong who shall then pay the same to Buyer on Seller's behalf; the assumption of all relevant bank charges involved in the refund process shall be decided by Buyer and Seller through negotiation, failing which the liability determination made through Dispute Determination shall be followed.**

**第十一条【免責條款】**

**Article 11 Disclaimer**

**買方理解並同意，發生下述任一情況的，買方無法獲得墊付退款：**

**Buyer acknowledges and agrees that Buyer will not receive any refunds in the event of any of the followings:**

**11.1 交易行為或交易產品不符合法律、法規、政策、規章及《阿里巴巴國際站規則》、協議等規定的；**

**The products or the trading activities underlying the transaction of the Purchase Contract do not comply with the relevant laws, regulations, policies, rules, Alibaba.com Rules and agreements;**

**11.2 交易糾紛按照 《阿里巴巴國際站糾紛調處規則》 規定屬於不予受理範圍，或糾紛調處根據《阿里巴巴國際站糾紛調處規則》判定賣家無責的；**

**The transaction disputes are not within the scope under Alibaba.com Transaction Dispute Determination Rules or Seller is not liable as determined in accordance with Alibaba.com Transaction Dispute Determination Rules;**

**11.3 交易糾紛調處判定賣家有責，但買賣雙方協商一致且賣家自主完成退款的；**

**Seller is liable as determined through Alibaba.com's Dispute Determination, and Buyer and Seller have reached a settlement plan and Seller has completed the refund on its own;**

**11.4 交易糾紛調處判定賣家有責，但買家退款要求超出信用保障範圍的；**

**Seller is liable as determined through Alibaba.com's Dispute Determination, but the amount of Buyer's refund request exceeds the scope of Trade Assurance Services;**

**11.5 買賣雙方惡意串通的；**

**Buyer and Seller had conspired in bad faith;**

**11.6 買方已無正常使用的阿里巴巴國際站帳號的；**

**Buyer can no longer operate its account with Alibaba.com;**

**11.7 買方提供虛假信息或所提供信息無法核實的；**

**Buyer provides false information or the information provided by Buyer cannot be verified;**

**11.8 買方明知或應知賣方在交易期間應使用而未使用一達通服務卻繼續支付合同款項的；**

**Buyer knew or should have known that Seller should have used but did not use One Touch Services during the term of the Purchase Contract but proceeded to pay the Contract Sum;**

**11.9 交易糾紛處理需退貨，但買方未及時協助或配合賣方退貨的；**

**Buyer failed to promptly assist or cooperate with Seller in the return of products, when product return is required in accordance with the transaction dispute handling result;**

**11.10 存在其他免責情形的。**

**Other exemption situations existed.**

**第十二條【交易合同關閉】**

**Article 12 Termination of Purchase Contract**

**有下列情形之一的，阿里巴巴有權立刻關閉交易合同，並對違規方進行處罰：**

**Alibaba has the right to immediately terminate the Purchase Contract and take any relevant enforcement actions against the party in breach in the event of any of the followings:**

12.1 Alibaba Singapore受理投訴申請並做出判責決定後，同時決定關閉該交易合同的；

Alibaba Singapore has accepted and made a liability determination on a dispute request and decided to terminate the Purchase Contract at the same time;

12.2 阿里巴巴有合理理由懷疑買賣方惡意串通的；

Alibaba.com has reason to believe that Buyer and Seller had conspired in bad faith;

12.3 買賣雙方或交易合同的履行違反或涉嫌違反法律、法規、政策、規章、有權機關命令的；

Buyer, Seller or the performance of the Purchase Contract is or is alleged to be in breach of any relevant laws, regulations, policies, rules or orders of any competent authority/ies;

12.4 一方因任何原因被關閉阿里巴巴國際站帳號的，或因處罰導致合同無法履行的；

Either party's account with Alibaba.com is terminated for any reason, or the Purchase Contract cannot be performed due to any penalties imposed; or

12.5一方或交易本身違反阿里巴巴國際站服務協定、網站政策或規則的。

Either party or the Purchase Contract itself is in breach of any service rules or website policies of Alibaba.com or the Rules.

12.6賣方長期未發貨，超過合理期限，且買方未投訴的。

Seller failed to ship the products within a reasonable time period, and no compliant has been submitted by Buyer .

12.7交易未能通過阿里巴巴的審核, 在此情況下阿里巴巴有權要求賣家將買家已經支付的合同款項退還給買家，賣家未在指定的时間内將買家已經支付的合同款退還給買家的，阿里巴巴有權代賣家支付退款給買家，並向賣家追繳）。

The Purchase Contract does not pass the review of Alibaba (in such a case, Alibaba shall have the right to require the Seller to refund the contractual amount under the Purchase Contract to the Buyer. If the Seller fails to refund to the Buyer the amount that the Buyer has paid under the Purchase Contract within a specified time, Alibaba has the right to process the refund on behalf of the Seller and thereafter claim the same amount from the Seller.)

## 第五章信用保障服務處罰規則

## Chapter 5 Trade Assurance Services Penalty Rules

### 第十三條【信用卡拒付、墊付、催收】

### Article 13 [Credit Card Chargeback, Advance and Collection]

13.1 信用卡拒付 指的是信用卡持卡人在支付訂單後一定期限内（一般為120天，部分支付機構可延長至540天）向銀行申請拒付賬單上的某筆交易對應的款項。

"Credit Card Chargeback" means the application submitted by a credit card holder to the bank for refusing payment for a certain transaction on the bill within a period of time (120 days in general, or up to 540 days for certain payment service providers) after payment for a Purchase Contract.

13.2 墊付 指根據《信用保障服務規則》的相關規定，Alibaba Hong Kong代符合條件的賣方向買方先行退款。

"Advance Payment" means the refund by Alibaba Hong Kong on behalf of an eligible Seller to the Buyer in accordance with relevant provisions of the Rules.

13.3買方向銀行申請信用卡拒付後，Alibaba Singapore將銀行拒付信息通知賣方後，賣方應根據通知的時限要求準備提交拒付抗辯證據進行抗辯。賣方自行承擔信用卡拒付抗辯和舉證義務及後果，如因賣方的原因（例如，舉證不力或放棄舉證）導致抗辯失敗的，賣方應承擔賠償Alibaba Hong Kong或其關聯公司被拒付的金額。Alibaba Singapore將通知賣方抗辯結果和被拒付的金額（如果抗辯失敗），賣方應按照通知内容將所涉款項支付至指定賬戶。

After the Buyer submits to the bank an application for Credit Card Chargeback, and Alibaba Singapore notifies the Seller of such Credit Card Chargeback, the Seller shall prepare for the submission of evidence to defend itself against such Credit Card Chargeback according to the time limit as notified. The Seller shall undertake the obligation of defense and burden of proof in respect of such Credit Card Chargeback and all the consequences arising therefrom. If such defense fails due to reasons attributable to the Seller, for instance, failure to provide evidence or waiver of provision of evidence, the Seller shall compensate Alibaba Hong Kong or its affiliate(s) for the amount charged back. Alibaba Singapore will notify the Seller of the result of the defense and the amount charged back (in the event of a failed defense), and the Seller shall pay such amount to the designated account as notified.

13.4賣方在信用卡拒付審查中敗訴或放棄抗辯，未在規定時限内履行還款義務，Alibaba Hong Kong或其關聯公司有權向賣方追償已經墊付金額。

If the Seller loses in the investigation of the Credit Card Chargeback or waives defense and subsequently fails to perform its repayment obligations within the specified time, Alibaba Hong Kong or its affiliate(s) shall be entitled to claim against the Seller for the sum of Advance Payment.

13.5持卡人申請信用卡拒付時相關的訂單已經被提交予Alibaba Singapore進行交易糾紛調處，但尚未處理完畢的，Alibaba Singapore將暫停糾紛處理流程。拒付申請成立的，Alibaba Singapore有權撤銷糾紛調處流程並且/或關閉交易；賣方抗辯成立的，Alibaba Singapore有權根據判責結果恢復糾紛調處流程； 當持卡人提起拒付申請時，相關糾紛已經經Alibaba Singapore調處或買賣雙方協商處理完畢但Alibaba Hong Kong或其關聯公司尚未執行墊付的，Alibaba Hong Kong或其關聯公司可選擇中止墊付，待拒付流程結束後Alibaba Hong Kong將根據銀行或者其他第三方拒付判責結果執行。無論Alibaba Singapore是否做出在先的糾紛調處決定，賣方均應當積極應訴，並根據Alibaba Singapore的要求和期限提供相應的證據。

If, when the credit card holder submits the application for Credit Card Chargeback, the relevant Purchase Contract s ubmitted to Alibaba Singapore for Dispute Determination has not been completed, Alibaba Singapore will suspend t he Dispute Determination process. If the application for Credit Card Chargeback is established, Alibaba Singapore s hall have the right to terminate the Dispute Determination process and/or cease the relevant transaction. If the Seller wins in the defense, Alibaba Singapore shall have the right to resume the Dispute Determination process based on th e liability determination result. If, when the credit card holder submits the application for Credit Card Chargeback, th e relevant dispute has already been resolved through the Dispute Determination process by Alibaba Singapore or that negotiations between the Seller and the Buyer have already been completed, but Alibaba Hong Kong or its affiliate( s) has not yet processed any Advance Payment, then Alibaba Hong Kong or its affiliate(s) may choose to suspend the processing of any Advance Payment until the determination of the chargeback process, and follow the result as deter mined by the bank or other third party. The Seller shall proactively defend itself against any application for Credit C ard Chargeback and provide relevant evidence in accordance with the requirements and time limit as determined by Alibaba Singapore, regardless of whether any decision has been made by Alibaba Singapore under the Dispute Deter mination process.

13.6賣方在信用卡拒付審查中敗訴，在以下情形，Alibaba Hong Kong或其關聯公司有權視情況全部或部分放棄向賣方追償：

In the event where the Seller loses in the investigation of the Credit Card Chargeback, Alibaba Hong Kong or its affi liate(s) may, under the following circumstances, waive any claim against the Seller, in part or in whole:

13.6.1，持卡人以信用卡未經持卡人本人授權（包括盜卡、欺詐等）為由發起的信用卡拒付（欺詐類拒付保障中的 免責條款 適用）；

The credit card holder applies for Credit Card Chargeback on the ground that the use of such credit card is not authorized by the credit card holder (including stolen card or fraud), in which case the disclaimer clauses in the Fra ud Chargeback Protection shall apply;

13.6.2，持卡人發起拒付申請之前（除第13.6.1條中描述的情景以外），Alibaba Singapore已經受理持卡人發起的糾紛調處申請並判定賣方無責後，持卡人又以相同或近似理由申請信用卡拒付且未出現Alibaba Singapore有權重新作出調處結果情形的（包括但不限於持卡人提交新證據或發現賣方提交虛假證據等）；

Prior to the credit card holder's application for Credit Card Chargeback (save for the circumstances as describ ed in Article 13.6.1), Alibaba Singapore has already accepted the credit card holder's application for Dispute Determi nation and determined that the Seller shall have no liability; and the credit card holder subsequently applies for Credi t Card Chargeback with the same or similar reason and there is no circumstance arisen under which Alibaba Singapo re has the right to reevaluate the Dispute Determination decision (including but not limited to submission of new evi dence by the credit card holder or the Seller is found to have provided false evidence);

13.6.3，買賣雙方曾就拒付所涉糾紛達成和解協議且賣家已履約，同時買賣方貿易真實且賣方無違約或者其他過錯，買方又以相同或近似理由向銀行申請信用卡拒付的；

The Buyer and the Seller have reached a settlement agreement in respect of a dispute relating to the Credit Ca rd Chargeback and the Seller has performed its obligations under such agreement, and that the transaction between t he Buyer and the Seller is true and the Seller commits no default or other fault; then the Buyer subsequently applies t o the bank for Credit Card Chargeback with the same or similar reason;

13.6.4，其他包括如係統原因等Alibaba Hong Kong或其關聯公司放棄追償的情形。

Any other circumstances under which Alibaba Hong Kong or its affiliate(s) has waived any claim, including b ut not limited to system failure.

13.7在Alibaba Hong Kong或其關聯公司有權視情況全部或部分放棄向賣方追償的情況下， 賣方仍然有義務提供Alibaba Singapore要求的拒付抗辯證據；若賣方不配合舉證、超時未舉證或未在規定期限內提供有效證據，因此導致拒付申請成立的，Alibaba Hong Kong或其關聯公司仍有權要求賣方償還墊付款。

In the event where Alibaba Hong Kong or its affiliate(s) may have the right to waive any claim against the Selle r in part or in whole, the Seller is still obliged to provide the evidence for defense against Credit Card Chargeback as required by Alibaba Singapore . If the Seller fails to cooperate, or delays in the provision of evidence, or cannot pro vide valid evidence within a specified time, thereby causing the success of a Credit Card Chargeback application, the n Alibaba Hong Kong or its affiliate(s) shall still have the right to claim the sum of the Advance Payment from the S eller.

13.8 按照本規則規定賣方應償還Alibaba Hong Kong或其關聯公司墊付款的，賣方應按照規定時限履行還款義務，否則賣方還應承擔逾期還款違約金和Alibaba Hong Kong及其關聯公司為實現債權所發生的全部費用（包括但不限於律師費、交通費、公證費等）。

If, pursuant to the Rules, the Seller is required to repay the sum of Advance Payment made by Alibaba Hong Kon g or its affiliate(s), the Seller shall perform its repayment obligation within the specified time. Otherwise, the Seller s

hall also bear the liquidated damages for overdue repayment and all relevant costs incurred by Alibaba Hong Kong and its affiliate(s) arising from any enforcement actions pursuant to such overdue sum (including but not limited to attorney's fees, travelling expenses and notarial fees).

**第十四條【違規行為】**

**Article 14 Prohibited Acts**

**有下列情形之一的，阿里巴巴有權對違規方進行處罰：**
**Upon the occurrence of any of the following, the party in breach shall be subject to penalties in accordance with these Rules:**

**14.1 接到買方發出的信用保障交易合同意向後，賣方無合理理由拒不起草交易合同供買方簽署的；**
**After receiving Buyer's intention to enter into a Purchase Contract, Seller refuses to draft the Purchase Contract for execution by Buyer without any valid reason;**

**14.2 賣方未在繳費通知規定期限內足額還款至Alibaba Hong Kong及/或深圳市一達通企業服務有限公司指定銀行帳號的；**
**Seller fails to reimburse the sum to Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited at the designated bank account in full within the time limit specified in the payment notice;**

**14.3 惡意差評或投訴的；或以差評/投訴威脅對方的；**
**Giving negative comments or raising complaints against the other party in bad faith, or using such means to blackmail the other party;**

**14.4 買方惡意未按約定支付交易合同尾款的；**
**Buyer did not pay the remaining balance of the Contract Sum to Seller in accordance with the terms of the Purchase Contract without any valid reason;**

**14.5 提供虛假材料、資訊或證明的；**
**Providing false documents, information or supporting documents;**

**14.6 買賣方惡意串通，或有其他嚴重不誠信行為的。**
**Buyer and Seller maliciously conspire, or engage in other material dishonest conduct.**

**14.7因賣方的原因（包括但不限於賣方指示買方等原因）導致交易合同款項未支付到交易合同指定收款賬號的；**
**The Contract Sum has not been paid to the designated bank account because of Seller (including but not limited to Seller instructing Buyer to do so);**

**14.8賣方根據阿裡巴巴國際站或者一達通的規則需要使用一達通服務但未使用的；**
**Seller fails to use One Touch Services where it is required to use the same pursuant to the rules of Alibaba.com or the rules of One Touch;**

**14.9買賣方有其他違反交易合同或本規則的行為。**
**Buyer and Seller committed other breaches of the Purchase Contract or these Rules.**

**第十五條【違規處罰】**

**Article 15 Penalties for Breach**

15.1 阿里巴巴將根據違規的嚴重程度，對違規方按本規則實施處罰；違規方有多個阿里巴巴國際站帳號的，阿里巴巴有權對全部帳號實施相同處罰。
Alibaba will take the relevant enforcement action against the party in breach of these Rules based on the extent of breach. If the party in breach has more than one membership accounts with Alibaba.com, Alibaba shall have the right to take the same enforcement action against all such membership accounts.

15.2 賣方有上述14.1條違規行為的，阿里巴巴有權對賣方進行如下處罰：
If Seller breaches Article 14.1 of these Rules, Alibaba.com shall have the right to take the following enforcement actions against Seller:

| 違規次數（1年内）<br>Number of Breaches (within a year) | 處罰方式<br>Enforcement Actions |
|---|---|
| 1次<br>Once | 警告<br>Warning |

| | |
|---|---|
| 2次以上的（含2次）<br>Twice or more | 終止其信用保障服務資格, 90天內不得重新申請<br>Terminate Seller's Trade Assurance Services and prohibit Seller from reapplying for such services for ninety [90] days from the date of such termination |

15.2.1 上述行為年是指每次拒用信用保障服務的行為都會被記錄【365】天;

Every act of breach will remain on record for three hundred and sixty-five days [365] days.

15.2.2 賣方主動退出信用保障服務的或因6.2條所列情況被終止服務資格的，【90】天內不能重新申請。

Seller will not be able to reapply for Trade Assurance Services within ninety [90] days after withdrawal from such services on a voluntary basis or as a result of circumstance under Article 6.2.

15.2.3 違規次數記錄時間以Alibaba Singapore糾紛調處違規行為成立之時為准。

Every act of breach will be recorded as at the time when Alibaba Singapore makes a determination on the dispute.

15.2.4 同一買方就同一份交易合同多次投訴同一賣方此項違規行為的，則只計算一次。

If the same Buyer repeatedly raises multiple complaints against the same Seller for the same breach relating to a Purchase Contract, all such complaints will be counted as one complaint.

15.3 賣方有上述14.2條違規行為的，將對賣方進行如下處罰:

If Seller breaches Article 14.2 of these Rules, Seller will face the following enforcement actions:

| 逾期天數<br>Number of days past due | 處罰方式<br>Enforcement Actions |
|---|---|
| 1-15天<br>1 – 15 days | 根據 《阿里巴巴國際站交易違規處罰規則》<br>處以3分罰分并保留關閉賬號的權利<br>3 points will be deducted in accordance with the Alibaba.com Transaction Non-Compliance Punishment Rules，<br>and Seller's account may be closed |
| 16天以上<br>16 days or above | 禁止起草阿里巴巴國際站交易合同并保留關閉賬號的權利<br>Prohibited from drafting Alibaba.com's Purchase Contract，and Seller's account may be closed |

15.4 買方有14.3、14.4、14.5、14.6違規行為的，則關閉買方阿里巴巴國際站帳號。

If Buyer breaches any of Articles 14.3, 14.4, 14.5 or 14.6, Buyer's account with Alibaba.com will be terminated.

15.5 關閉保障額度的情況下，如有其他操作中的交易合同，則:

If the Trade Assurance Amount is cancelled and there are other Purchase Contracts that are in operation, then:

15.5.1如買方已支付預付款且Alibaba Singapore判斷無法直接退款的，則雙方應繼續履行交易合同;

If Buyer has already paid the deposit and Alibaba Singapore has determined that such payment cannot be refunded directly, then both Buyer and Seller should continue to carry out the Purchase Contract;

15.5.2 如賣方已發貨的，則雙方應繼續履行交易合同。

If Seller has already delivered the products, then both Buyer and Seller shall continue to carry out the Purchase Contract.

15.6 賣方有上述14.7、14.8條違規行為的，阿裡巴巴有權終止賣方信用保障服務資格。

If Seller breaches Article 14.7 or 14.8 of these Rules, Alibaba has the right to disqualify Seller from Trade Assurance Services.

15.7 賣方因任一處罰而被終止信用保障資格的，自終止之日起90天內，該賣方無權申請開通信用保障服務。

If Seller's qualification of Trade Assurance Services was terminated due to penalty, the Seller will not be able to reapply for such services for ninety (90) days from the date of such termination.

## 第六章其他規定

## Chapter 6 Miscellaneous

### 第十六條【其他規定】

### Article 16 Miscellaneous

16.1 阿里巴巴將根據保障服務的實際執行情況不時完善、修訂本規則並在阿里巴巴國際站公示，修訂後的規則於指定日期生效（如有）或公示之日生效。

Alibaba shall have the right to amend, revise and publish on Alibaba.com these Rules from time to time based o n the actual performance of the Trade Assurance Services and the amended and revised Rules will take effect on the designated date or, if there is no such designated date, the date it is published on Alibaba.com.

16.2 本規則中"阿里巴巴國際站"指Alibaba.com的PC端和App。

"Alibaba.com" in these Rules means PC and App terminals of Alibaba.com.

16.3本規則中"一達通"指實際承接一達通服務的一達通或其關聯公司。

"One Touch" in these Rules means the operator of the One Touch Services or its affiliates.

**16.4 任何一方對本規則有異議的，應立即停止使用信用保障服務，並通知另一方以及阿里巴巴；簽署、履行交易合同及/或使用信用保障相關服務的，即表明接受並認可本規則。**

**If any party has any disagreement to these Rules, such party should stop using the Trade Assurance Servi ces and immediately notify the other party and Alibaba. By executing and performing the Purchase Cont ract and/or using any Trade Assurance Services, such party will be deemed to have accepted and agreed t o be bound by these Rules.**

**16.5 本規則內容以中文版為准，英文版僅供參考。**

**The English version of these Rules is for reference purposes only. In the event of any inconsistency betwee n the Chinese and English versions of these Rules, the Chinese version shall prevail.**

***Explanatory Note: For Malaysian sellers and buyers transacting with Malaysian sellers, the term "Trade Assuran ce" appearing on http://alibaba.com should be read as "Trade Confidence" in compliance with Malaysian law. To learn details of Trade Confidence Services Rules, please click here "***

这篇文章是否易于理解?

简单易懂

不太理解

Free APP: Download TradeManager: Follow Us:

Alibaba.com Site:

International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

Alibaba Group | Taobao Marketplace | Tmall.com | Juhuasuan | AliExpress | Alibaba.com | 1688.com | Alimama | Alitrip
Alibaba Cloud Computing | YunOS | AliTelecom | HiChina | Autonavi | UCWeb | Umeng | Xiami | TTPod | DianDianChong | DingTalk | Alipay

Browse Alphabetically: Global Expo | Onetouch | Showroom | Country Search | Manufacturers | Suppliers | Promotion | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

© 1999-2016 Alibaba.com. All rights reserved.

icburule011081188012

# Exhibit B

MENU

My Alibaba

Rules Center

Search rule keywords, for example: rule violation All Search

Popular searches:Improper Trading Invalid Product Buyers' Review

Home Rules list Rule interpretatio.. Risk screening center

General Provisions
Management Rules
Product Compliance Rules
Trade & Dispute Rules
Penalty Rules for Violation
Marketing Rules
Member Benefits
Rules Learning
Buyer Protection
Announcement
Agreement folder
The Alibaba.com Global Supply Chai…
Overdue Rules and Agreements
History rules



# Trade Assurance Services Rules

2025-12-18 22:13

PART A
Chapter 1 P
Article 1
Article 2
Chapter 2 M
Article 3
Article 4
Article 5
Chapter 3 C
Article 6
Article 7
Chapter 4 D
Article 8
Article 9
Article 1
Article 1
Chapter 5 T
Article 1
Article 1
Chapter 6 C
Article 1
Chapter 7 M
Article 1

**Updated on:Dec 19,2025 Effective Date: Dec 26,2025**

Important Notice: Please review these Rules carefully, particularly those terms and disclaimers which may adversely impact the scope of Trade Assurance Services available to you, including but not limited to those under Rule 11 of these Rules. You must review and understand them before committing to any contractual agreements subject to Trade Assurance Services. Application of the Rules shall be subject to the relevant transaction setting in Trade Assurance transaction system.

**These Rules comprise of:**

- **Part A, which applies to worldwide Buyers that have entered into Trade Assurance Purchase Contracts or Trade Assurance Sample Purchase Contract with Sellers registered or resident in Mainland China;**

**Trade Assurance Services are only provided to qualifying registered users who had duly agreed to all terms of the Alibaba.com Free Membership Agreement . Use of the Trade Assurance Services shall mean that such user has agreed to and abided by the relevant service agreements and all other relevant rules in Alibaba.com.**

## PART A

### Chapter 1 Purpose and Definition

**Article 1 Purpose**

1.1 The purpose of establishing these Rules is to protect the legitimate interests of users of Alibaba.com ( http://www.alibaba.com ) and to promote the healthy development of the Trade Assurance Services.

1.2 These Rules are jointly concluded by Alibaba.com users (including Buyers and Sellers), Alibaba.com Singapore E-Commerce Private Limited (referred to as "Alibaba Singapore"), Alibaba.com Hong Kong Limited (referred to as "Alibaba Hong Kong"), and Shenzhen One Touch Business Services Limited (collectively with Alibaba Singapore and Alibaba Hong Kong, referred to as "Alibaba").

**Article 2 Definition**

2.1 “Buyer”means a user of Alibaba.com who has purchased products and requested a Seller to provide Trade Assurance Services.

2.2 “Seller”, for the avoidance of doubt, under this Part A means a user, registered or resident in Mainland China, who sells products on Alibaba.com and agrees to provide Trade Assurance Services to a Buyer.

2.3 “Trade Assurance Purchase Contract”or“Purchase Contract”means a sales and purchase contract entered into by and between a Buyer and a Seller using an execution method approved by Alibaba.com which stipulates the rights and obligations in connection with the exportation of products and Trade Assurance Services.

“Trade Assurance Sample Purchase Contract”or“Sample Order”means a sales and purchase contract between a Buyer and a Seller whereby the Seller provides sample(s) to the Buyer and signed or confirmed by both parties by logging in Alibaba.com, containing sample order provisions (including the product category, quantity, price and other order information) and other Trade Assurance provisions.

Unless stated otherwise, "Transaction Contract" and "Order" shall include both "Sample Contract" and "Sample Order".

2.4 “Trade Assurance Services”or“Assurance Services”means the services that Seller undertakes to fully refund the Contract Sum received by the Seller or an amount mutually agreed upon by the Buyer and Seller (in accordance with the system records of the Complaints Platform)， or other amount as designated by Alibaba Singapore (partial refund are subject to the Buyer's acceptance of the Seller's breach.) and the actual amount to be refunded shall be determined by Alibaba Singapore based on the relevant evidences, in case Seller breaches the following undertakings:

2.4.1 The Purchase Contract:

（1） The Seller ships out products later than the Shipment Date or does not ship out the products at all;

（2） The Seller's following actions would result in a significant loss of the value of the goods, or render the main commercial objectives of the transaction, which were known or should have been known to both parties, impossible to achieve:

(a) failure to deliver products in compliance with the Product Description and Specifications; or

(b) failure to provide valid documentation in support of change of ownership of the products to the Buyer; or

(c) failure to provide valid documentation including but not limited to corresponding invoice (or certification) in support of delivery; or

(d) commits any other material breach of the Purchase Contract.

2.4.2 The Sample Purchase Contract:

（1） The Seller ships out products later than shipment date; or

（2） The Seller does not ship out the products at all (including insufficient product quantity); or

（3） The Seller commits any other material breach of the Sample Purchase Contract.

After the Seller enters into a Purchase Contract with the Buyer and undertakes to perform its obligations relating to product delivery as stipulated therein; and if the Buyer submits a complaint to Alibaba Singapore and uses the Dispute Determination service provided by Alibaba.com, the Seller agrees that after Alibaba Singapore receives a valid complaint, Alibaba Singapore shall have the right to determine at its sole discretion the liability in connection with the dispute, based upon the relevant evidence, and if Alibaba Singapore determines that the Seller has committed a breach of the Purchase Contract, Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited will be entitled to, on its own or by entrusting a related partner, refund to the Buyer for and on behalf of the Seller in the amount up to the total sum of Frozen Fund and Trade Assurance Amount as set forth in the Purchase Contract (including inspection fee, if any) in order to protect the legitimate interests of the Buyer. **Trade Assurance Services are an undertaking and obligation of Seller to provide assurance to the Buyer as stipulated in the Purchase Contract. The Seller shall be solely responsible for providing such services and none of Alibaba Hong Kong, Shenzhen One Touch Business Services Limited or any third party shall have any obligation to provide such services to the Buyer. “Frozen Fund” means the amount of Contract Sum paid by the Buyer under the Purchase Contract that is in excess of the Trade Assurance Amount corresponding to the underling Purchase Contract. Use of the Frozen Fund shall be determined in a separate agreement by and between the Seller and Alibaba Hong Kong and Shenzhen One Touch Business Services Limited.**

2.5 “One Touch Services”means the comprehensive international commercial and trading services provided to the Seller by Shenzhen One Touch Business Services Limited or its affiliates, including but not limited to customs declaration services for exportation, logistics services, trade financing, exchange receipt and settlement, tax return upon exportation, permitted self-managed exportation and etc. (for details please visit http://onetouch.alibaba.com ).

2.6 “Trade Assurance Amount”or“Assurance Amount”means the monetary limit of advance compensation assurance that Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited may provide to the Buyer for and on behalf of the Seller under certain conditions. **The Assurance Amount shall be for the Buyer's reference only and does not affect the refund that the Buyer shall receive in accordance with the Purchase Contract or the Trade Assurance Service Rules.**

2.7 “Working Day”shall mean any day that is not a Saturday, Sunday, or an official public holiday in the People’s Republic of China.

2.8 “Calendar Day”or“Day”shall mean a Calendar day in People's Republic of China.

## Chapter 2 Management of Assurance Amount

### Article 3 Obtaining the Assurance Amount

3.1 The Seller's profile and its transaction volume, credit standing and other data on Alibaba.com may constitute the basis for determination of the Assurance Amount available to Seller. Alibaba Hong Kong shall have the sole and absolute discretion in determining the Assurance Amount available to Seller. Each Seller may only obtain one Assurance Amount.

3.2 The Seller's profile includes but not is limited to its industrial and commercial registration information, term of cooperation with Alibaba.com and its affiliates and its performance on Alibaba.com.

3.3 The sources of the Seller's transaction volume include, but are not limited to, the following:

3.3.1 The Seller's records of exportation through One Touch's comprehensive international commercial and trading services in the past one year;

3.3.2 The Seller's records of self- managed importation and exportation in the past one year as provided by the Seller.

**3.4 The Seller's credit standing is at present mainly determined according to the cumulative points deducted as penalties for its violations on Alibaba.com. (Deduction of points may lead to reduction in Trade Assurance Amount. Where points that have been deducted exceed a certain limit or the Seller has committed other major violations, the provision of Trade Assurance Services cannot be activated or will be terminated.)**

**3.5 Alibaba may adjust relevant rules for Assurance Amount according to industry changes and operational demands and decide the content and scope to be published.**

### Article 4 Use of the Assurance Amount

4.1 After the Buyer has made payment under the Purchase Contract and the receipt of payment has been confirmed in Alibaba.com's system, the Assurance Amount in respect of that payment will be frozen immediately.

4.2 After a certain amount of the Assurance Amount for a particular Purchase Contract is frozen, the Assurance Amount available to the Seller will be deducted accordingly; and after the frozen Assurance Amount is released, the Assurance Amount available to the Seller will increase to correspond to the released amount.

4.3 The specific Trade Assurance Amount under the specific Purchase Contract shall be the lower of the Contract Sum (as set out in the Trade Assurance Purchase Contract) received by the Seller and the total remaining Assurance Amount of the Seller. The Assurance Amount does not affect the refund that the Buyer is entitled to. Any amount of

the Frozen Fund exceeding the Assurance Amount shall be refunded by the Seller or refunded by Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited on behalf of the Seller.

**4.4 Unless the Seller has satisfied all of the following conditions, it may not draft the Purchase Contract:**

4.4.1 The Seller has satisfied the access requirements for Trade Assurance Services and, if it uses One Touch for exportation of the products, it has passed relevant reviews by One Touch on drawer and relevant products;

4.4.2 The deposit stipulated in the Purchase Contract is greater than zero;

4.4.3 No payments payable to Alibaba Hong Kong and/or its affiliates are overdue;

4.4.4 There are no other risk factors that affect the Purchase Contract.

Note: Alibaba shall have the sole right and discretion to determine whether or not the Seller has fulfilled all of the conditions specified above.

4.5 Release of Assurance Amount: the Assurance Amount for a particular Purchase Contract will be released in any of the following events:

4.5.1 The Purchase Contract has been fully performed successfully;

4.5.2 Any dispute under the Purchase Contract has been fully settled, provided that in the event of a refund settlement, the full amount has been paid directly by the Seller, as opposed to a refund processed through Trade Assurance Services;

4.5.3 Both the Buyer and the Seller have agreed to close the Trade Assurance Purchase Contract (where the Purchase Contract is cancelled or terminated);

4.5.4 Any other circumstance occurs which in the opinion of Alibaba Hong Kong the Assurance Amount may be released.

**Article 5 The Suspension and Termination of Trade Assurance Service:**

**5.1 The Service icon display for Trade Assurance will be temporarily suspended upon the occurrence of any of the following:**

**5.1.1 If Supplier Services and Trade Assurance Services have been activated for the Seller for the first time and lasts for more than [180] days, and no Purchase Contract has taken effect (refer to Article 6 for the definition of take effect) for a consecutive period of [180] days, then the Service icon display for Trade Assurance will be temporarily suspended. "Supplier Services" means Internet and technology support services on Alibaba.com relating to the publication of company and product information that Sellers of Mainland China, Hong Kong and Taiwan can obtain by paying for such services.**

**The Seller shall have the right to apply for the restoration of the Service icon during the time its display is being temporarily suspended. The Service icon shall be automatically restored if an effective Purchase Contract is entered into within [15] days of such application. The Service icon shall continue to be suspended if no effective Purchase Contract is entered into during this period and, if this is the case, the Seller shall not be allowed to apply for restoration of the Service icon for a period of [30] days (counting from the 16th day following Supplier's application for restoration).**

**5.2 The Trade Assurance Service qualification shall be terminated upon the occurrence of any of the following:**

**5.2.1 The Seller has unreasonably refused to enter into a Trade Assurance transaction with a Buyer on [2] or more occasions;**

**5.2.2 The repayment from the Seller of the amount refunded by Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited on its behalf has been overdue for more than [1] month;**

**5.2.3 The Seller no longer satisfies relevant access conditions for Trade Assurance Services;**

**5.2.4 The Seller fails to use One Touch Services where it is required to use the same pursuant to the rules of Alibaba.com or the rules of One Touch;**

**5.2.5 The Contract Sum (as set out in the Trade Assurance Purchase Contract) has not been paid to the designated bank account because of the Seller (including but not limited to the Seller instructing the Buyer,**

**etc.);**

**5.2.6 The Seller has violated agreements related to the Trade Assurance Services and/or these Rules, and Alibaba decides to terminate the Seller's qualification for Trade Assurance Services.**

## Chapter 3 Operational Work Flow of Assurance Services

### Article 6 Operational Work Flow:

6.1 Where the Purchase Contract is drafted by the Seller, the contract shall be deemed established and effective only if the Buyer completes payment in full (either by remitting the full contract amount to the designated receiving account specified in the contract, with confirmation of successful receipt of funds, in accordance with the Alibaba.com Rules or the contractual agreement; or by utilizing an applicable Buy Now Pay Later payment method) before the Seller ships the goods.

6.2 **The beneficiary bank account designated in the Purchase Contract shall be used for the collection of transaction payments thereunder only. The Buyer and the Seller shall keep and maintain such account number in a proper manner, and shall not change its use without authorization or disclose such account details improperly. Any disputes or losses caused by the use of such account or request for chargeback or other reasons shall be settled or borne by and between the Buyer and the Seller, and the Buyer and the Seller undertake to make all efforts to protect Alibaba and/or its affiliates from any adverse effects or losses.**

6.3 When the Buyer initiates a **chargeback**, the Seller shall cooperate by providing evidence; the Seller shall bear all related losses if they fail to provide such evidence or if the evidence is insufficient. The determination of whether the evidence is sufficient and established shall generally be based on the ruling of the relevant **credit card organization**.

6.4 The Seller shall ship the goods in the manner stipulated in the Purchase Contract.

6.5 The Buyer may confirm receipt of the goods and evaluate the Seller after the Seller has shipped the goods. Different shipping methods correspond to different deadlines for manual confirmation of receipt, which shall be governed by the specific requirements published by Alibaba.com.

In addition to manual confirmation of receipt, the system shall also automatically confirm receipt. The rules for automatic confirmation of receipt shall be governed by Article 9, "Automatic Confirmation of Receipt," of the "Summary of Credit Assurance Order Fulfillment and Shipping Rules".

Under certain transaction settings, if agreed upon by both parties, the Buyer may extend the Shipment Date for not more than **[90]** days with the Seller's permission.

### Article 7 Application for Dispute Determination:

Once the Purchase Contract takes effect, either party may initiate Dispute Determination to Alibaba Singapore by submitting a request through their valid Alibaba.com account. The request must be submitted in accordance with the instructions provided on the website.

A "valid account" is defined as either:

- The email address specified in the Purchase Contract at the time of drafting; or
- The regular Alibaba.com account used by the Buyer or Seller to confirm the Purchase Contract.

## Chapter 4 Dispute Determination in Connection with Trade Assurance Services

### Article 8 Complaints and Handling

8.1 Complaints

8.1.1 If a dispute arises after the Purchase Contract has taken effect, the Buyer may raise a complaint through the Trade Assurance Services Transaction System (the "System"), and the Seller may raise a complaint through the Complaint Center. The complaining party is referred to as complainant and the other party as respondent.

8.1.2 The complainant must fill in the reasons and grounds for raising the dispute and provide sufficient supporting documents within the time limit displayed on the System.

8.1.3 The complainant and the respondent shall first negotiate to solve the dispute. If during the course of Dispute Determination, the parties reach a settlement, Alibaba Singapore will then cease the Dispute Determination.

8.2 Complaint Withdrawal

8.2.1 The complainant may withdraw the complaint before Alibaba Singapore makes any determination on the complaint.

8.2.2 The respondent shall not lure, engage in any fraudulent act to make, or coerce the respondent to withdraw the complaint.

8.3 Claim Period. The claim period for handling complaints shall be in accordance with the relevant provisions of Alibaba.com Transaction Dispute Determination Rules.

8.4 Notice. After Alibaba Singapore receives the request for Dispute Determination, it will notify the respondent about the complaint by mail, telephone, or other methods as deemed appropriate.

8.5 Counter-notice

8.5.1 After being notified by Alibaba Singapore, the respondent shall submit a counter-notice against the complaint and provide valid supporting evidence in accordance with the relevant provisions of the Alibaba.com Transaction Dispute Rules.

8.5.2 If the respondent fails to submit a counter notice in time or fails to provide sufficient evidence to support its counter-notice, Alibaba Singapore will make decisions based on the existing supporting evidence available.

8.6 Supporting Evidence

8.6.1 The data and information recorded in the systems of Alibaba and/or its affiliate and Alibaba.com shall serve as the primary evidence and basis for determination of any dispute. Other information and record shall only serve as supplemental information for Dispute Determination.

8.6.2 Both the Buyer and Seller shall ensure that the supporting evidence provided is true, complete, valid and lawful. Alibaba Singapore does not guarantee that the supporting evidence submitted by either party is true, complete and accurate and shall not be responsible if such information is untrue or misleading.

**Article 9 Dispute Determination**

9.1 The Buyer or Seller's use of Alibaba.com's Dispute Determination service shall be taken as indication from the relevant party that **Alibaba Singapore has the right to make an independent decision (often referred to as “liability determination”, “dispute settlement decisions” or “mediation decision”) on any disputes related to the Purchase Contract in the capacity of a reasonable, non-legal professional. Both the Buyer and Seller understand and agree that Alibaba Singapore will not be liable for any imperfect, defective, improper or faulty decisions regarding compensation, settlement of claims, payment and disposal, etc., as it is not a professional judicial authority.**

9.2 **Alibaba Singapore will mediate between the Buyer and Seller and determine the liability in respect of disputes in accordance with Alibaba.com Transaction Dispute Rules. If the Buyer or Seller breaks the Rules during the transaction, the Buyer or Seller will be punished in accordance with Alibaba.com Transaction Non-Compliance Punishment Rules.**

9.3 After Alibaba Singapore's Dispute Determination, if Alibaba decides to refund the amount of Contract Sum (as set out in the Trade Assurance Purchase Contract) already paid by the Buyer on behalf of the Seller, Alibaba.com shall, under normal conditions, remit the funds to be refunded under the Purchase Contract to Buyer's original payment bank account within **[10] Working Days** after the Buyer provides correct and compliant bank account

information. Where the refund payment process involves other review procedures of Alibaba, or necessitates the verification of the Buyer's identity, Alibaba reserves the right to extend the time limit for the refund payment on a case-by-case basis. Given the inherent uncertainty in the international payment refund process, the actual time of funds receipt shall be subject to the processing time of the receiving bank. The maximum amount of the refund payment shall not exceed **"the total sum of Trade Assurance Amount and Frozen Fund"** under the Purchase Contract; if a goods inspection (inspection fee) was carried out, the inspection fee already paid by the Buyer shall also be refunded. **If the sum to be refunded by the Seller exceeds the Trade Assurance Amount and Frozen Fund, such excess amount shall first be paid by the Seller to Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited, who shall then pay the same to the Buyer on the Seller's behalf; the assumption of all relevant bank charges involved in the refund process shall be decided by the Buyer and the Seller through negotiation, failing which the liability determination made through Dispute Determination shall be followed.**

**Article 10 Disclaimer**

**The Buyer acknowledges and agrees that the Buyer will not receive any refunds in the event of any of the followings:**

**10.1 The products or the trading activities underlying the transaction of the Purchase Contract do not comply with the relevant laws, regulations, policies, rules, or Alibaba.com Rules and agreements;**

**10.2 The transaction disputes are not within the scope under Alibaba.com Transaction Dispute Rules or the Seller is not liable as determined in accordance with Alibaba.com Transaction Dispute Rules;**

**10.3 The Seller is liable as determined through Alibaba.com's Dispute Determination, and the Buyer and the Seller have reached a settlement plan and the Seller has completed the refund on its own;**

**10.4 The Seller is liable as determined through Alibaba.com's Dispute Determination, but the amount of the Buyer's refund request exceeds the scope of Trade Assurance Services;**

**10.5 The Buyer and the Seller had conspired in bad faith;**

**10.6 The Buyer can no longer operate its account with Alibaba.com;**

**10.7 The Buyer provides false information or the information provided by the Buyer cannot be verified;**

**10.8 The Buyer knew or should have known that the Seller should have used but did not use One Touch Services during the term of the Purchase Contract but proceeded to pay the Contract Sum;**

**10.9 The Buyer failed to promptly assist or cooperate with the Seller in the return of products, when product return is required in accordance with the transaction dispute handling result;**

**10.10 Other exemption situations existed.**

**Article 11 Termination of Purchase Contract**

Alibaba.com has the right to immediately terminate the Purchase Contract **and manage the Fund under the Purchase Contract based on the transaction situation**, and take relevant enforcement measures against the violating party in the event of any of the following:

11.1 Alibaba Singapore has accepted and made a liability determination on a dispute request and decided to terminate the Purchase Contract at the same time;

11.2 Alibaba has reason to believe that the Buyer and the Seller had conspired in bad faith;

11.3 Either the Buyer, the Seller or the performance of the Purchase Contract is or is alleged to be in breach of any relevant laws, regulations, policies, rules or orders of any competent authority/ies;

11.4 Either party's account with Alibaba.com is terminated for any reason, or the Purchase Contract cannot be performed due to any penalties imposed, **or either party's account or its related account commits any other serious violation of any rule of Alibaba.com that results in Alibaba.com unilaterally terminating the Membership Agreement or Service Contract**;

11.5 Either party or the Purchase Contract itself is in breach of any service rules or website policies of Alibaba.com or the Rules;
11.6 The Seller failed to ship the products within a reasonable time period, and no complaint has been submitted by the Buyer.

**Chapter 5 Trade Assurance Services Penalty Rules**

**Article 12 Prohibited Acts**

**Upon the occurrence of any of the following, the party in breach shall be subject to penalties in accordance with these Rules:**
**12.1 After receiving the Buyer's intention to enter into a Purchase Contract, the Seller refuses to draft the Purchase Contract without any valid reason;**
**12.2 The Seller fails to reimburse the sum to Alibaba Hong Kong and/or Shenzhen One Touch Business Services Limited at the designated bank account in full within the time limit specified in the payment notice;**
**12.3 Giving negative comments or raising complaints against the other party in bad faith, or using such means to blackmail the other party;**
**12.4 The Buyer fails to pay the remaining balance of the amount of Contract Sum to the Seller in accordance with the terms of the Purchase Contract without any valid reason;**
**12.5 Providing false documents, information or supporting documents;**
**12.6 The Buyer and the Seller maliciously conspire, or engage in other material dishonest conduct;**
**12.7 The Contract Sum has not been paid to the designated bank account because of the Seller (including but not limited to the Seller instructing the Buyer to do so);**
**12.8 The Seller fails to use One Touch Services where it is required to use the same pursuant to the rules of Alibaba.com or the rules of One Touch;**
**12.9 The Buyer and the Seller committed other breaches of the Purchase Contract or these Rules.**

**Article 13 Penalties for Breach**

13.1 Alibaba will take the relevant enforcement action against the party in breach of these Rules based on the extent of breach. If the party in breach has more than one membership accounts with Alibaba.com, Alibaba shall have the right to take the same enforcement action against all such membership accounts.
13.2 If the Seller breaches Article 12.1 of these Rules, Alibaba shall have the right to take the following enforcement actions against the Seller:

| Number of Breaches (within a year) | Enforcement Actions |
|---|---|
| Once | Warning |
| Twice or more | Terminate the Seller's Trade Assurance Services and prohibit the Seller from reapplying for such services for **[90] days** from the date of such termination. |

13.2.1 Every act of breach will remain on record for **[365] days**.
13.2.2 The Seller will not be able to reapply for Trade Assurance Services within **[90] days** after withdrawal from such services on a voluntary basis or as a result of circumstance under Article 5.2.

13.2.3 Every act of breach will be recorded as at the time when Alibaba Singapore makes a determination on the dispute.

13.2.4 If the same Buyer repeatedly raises multiple complaints against the same Seller for the same breach relating to a Purchase Contract, all such complaints will be counted as one complaint.

13.3 If the Seller breaches Article 12.2 of these Rules, the Seller will face the following enforcement actions:

| Number of days past due | Enforcement Actions |
|---|---|
| 1-15 days | **[3] points** will be deducted in accordance with the Alibaba.com Transaction Non-Compliance Punishment Rules, and the Seller's account may be closed. |
| 16 days or above | Prohibited from drafting Alibaba.com's Purchase Contract, and the Seller's account may be closed. |

13.4 If the Buyer breaches any of Articles 12.3, 12.4, 12.5 or 12.6, the Buyer's account with Alibaba.com will be terminated.

13.5 If the Trade Assurance Amount is cancelled and there are other Purchase Contracts that are in operation, then:

13.5.1 If the Buyer has already paid the deposit and Alibaba Singapore has determined that such payment cannot be refunded directly, then both the Buyer and the Seller should continue to carry out the Purchase Contract;

13.5.2 If the Seller has already delivered the products, then both the Buyer and the Seller shall continue to carry out the Purchase Contract.

13.6 If the Seller breaches Article 12.7 or 12.8 of these Rules, Alibaba has the right to disqualify the Seller from Trade Assurance Services.

13.7 If the Seller's qualification of Trade Assurance Services was terminated due to penalty, the Seller will not be able to reapply for such services for **[90] days** from the date of such termination**.**

## Chapter 6 Chargeback Protection Service

**Article 14**

14.1 Declaration of Chargeback Protection Service

14.1.1 Sellers under this rule may qualify for Chargeback Protection Service of Alibaba (defined below), the terms and conditions of which are set forth in this chapter and constitute part of the Trade Assurance Services Rules. Alibaba will determine whether a Seller's application meets the requirements for Chargeback Protection Service and display the results to the Seller via relevant webpages on Alibaba.com. Alibaba will make a ruling on the Seller's application based on qualification requirements, any information or documentation provided during the dispute resolution process, or any other information that Alibaba deems relevant and appropriate to the specific circumstances.

14.1.2 The terms and conditions described in this chapter only apply to Sellers registered or resident in Mainland China who meet the qualifications for the Chargeback Protection Service as specified in Article 14.3 of this chapter. Once a Seller meets the qualification and uses this service, it is deemed that the Seller has accepted the terms and conditions described in this chapter. Alibaba will improve and revise these rules from time to time based on the actual implementation of the Chargeback Protection Service and business development needs, and will make them publicly available on the Alibaba.com. The revised rules will take effect immediately upon publication, and if the Seller continues to use the services under the terms of this chapter, it shall be deemed that the seller agrees, understands, and accepts the modified terms and conditions. Unless authorized in writing by Alibaba, no one shall

modify them. Alibaba does not guarantee the Chargeback Protection Service, and shall not be liable for any Seller behavior that may cause the inability to continue using the Chargeback Protection Service.

14.2 Introduction to the Chargeback Protection Service

14.2.1 The chargeback protection service (hereinafter referred to as the "Chargeback Protection Service") provided by Alibaba mentioned in this chapter refers to a service where both Buyers and Sellers reach a transaction through the Alibaba.com. After the Buyer uses an online payment method to pay for the online transaction order, if they make a non-fraudulent chargeback within the time allowed by the card scheme/issuer/payment channel, requesting a full or partial refund of the paid amount, eligible Sellers who meet the requirements of Article 14.3 of this chapter and submit the "required materials" as required and pass Alibaba's review will receive corresponding chargeback loss payments within the remaining Chargeback Protection Service quota approved by Alibaba, exempting them from refunds. The Chargeback Protection Service mentioned in this chapter only covers non-fraudulent chargebacks. For fraudulent chargebacks, refer to the rules interpretation already published on the Alibaba.com: "Fraudulent Chargeback Protection Service Rules Interpretation".

14.2.2 In these rules, a payment order refers to the payment made by the Buyer through an online payment channel on the Alibaba.com (including third-party payment channels such as credit cards, PayPal, Apple Pay, Google Pay, etc., subject to the rules notified or published on the Alibaba.com).

14.2.3 Regarding fraudulent chargeback and trading (i.e., non-fraudulent) chargeback, Alibaba.com distinguishes the two types based on the rules of the card organization/payment channel:

Fraudulent chargeback: A chargeback initiated by the card/account holder claiming that the payment was not authorized by them (including card theft, fraud, etc.).

Non- fraudulent chargeback: All other types of chargebacks, except for fraudulent chargebacks.

14.2.4 In this chapter, completion of performance refers to the Seller's delivery to the Buyer in accordance with the terms of the Transaction Contract.

14.2.5 If a dispute related to the order has been submitted to Alibaba for the Dispute Determination Service but has not yet been resolved when the Buyer initiates a chargeback, Alibaba shall determine whether to terminate or suspend the Dispute Determination process based on whether the Buyer and the Seller have reached a consensus regarding the Refund and Return of Products:

（1）No Consensus Reached During Negotiation Period

If the Buyer and the Seller fail to reach a consensus on the Refund and Return of Products for the relevant order during the negotiation period, and the Buyer initiates a chargeback after the dispute has been filed, Alibaba reserves the right to terminate the Dispute Determination process. In such event, should both the Buyer and the Seller still require Dispute Determination for the relevant order, they may re-initiate the process after the chargeback procedure has been concluded.

（2）Consensus Reached During Negotiation Period

If the Buyer and the Seller have reached a consensus on the Refund and Return of Products for the relevant order during the negotiation period, but the Dispute Determination process is subsequently filed due to a dispute related to the execution of the Refund and Return of Products, and the Buyer then initiates a chargeback, Alibaba reserves the right to suspend the Dispute Determination process and follow the subsequent procedure based on the chargeback result:

(a) If the chargeback ruling is in favor of the Buyer, Alibaba reserves the right to terminate the Dispute Determination process and rule for a zero refund.

(b) If the chargeback ruling is in favor of the Seller, Alibaba reserves the right to re-initiate the Dispute Determination process and determine the liability based on the actual evidence obtained.

If the relevant dispute has been settled through Alibaba's mediation or negotiated between the Buyer and Seller but Alibaba has not yet made a payment on behalf of the Buyer when the Buyer initiates a chargeback, Alibaba reserves the right to suspend the payment process. Following the conclusion of the chargeback process, Alibaba may determine whether to continue the payment based on the chargeback result.

Regardless of whether Alibaba has made a Dispute Determination decision in advance, the Seller should actively defend and provide corresponding evidence according to Alibaba's requirements and deadlines.

Given that the chargeback involves external third-party procedures outside of Alibaba, the relevant time limits set in these relevant rules for the Dispute Determination process shall not apply to the circumstances contemplated by this Article. The time of funds receipt shall be determined based on the actual circumstances of each case.

14.3 Seller qualifications for Chargeback Protection Service:

14.3.1 The Seller is a member of Alibaba.com registered or resident in Mainland China;

14.3.2 The Seller currently has no outstanding debts for disputes or chargebacks payment on Alibaba.com;

14.3.3 The Seller must pass Alibaba's risk screening, which mainly evaluates factors including but not limited to the chargeback rate, dispute arbitration rate, on-time delivery rate, transaction amount, etc.;

14.3.4 Alibaba may consider any other conditions that it deems relevant and appropriate to specific circumstances.

14.4 Seller's Responsibilities and Obligations

14.4.1 Sellers who meet the qualifications for Chargeback Protection Service must, upon receiving Alibaba's notification to defend payment orders, cooperate with Alibaba within the designated time frame to submit qualified defense materials online based on different chargeback reasons, as notified by Alibaba via email or other means, and pass Alibaba's review before the Chargeback Protection Service can take effect. (To avoid ambiguity, Alibaba only conducts preliminary formal review of defense materials to determine whether the Seller's order meets the conditions for the Chargeback Protection Service to take effect; whether the defense reasons are valid will be determined by the card organization/issuing bank/payment channel after review, and Alibaba does not guarantee the final ruling on the Chargeback Protection Service for both Buyer and Seller.)

14.4.2 The Seller agrees that orders meeting the following conditions are not eligible for the Chargeback Protection Service, and the specific results of the defense material review shall prevail:

(1) The order has not been shipped in reality;

(2) Refunds are required for reasons attributable to the Seller, or the Seller accepts the chargeback payment, i.e. agrees to refund the Buyer or waives the defense of the payment order;

(3) The Buyer corresponding to the actual payment order has returned the goods, and the Seller is required to refund the corresponding payment order;

(4) The Seller chooses to deliver the goods during the dispute resolution process between the Buyer and Seller, including but not limited to refund requests, chargeback, online and offline communication and negotiation between the Buyer and Seller on Alibaba.com;

(5) The Seller fails to submit "effective and complete defense materials" according to Alibaba's prompts within the designated time or fails to pass the review;

(6) The online transaction mode corresponding to the payment does not meet the requirements (such as face-to-face delivery, Drop Shipping, split transactions, etc.);

(7) The online transaction goods corresponding to the payment do not meet the requirements (including but not limited to non-physical type transactions, commercial services, virtual goods, etc.);

(8) The Seller has committed any of the following acts during the performance of the transaction, which affects the completion of the performance: late delivery; missing/wrong delivery of goods; goods quality is inconsistent with the agreement between the Buyer and Seller; the shipping address is inconsistent with the agreement at the time of payment; the goods involve infringement or prohibited/restricted sales issues; the product cannot enter the Buyer's country due to import laws, regulations, policies, and the Buyer was not informed before the transaction; customized goods fail to clearly specify the customized information; failure to communicate the responsibilities and costs of destination port clearance in advance, resulting in the payer's refusal to pick up the goods after arrival at the destination port, or failure to provide necessary documents in a timely manner or providing false documents (including but not limited to certification certificates, clearance vouchers, etc.), causing the payer unable to clear the customs or the customs clearance failure; the Seller does not ship according to the agreed method between the Buyer and Seller;

(9) Any other behavior that violates the transaction rules of Alibaba.com (including but not limited to false transactions, improper transactions, etc.) and other laws and regulations;

(10) The Seller bears the responsibility for the transportation of goods, and the chargeback is caused by the damage or loss of the goods during transportation;

(11) For payment orders exceeding USD **[750]**, the delivery proof of the goods cannot provide the Buyer's signature;

(12) Orders for which Alibaba has issued a warning and given the Seller the right to voluntarily close the order and refund, but the Seller has not processed the chargeback, are not covered by the Chargeback Protection Service;

(13) Other behaviors that objectively increase the risk of chargeback but are not mentioned in the above rules, and the specific results shall be subject to the review.

14.4.3 The Seller agrees and authorizes that if the Seller's defense fails (including but not limited to the Seller's weak evidence in defense or waiving the defense), Alibaba will advance the chargeback funds to the Buyer's issuing bank on behalf of the Seller. For chargeback funds for which Alibaba does not provide a free refund service, Alibaba will first deduct them from the Seller's Alibaba.com account balance, and the Seller should promptly make payments to the Alibaba.com account if there is insufficient balance. If the Seller should repay the advanced payment according to the provisions of this chapter, the Seller should fulfill the repayment obligation within the prescribed time limit. Otherwise, Alibaba has the right to claim the advanced amount from the Seller, and the Seller shall also bear the overdue repayment penalty and all expenses incurred by Alibaba to realize the creditor's rights (including but not limited to lawyer's fees, transportation fees, notarization fees, etc.). For the chargeback funds for which Alibaba provides the Seller with a free refund service, Alibaba will recover the funds from the Buyer.

14.5 Scope of Chargeback Protection Services

14.5.1 The validity period of the Chargeback Protection Service quota is **[90] days** (hereinafter referred to as the "Service Validity Period"). When the payment order that meets the Chargeback Protection Service conditions is rejected by the Buyer, the Seller can obtain the corresponding chargeback payment exempt from Chargeback Protection Service within the remaining Chargeback Protection Service quota approved by Alibaba, provided that the Seller submits the "required materials" according to the requirements of Article [14.3] of this chapter within the specified time and passes Alibaba's review.

14.5.2 Chargeback Protection Service quota stipulated in this service refers to the maximum limit of the Seller within the validity period of the Chargeback Protection Service. The Chargeback Protection Service quota is USD **[2,000]**, and the actual amount of the quota shall be subject to the latest announcement of Alibaba.com.

14.6 Termination, Cessation, and Extension of the Chargeback Protection Service

14.6.1 During the current Service Validity Period, Alibaba will terminate the Seller's use of the Chargeback Protection Service in all of the Seller's stores on Alibaba.com if any of the following circumstances occur. If Alibaba verifies that the relevant situation is true, Alibaba has the right to require the Seller to return the funds that Alibaba has advanced:

(1) Providing false defense materials;

(2) Maliciously colluding with the Buyer to apply for chargeback;

(3) The Seller intentionally and maliciously defrauds the Chargeback Protection Service payment or engages in fraudulent behavior;

(4) The Seller violates relevant laws and regulations and the Alibaba.com or One Touch related transaction rules.

14.6.2 Alibaba has the right to suspend the Chargeback Protection Service and seek compensation from the Seller based on Alibaba's losses (including but not limited to payment orders already covered by the Chargeback Protection Service) under the following circumstances:

（1）Alibaba has the right to suspend the Chargeback Protection Service if significant abnormalities occur in the chargeback -related notifications, determinations, or results due to reasons not attributable to Alibaba (such as significant abnormality caused by a large number of chargeback-related notification errors due to problems in the card organization, issuing bank, or payment institution systems).

(2) All the Chargeback Protection Service payment orders caused by force majeure situations or changes in circumstances as stipulated in the Credit Guarantee Service Agreement (including but not limited to major disasters, events that need to be stopped or adjusted due to government orders, or events that are seriously attacked by the network or need to be suspended due to system failures).

(3) Alibaba has the right to suspend the Chargeback Protection Service in case of significant changes in Alibaba's chargeback-related rules and strategies due to changes in card organization rules, issuing bank liability rules, payment institution chargeback notifications, and other rules that significantly affect the Chargeback Protection Service.

(4) The Seller no longer meets the qualification requirements for the Chargeback Protection Service Seller as stipulated in Article [14.3] of this chapter.

14.6.3 If Alibaba terminates the Chargeback Protection Service for the Seller, the Seller will no longer enjoy the Chargeback Protection Service unless the Seller meets the qualification requirements for the Chargeback Protection Service Seller again and passes Alibaba's review to reactivate the Chargeback Protection Service.

14.6.4 Alibaba has the right to suspend some or all of the Chargeback Protection Service with **[7] days**' notice according to the actual business development and needs.

14.6.5 Sellers who meet the qualification requirements for the Chargeback Protection Service can automatically renew the Chargeback Protection Service after the Service Validity Period expires. Sellers who meet the qualification requirements for the Chargeback Protection Service but no longer meet the qualification requirements after the Service Validity Period expires will be temporarily suspended until they meet the qualification requirements again. The amount of the Chargeback Protection Service quota automatically renewed will be subject to the latest announcement of Alibaba.com at that time.

## Chapter 7 Miscellaneous

### Article 15 Miscellaneous

15.1 Alibaba shall have the right to amend, revise and publish on Alibaba.com these Rules from time to time based on the actual performance of the Trade Assurance Services and the amended and revised Rules will take effect on the designated date or, if there is no such designated date, the date it is published on Alibaba.com.

15.2 “One Touch”in these Rules means Shen Zhen One Touch Business Services Limited (the operator of the One Touch Services) or its affiliates.

**15.3 If any party has any disagreement with these Rules, such party should stop using the Trade Assurance Services and immediately notify the other party and Alibaba. By executing and performing the Purchase Contract and/or using any Trade Assurance Services, such party will be deemed to have accepted and agreed to be bound by these Rules.**

**15.4 The English version of these Rules is for reference purposes only. In the event of any inconsistency between the Chinese and English versions of these Rules, the Chinese version shall prevail.**

Chinese version

Is this article easy to understand?

Yes

No

Free APP: Download TradeManager: Follow Us:

Alibaba.com Site:

International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

Alibaba Group | Taobao Marketplace | Tmall.com | Juhuasuan | AliExpress | Alibaba.com | 1688.com | Alimama | Alitrip
Alibaba Cloud Computing | YunOS | AliTelecom | HiChina | Autonavi | UCWeb | Umeng | Xiami | TTPod | DianDianChong | DingTalk | Alipay

Browse Alphabetically: Global Expo | Onetouch | Showroom | Country Search | Manufacturers | Suppliers | Promotion | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

© 1999-2016 Alibaba.com. All rights reserved.

icburule011081188012

# Exhibit C

Trade Assurance

# Trade Assurance Guide

Enjoy protection from payment to delivery on **Alibaba.com**

# Overview

Use this guide to learn what Trade Assurance is, how it works, and how you can benefit from the service on Alibaba.com.

Peace of mind when sourcin

# Table of contents

1 What is Trade Assurance
Page 3

2 How do we protect your purchases on Alibaba.com
Page 4

3 Why choose us
Page 5

4 What is covered
Page 6 - Page 10

5 How-tos
Page 11 - Page 18

# What is Trade Assurance

Trade Assurance is a set of protection services that covers every stage of your purchasing journey when you order and pay on Alibaba.com - all at no cost. We offer secure and easy ways to pay, and protect you against unforeseen circumstances such as product quality issues, shipping delays, and more. In the unlikely event an issue arises during the purchase, we will mediate between you and the supplier to reach a resolution.



**160M+**
Trade Assurance orders

**35M+**
Purchased from us

**200K+**
Suppliers

**200M+**
Products

**190+**
Shipping destinations

**27+**
Supported currencies

**20+**
Supported payment methods

# How do we protect your purchases on Alibaba.com

Through Trade Assurance, Alibaba.com acts as a mediator between the buyer and supplier to ensure the transaction is completed safely and successfully.




## 01 Start Trade Assurance order

You reach an agreement on an order with a supplier that supports Trade Assurance on Alibaba.com.

## 02 Pay through Alibaba.com

Check out with an online payment method or make a wire transfer via Alibaba.com. To protect your payment, never pay outside the platform.

## 03 Confirm delivery of order

Your payment is held and released to the supplier after the order is received and confirmed.

## 04 Get money back if order terms are not met

You receive compensation or a refund if the order doesn't meet the agreed terms.

# Why choose us

Trade Assurance provides comprehensive protection and support for both buyers and suppliers when sourcing internationally, making it easier and safer to do global business.

## Traditional global commerce

### Payment risk

Complex international payment processes are prone to delays, non-payments, and security concerns such as fraud and scams.

### Increased uncertainty

International trade involves multiple intermediaries and complex logistics processes, making it difficult to track orders and increasing the likelihood of fraud, late deliveries, and other product issues.

### Minimal support

You rely on the good faith of the supplier to abide by any agreements made - including refunds - if any issues arise.

VS

## Digital commerce on Alibaba.com

### ✓ Payment security

Our escrow service means your payments are held and released to the supplier after the products are received and confirmed.

### ✓ Increased trust & confidence

When you source on Alibaba.com, you have the peace of mind of knowing that you can track the progress of your order and are protected against fraud, shipping, and product quality issues.

### ✓ Platform support

We assist you in reaching a satisfactory resolution, including providing refunds and compensation for any issues related to the purchase.



Trade Assurance

# What is covered

| | | |
|---|---|---|
| **Safe & easy payments** | **Diverse ways to pay**<br>Pay online or via wire transfer | **Flexible financing**<br>Settle remaining balances after shipment |
| **Money-back policy** | **Refund policy**<br>For unfulfilled, missing, or other product issues | **Easy Return**<br>Return defective products locally to our warehouse |
| **Shipping & logistics services** | **On-time Delivery Guarantee**<br>Protects against shipping delays | **Alibaba.com Logistics**<br>Track your shipments worldwide |
| **After-sales protections** | **On-site service & support**<br>Wide range of after-sales services | |

# Safe & easy payments

Every payment made through Alibaba.com is SSL-encrypted, PCI DSS compliant, and processed in as quickly as 2 hours. We support all major payment methods and currencies, and offer pay-later options to free up your cash flow.

## Diverse ways to pay

Pay with credit/debit cards, PayPal, Apple Pay, Google Pay, Afterpay/Clearpay and more through our online checkout. You can also make bank-to-bank wire transfers with escrow protection using the official bank information provided by Alibaba.com.

To save you conversion fees on purchases and refunds, we support over 20 currencies you can pay in.

## Flexible financing

Use any of the payment methods and currencies available to make an initial payment and settle the remaining balance with our deferred payment service: Payment Terms: 30/60 Days* or contact the supplier directly to settle the terms.

*For eligible buyers only

## Available payment methods & currencies

### Pay online

VISA
Mastercard
AMERICAN EXPRESS
PayPal
Apple Pay
G Pay
afterpay
Trustly
and more...

### Pay via wire transfer

J.P.Morgan
citibank

### Currencies

USD - $
AED - د.إ
GBP - £
EUR - €
INR - ₹
ILS - ₪
CAD - C$
BRL - R$
AUD - A$
and more...



Trade Assurance

# Money-back policy

We will assist you in reaching a satisfactory resolution, including refunds or compensation, for product quality issues or other breaches of our terms and conditions.

## Refund policy

If your order hasn't been shipped, is missing, or arrives with product issues (e.g., defective, incorrect, damaged, etc.), you can claim a refund within 30 or 60 days from the delivery date.*

If you cancel within 2 hours of payment and the order has not yet shipped, you can claim a full and immediate refund.



## Easy Return

Return defective products to your local warehouse using our free shipping service within 30 days from the delivery date and claim a full refund.**

*Enterprise and Enterprise Pro buyers can claim within 60 days.

**Eligible to buyers in Australia, Belgium, Canada, France, Germany, Italy, Poland, Portugal, Russia, Spain, the Czech Republic, the Netherlands, the UK, the US and more to come. Refer to the Trade Assurance landing page to learn about the full terms and conditions of our Easy Return service.

# Shipping & logistics services

Reduce inventory uncertainty with On-time Delivery Guarantee and track your shipment with Alibaba.com Logistics.

## On-time Delivery Guarantee*

Claim and automatically receive compensation for delays in deliveries, without having to negotiate with the supplier.



## Alibaba.com Logistics

Track your shipment in real-time for most countries and regions around the world with Alibaba.com Logistics.



*For eligible orders only

# After-sales protections

For eligible products, receive additional support with our on-site services.

## On-site service and free replacement parts

You can access installation, maintenance, and repair services plus free replacement parts for 1 year after the purchase. Service is provided in your local area or an engineer will come to you. Claim compensation if the service received differs from the agreed terms.



# How-tos


## How to find Trade Assurance suppliers

Page 12

## How to order and pay with Trade Assurance

Page 13 - Page 14

## How to apply for a refund

Page 15

## How to apply for Easy Return

Page 16

## How to apply for after-sales service and support

Page 17

# How to find Trade Assurance suppliers

There are several ways to find suppliers that support Trade Assurance.

## Search by supplier feature

The easiest way is to refine your search by filtering for Trade Assurance when searching for products.




## See what's covered

Look for Protection with Trade Assurance on the product details page to see what is covered.




## Identify by icon

To identify whether or not a particular supplier supports Trade Assurance, go to their store page or Messenger to see if they have the icon next to their name.



# How to order and pay with Trade Assurance

Step 1

## Find a supplier that supports Trade Assurance

Step 2

## Check out or settle details with supplier

### For ready-to-ship products

Select "Start order" on the product you wish to buy and proceed to check out.




### For customized products

Settle the order details by contacting the supplier directly through Messenger, sending a Request for Quotation, or an order request.



# How to order and pay with Trade Assurance

## Step 3

### Pay through Alibaba.com

Pay through our online checkout or make a bank-to-bank wire transfer with escrow protection using the official bank information provided by Alibaba.com.

## Step 4

### Track order

Track the progress of your order every step of the way by going to My Alibaba > Orders > All Orders.

## Step 5

### Confirm delivery of order

Once you have received the shipment, select "Confirm delivery" to complete your order.

### Pay online




### Pay via wire transfer









# How to apply for a refund

## Step 1 Apply for refund if order doesn't meet the agreed terms

Go to My orders > Order details to apply.




## Step 2 Negotiate with supplier

If the supplier does not respond or you are unable to reach a consensus, escalate the case for Alibaba.com to help resolve.

## Step 3 Get your money back

Receive your refund after the case is processed.

# How to apply for Easy Return




**Step 1** **Find products that support 'Easy Return'***

**Step 2** **Apply for refund if products don't meet the agreed quality**

Go to My orders > Order details to apply.

**Step 3** **Return to local warehouses for free**

Send products to a local warehouse according to the return instructions provided.

**Step 4** **Get your money back**

Receive a full refund once the return has been processed.

*Eligible to buyers in Australia, Belgium, Canada, France, Germany, Italy, Poland, Portugal, Russia, Spain, the Czech Republic, the Netherlands, the UK, the US and more to come.

Refer to the Trade Assurance landing page to learn about the full terms and conditions of our Easy Return service.

# How to apply for after-sales service and support

## Step 1 Find products that support after-sales services

Find products that support "On-site service and free replacement parts" or "Free replacement parts."




## Step 2 Apply for service

Go to My orders > Order details to fill in your request.




## Step 3 Receive service

Seller provides a solution, or you are eligible for compensation. To view your after-sales requests, go to My Alibaba > Orders > Refund Requests > After-sales services.



Trade Assurance

# Thank you

**Scan the QR code**

for more information about Trade Assurance and to browse products and suppliers that support our protection services.

# Exhibit D

# Free Membership Agreement

2019-09-24 09:00

Part A: Ne
1. ACC
2. THE
3. MEM
4. TRAN
5. USE (
6. LIMI
7.INTEI
8.Notice
9.Agreei
10. GEN
Part B: Old
1. ACC
2. THE
3. MEM
4. TRAN
5. USE (
6. LIMI
7. INTE
8. GENI

**Part A: New version - updated on 3 March 2026 and effective as of 9 March 2026**

PLEASE READ THESE TERMS AND CONDITIONS CAREFULLY! THIS FREE MEMBERSHIP AGREEMENT LIMITS THE RIGHTS AND REMEDIES AVAILABLE TO MEMBERS WITH RESPECT TO THE SERVICES AND CONTAINS BINDING OBLIGATIONS ON MEMBERS. PLEASE PAY ATTENTION TO PROVISIONS THAT EXCLUDE OR LIMIT LIABILITY, TERMS LIMITING MEMBERS' ABILITY TO SUE, AND TERMS OF GOVERNING LAW AND JURISDICTION, WHICH MAY APPEAR IN CAPITAL LETTERS. THIS AGREEMENT RELATES TO WWW.ALIBABA.COM . WITH RESPECT TO THE WWW.ALIBABA.COM E-COMMERCE PLATFORM INCLUDING BUT NOT LIMITED TO THE WEB AND MOBILE-OPTIMIZED VERSIONS OF THE WEBSITES IDENTIFIED BY THE UNIFORM RESOURCE LOCATOR "WWW.ALIBABA.COM" AND THE MOBILE APPLICATIONS OF THE ALIBABA.COM E-COMMERCE PLATFORM (COLLECTIVELY, THE " SITES"), THE SERVICES/SITES ARE INTENDED SOLELY FOR BUSINESS USE, AND THAT END USERS WHO ARE NOT MAKING BUSINESS USE MAY NOT ACCESS OR USE THE SERVICES/SITES. BY ACCESSING OR USING ALIBABA.COM SITES/SERVICES, MEMBER ACKNOWLEDGES AND AGREES THAT THE ALIBABA.COM SITES/SERVICES ARE INTENDED SOLELY FOR BUSINESS USE AND THAT ANY USE OR ACCESS OTHER THAN FOR BUSINESS PURPOSES IS UNDERTAKEN AT THE MEMBER'S SOLE RISK AND LIABILITY. INDIVUDUAL MEMBER ALSO ACKNOWLEDGES AND AGREES THAT THEY ARE OF A LEGAL AGE TO ENTER INTO A BINDING CONTRACT.

**1. ACCEPTANCE OF TERMS**

1.1 WELCOME TO ALIBABA.COM'S FREE SERVICE (the "**SERVICE**"). The following sets forth the terms and conditions of the Alibaba.com Free Membership Agreement (this "**Agreement**") between you ("**Member**") and the Alibaba.com contracting company determined in accordance with this clause 1.1 ("**Alibaba.com**") under which Alibaba.com offers you access to and use of the Service through the websites, mobile sites, mobile applications and other portals owned, operated, branded or made available by Alibaba.com to you from time to time relating to the Sites.

Contracting Alibaba.com party:

- (a) If you are from mainland China, your contract is with Hangzhou Alibaba Advertising Co., Ltd. other than in relation to Promotion Services (as defined in the Alibaba.com Terms of Use, currently at

https://rule.alibaba.com/rule/detail/2041.htm ), in which case your contract for such services is with Alibaba.com Hong Kong Limited.

- (b) If either (i) you are from a place outside mainland China; or (ii) you access and use the Sites from any of the Relevant Jurisdictions, your contract is with Alibaba.com Singapore E-Commerce Private Limited (incorporated in Singapore with Company Reg. No. 200720572D).
- **Relevant Jurisdictions**" shall mean the Russian Federation, Azerbaijan, Armenia, Belarus, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Tajikistan and Uzbekistan.

As some or part of the Service may be supported and provided by affiliates of Alibaba.com, Alibaba.com may delegate some aspects of the Service to its affiliates. Use of the Service indicates that you accept the terms and conditions set forth below. If you do not accept all of the terms and conditions, please do not use the Service. BY COMPLETING THE REGISTRATION PROCESS AND CLICKING THE "**I AGREE**" BUTTON, YOU ARE INDICATING YOUR CONSENT TO BE BOUND BY THIS AGREEMENT, THE SITE'S TERMS OF USE AGREEMENT , PRODUCT LISTING POLICY AND PRIVACY POLICY (DEFINED BELOW) WHICH ARE INCORPORATED HEREIN BY REFERENCE (COLLECTIVELY REFERRED TO AS THE "**TERMS OF USE**"). The Alibaba.com Free Membership Agreement will not take effect unless and until you have activated your Account. Terms not defined in this Agreement shall bear the same meaning as that contained in the Terms of Use.

**1.2 ALIBABA.COM MAY AMEND THIS AGREEMENT AT ANY TIME BY POSTING THE AMENDED AND RESTATED AGREEMENT ON THE SITES. THE AMENDED AND RESTATED AGREEMENT SHALL BE EFFECTIVE IMMEDIATELY UPON POSTING. POSTING BY ALIBABA.COM OF THE AMENDED AND RESTATED AGREEMENT AND YOUR CONTINUED USE OF THE SERVICE SHALL BE DEEMED TO BE ACCEPTANCE OF THE AMENDED TERMS. IT IS THE MEMBER'S RESPONSIBILITY TO REVIEW THE TERMS OF USE REGULARLY FOR UPDATES, AND THAT ALIBABA.COM IS NOT REQUIRED TO PROVIDE AFFIRMATIVE NOTICE OF CHANGES TO THIS AGREEMENT BY ANY MEANS OTHER THAN POSTING THE UPDATES TO THE SITES.**

**2. THE SERVICE**

2.1 The Service will be offered free-of-charge for an unspecified time period unless terminated in accordance with the terms of this Agreement.

2.2 The Service will have the following core features (which may be added to or modified, or suspended for scheduled or unscheduled maintenance purposes, from time to time at the sole discretion of Alibaba.com and notified to you) ("**Free Member Benefits**"):

a) Company Profile - allows each Member to display and edit basic information about its business, such as year and place of establishment, estimated annual sales, number of employees, and products and services offered, etc.

b) Products - allows each Member to display and edit descriptions, specifications and images of at least 5 products.

c) Unlimited Buyer Trade Lead Posting - allows each Member to post on the Sites for public display offers to buy products and services from other users of the Sites.

**2.3 ALIBABA.COM MAY SUSPEND OR TERMINATE ALL OR PART OF THE ABOVE FREE MEMBER BENEFITS AT ANY TIME IN ITS SOLE DISCRETION WITHOUT LIABILITY FOR ANY LOSSES OR DAMAGES ARISING OUT OF OR IN CONNECTION WITH SUCH SUSPENSION OR TERMINATION. ALIBABA.COM RESERVES THE RIGHT TO CHARGE FOR THE SERVICE OR ANY FEATURE OR FUNCTIONALITY OF THE SERVICE AT ANY TIME IN ITS SOLE DISCRETION.**

2.4 Benefits, features and functions available to a Member may vary for different countries and regions. No warranty or representation is given that a particular feature or function or the same type and extent of features and functions will be available.

2.5 The availability of any transactional features and functions on the Sites to any Member may be conditional on verification of Member's identity and/or its designated bank account by Alibaba.com and/or its approved

independent third parties.

2.6 Alibaba.com shall issue a Member ID and Password (the latter shall be chosen by the Member during registration) to each Member to access the Service through such Member's Account. Each Member shall be solely responsible for maintaining the confidentiality of its Member ID and Password and for all use of and activities that occur under the Member ID and Password (whether such use or activities are authorized or not). A set of Member ID and Password is unique to a single Account and no Member shall share, assign or permit the use of its Account, Member ID or Password to another person, even to other individuals within the Member's own business entity (where applicable). Each Member acknowledges that sharing of its Account with other persons, or allowing multiple users outside of its business entity to use its Account (collectively, "multiple use"), may cause irreparable harm to Alibaba.com **EACH MEMBER SHALL INDEMNIFY ALIBABA.COM AGAINST ANY LOSS OR DAMAGES (INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS) SUFFERED BY ALIBABA.COM AS A RESULT OF SUCH MULTIPLE USE OF AN ACCOUNT**. Each Member hereby undertakes to notify Alibaba.com immediately of any unauthorized use of its Account, Member ID or Password or any other breach of security. **EACH MEMBER HEREBY AGREES THAT ALIBABA.COM SHALL NOT BE LIABLE FOR ANY LOSS OR DAMAGES ARISING FROM THE MEMBER'S FAILURE TO COMPLY WITH THIS PARAGRAPH.**

**2.7 ALIBABA.COM RESERVES THE RIGHT TO CHANGE, UPGRADE, MODIFY, LIMIT OR SUSPEND THE SERVICE OR ANY OF ITS RELATED FUNCTIONALITIES OR APPLICATIONS AT ANY TIME TEMPORARILY OR PERMANENTLY WITHOUT PRIOR NOTICE, EXCEPT IN RESPECT OF ANY ALIEXPRESS RELEVANT JURISDICTION USERS.** Alibaba.com further reserves the right but shall not be obliged to introduce new features, functionalities, applications or conditions to the Service or to future versions of the Service, except in respect of any AliExpress Relevant Jurisdiction Users. All new features, functionalities, applications, conditions, modifications, upgrades and alterations shall be governed by this Agreement, unless otherwise stated by Alibaba.com. In respect of any AliExpress Relevant Jurisdiction Users, AliExpress Russia Holding Private Limited is the relevant party.

2.8 Each Member acknowledges that inability to use the Service wholly or partially for whatever reason may have adverse effects on its business. **EACH MEMBER HEREBY AGREES THAT IN NO EVENT SHALL ALIBABA.COM BE LIABLE TO THE MEMBER OR ANY THIRD PARTIES FOR ANY INABILITY TO USE THE SERVICE (WHETHER DUE TO DISRUPTION, CHANGES TO OR TERMINATION OF THE SERVICE OR OTHERWISE), ANY DELAYS, INACCURACIES, ERRORS OR OMISSIONS WITH RESPECT TO ANY COMMUNICATIONS OR TRANSMISSION OR DELIVERY OF ALL OR ANY PART THEREOF, OR ANY LOSSES OR DAMAGES (DIRECT, INDIRECT, CONSEQUENTIAL OR OTHERWISE) ARISING FROM THE USE OF OR INABILITY TO USE THE SERVICE.**

2.9 If your IP address comes from the mainland China when you successfully complete the registration with Alibaba.com, you will be granted an Alipay Username in addition to your Member ID. If your registration was completed before March 18, 2013 or the email address you used for your registration has already been registered with other Alibaba Sites (as defined below), you will not be granted the Alipay Username. You are allowed to use the Alipay Username to login to the websites including www.alipay.com, www.taobao.com, www.tmall.com, www.etao.com, www.ju.taobao.com, www.aliyun.com, www.china.alibaba.com and other websites (collectively, the "**Alibaba Sites**"). You hereby represent and agree to authorize Alibaba.com to provide all the information associated with your Member ID to the Alibaba Sites for the purpose of facilitating your easy and fast access to the Alibaba Sites. Your responsibilities with regard to the Alipay Username shall apply to the same terms and conditions in connection with the Member ID as prescribed under this Agreement. **ALIBABA.COM RESERVES THE RIGHT, WITHOUT PRIOR NOTICE AND AT ITS SOLE DISCRETION, TO SUSPEND, RESTRICT OR DENY ACCESS TO OR USE OF YOUR ALIPAY USERNAME AND SERVICES PROVIDED BY ALIBABA.COM AND ALIBABA SITES WITHOUT LIABILITY FOR ANY LOSSES OR DAMAGES ARISING OUT OF OR IN CONNECTION WITH SUCH SUSPENSION OR TERMINATION, IF YOU: (A) USE THE SERVICES PROVIDED BY ALIBABA.COM, OR THROUGH THE SITES AND THE ALIBABA**

**SITES TO DEFRAUD ANY PERSON OR ENTITY; (B) ENGAGE IN ANY UNLAWFUL ACTIVITIES INCLUDING WITHOUT LIMITATION THOSE WHICH WOULD CONSTITUTE THE INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS, A CIVIL LIABILITY OR A CRIMINAL OFFENCE; (C) ENGAGE IN ANY ACTIVITIES THAT WOULD OTHERWISE CREATE ANY LIABILITY FOR ALIBABA.COM, THE SITES OR THE ALIBABA SITES.**

2.10 If you voluntarily submit any information to the Sites for publication on the Sites through the publishing tools, including but not limited to, company or business profile, product catalog, trade leads, TRUSTPASS profile, business trust system and any discussion forum, you are deemed to have given consent to the publication of such information on the Sites.

**3. MEMBER RESPONSIBILITIES**

3.1 Each Member hereby represents, warrants and agrees to (a) provide true, accurate, current, complete and timely information about itself and its business references as may be required by Alibaba.com and (b) maintain and promptly amend all information to keep it true, accurate, current , complete and timely. Business Member must provide its accurate registration information and other information required by Alibaba.com and update that if there is any change. To the extent permitted under applicable laws, each Member hereby grants an irrevocable, perpetual, worldwide and royalty-free, sub-licensable (through multiple tiers) license to Alibaba.com to display and use all information provided by such Member in accordance with the purposes set forth in this Agreement and to exercise the copyright, publicity, and database rights such Member has in such material or information, in any media now known or not currently known. Information that is protected under privacy and data protection laws will only be used and kept in compliance with those laws.

3.2 Each Member hereby represents, warrants and agrees that the use by such Member of the Service and the Sites shall not:

a) contain fraudulent or misleading information or make fraudulent offers of items or involve the sale or attempted sale of counterfeit or stolen items or items whose sales and/or marketing is prohibited by applicable law, or otherwise promote other illegal activities;

b) be part of a scheme to defraud other Members or other users of the Sites or for any other unlawful purpose;

c) infringe or otherwise abet or encourage the infringement or violation of any third party's copyright, patent, trademarks, trade secret or other proprietary right or rights of publicity and privacy or other legitimate rights;

d) impersonate any person or entity, misrepresent yourself or your affiliation with any person or entity;

e) violate any applicable law, statute, ordinance or regulation (including without limitation those governing export control, consumer protection, unfair competition, anti-discrimination or false advertising);

f) contain information that is defamatory, libelous, unlawfully threatening or unlawfully harassing;

g) contain information that is obscene or contain or infer any pornography or sex-related merchandising or any other content or otherwise promotes sexually explicit materials or is otherwise harmful to minors;

h) promote discrimination based on race, sex, religion, nationality, disability, sexual orientation or age;

i) contain any material that constitutes unauthorized advertising or harassment (including but not limited to spamming), invades anyone's privacy or encourages conduct that would constitute a criminal offence, give rise to civil liability, or otherwise violate any law or regulation;

j) involve attempts to copy, reproduce, exploit or expropriate Alibaba.com's various proprietary directories, databases and listings;

k) involve any computer viruses or other destructive devices and codes that have the effect of damaging, interfering with, intercepting or expropriating any software or hardware system, data or personal information;

l) involve any scheme to undermine the integrity of the computer systems or networks used by Alibaba.com and/or any user of the Service and no Member shall attempt to gain unauthorized access to such computer systems or networks;

m) link directly or indirectly to or include descriptions of goods or services or other materials that violate any law or regulation or are prohibited under this Agreement or the Terms of Use;

n) list or sell any product recalled by a manufacturer or governmental agency if the sale of the product is prohibited by law or regulation or the product poses a health or safety hazard as specified by any applicable governmental agency; or such product is subject to an interim and permanent ban imposed by any applicable governmental agency; or where such product is subject to a public notice of defect or failure to comply has been issued by an applicable governmental agency; or

o) otherwise create any liability for Alibaba.com or its affiliates.

3.3 Each Member represents, warrants and agrees that with regards to information about or posted on behalf of any business referee, it has obtained all necessary consents, approvals and waivers from such referee to (a) act as such Member's business referee; (b) to post and publish their contact details and information, reference letters and comments on their behalf; and (c) that third parties may contact such business referees to support claims or statements made about the Member. Each Member further warrants that all reference letters and comments are true and accurate and hereby waives all requirements for such Member's consent to be obtained before third parties may contact the business referees. Each Member must keep the personal information collected as strictly confidential and may not disclose it to any third-party including affiliates without the authorization or consent of those subjected to collection, except when doing so is required for cooperation in regulatory or law enforcement activities in accordance with the law.

3.4 Member shall not take any action which may undermine the integrity of Alibaba.com's feedback system, such as including content prohibited by applicable laws and regulations, leaving positive feedback for itself using secondary Member IDs or through third parties or by leaving false, fabricated or unsubstantiated negative feedback for another Member. Member shall also disclose its relationship with the user for which such Member is posting a review. Member acknowledges that Alibaba.com has the right to take measures regarding such feedback in accordance with applicable laws.

3.5 Each Member acknowledges and agrees that Alibaba.com reserves the right to, but shall not be required to actively monitor nor exercise any editorial control whatsoever over the content of any message or other material or information created, obtained or accessible through the Service. Alibaba.com does not endorse, verify or otherwise certify the contents of any comments or other material or information made by any Member. Each Member is solely responsible for the contents of their communications and may be held legally liable or accountable for the content of their comments or other material or information.

3.6 Each Member represents, warrants and agrees that it has obtained all necessary third party licenses and permissions and shall be solely responsible for ensuring that any material or information it posts on the Sites or provides to Alibaba.com or authorizes Alibaba.com to display does not violate the copyright, patent, trademark, trade secrets or any other personal or proprietary rights of any third party or is posted with the permission of the owner(s) of such rights. Each Member further represents, warrants and agrees that it has the right and authority to sell, distribute or offer to sell or distribute the products described in the material or information it posts on the Sites or provides to Alibaba.com or authorizes Alibaba.com to display.

3.7 To the extent applicable, each Member represents, warrants and agrees that certain products sold to California require a warning under California Health & Safety Code Section 25249.6 (a "Proposition 65 Warning") and each Member shall (a) promptly display a Proposition 65 Warning on the product detail page as required under the relevant law; (b) authorize Alibaba.com to display a Proposition 65 Warning on your behalf; and (c) only revise or remove a Proposition 65 Warning for a product when the prior warning needs to be modified or is no longer legally required, as the case may be.

3.8 If any Member breaches the representations, warranties and covenants of paragraphs 3.1, 3.2, 3.3, 3.4, 3.5 , 3.6 or 3.7 above, or if Alibaba.com has reasonable grounds to believe that such Member is in breach of such representations, warranties and covenants, or if upon complaint or claim from any other Member or third party, Alibaba.com has reasonable grounds to believe that such Member has willfully or materially failed to perform its contract with such third party including without limitation where a Member who supplies products or services using the Sites and Services has failed to deliver any items ordered by such third party after receipt of the purchase price, or where such Member has delivered the items that materially fail to meet the terms and descriptions outlined in its

contract with such third party, or if Alibaba.com has reasonable grounds to believe that such Member has used a stolen credit card or other false or misleading information in any online transaction, Alibaba.com has the right to suspend or terminate the Service and all Free Member Benefits with respect to such Member without compensation and without liability for any losses or damages arising out of or in connection with such suspension or termination, and restrict or refuse any and all current or future use of the Service or any other services that may be provided by Alibaba.com. Further, Alibaba.com reserves the right in its sole discretion to place restrictions on the number of product listings that a Member can post on the Sites for such duration as Alibaba.com may consider appropriate, and to remove any material it reasonably believes that is unlawful, could subject Alibaba.com to liability, violates this Agreement or the Terms of Use or is otherwise found inappropriate in Alibaba.com's opinion. Alibaba.com reserves the right to cooperate fully with governmental and regulatory authorities, law enforcement bodies, private investigators and/or injured third parties in the investigation of any suspected criminal or civil wrongdoing. Further, **Member acknowledges and agrees that to the extent as required by applicable laws and competent authorities, including without limitation a government, regulatory or law enforcement body or an injured third party, or as a result of a subpoena or other legal action, Alibaba.com may provide certain information to competent authorities.** Moreover, Alibaba.com shall not be liable for damages or results thereof and **MEMBER AGREES NOT TO BRING ANY ACTION OR CLAIM AGAINST ALIBABA.COM FOR SUCH DISCLOSURE**. In connection with any of the foregoing, Alibaba.com may (i) suspend or terminate the Account of any Member as Alibaba.com deems appropriate in its sole discretion; and (ii) announce decisions to take actions against Member on the Sites, together with relevant information including without limitation the Member's name, the illegal action or the breach of the relevant rules on the Sites or other public platforms.

3.9 **EACH MEMBER AGREES TO INDEMNIFY ALIBABA.COM, ITS EMPLOYEES, AGENTS AND REPRESENTATIVES AND TO HOLD THEM HARMLESS, FROM ANY AND ALL LOSSES, CLAIMS AND LIABILITIES (INCLUDING LEGAL COSTS ON A FULL INDEMNITY BASIS) WHICH MAY ARISE FROM ITS SUBMISSIONS, POSTING OF MATERIALS OR DELETION THEREOF, FROM SUCH MEMBER'S USE OF THE SERVICE OR FROM SUCH MEMBER'S BREACH OF THIS AGREEMENT OR THE TERMS OF USE.** Each Member further agrees that Alibaba.com is not responsible, and shall have no liability to it or anyone else for any material posted by such Member or third parties, including fraudulent, untrue, misleading, inaccurate, defamatory, offensive or illicit material and that the risk of damage from such material rests entirely with each Member. Alibaba.com reserves the right; at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by the Member, in which event the Member shall cooperate with Alibaba.com in asserting any available defenses.

**4. TRANSACTIONS BETWEEN BUYERS AND SUPPLIERS**

4.1 Through the Sites, Alibaba.com provides an electronic web-based platform for exchanging information and concluding sale and purchase transactions of products and services online between buyers and sellers. Alibaba.com reserves the right to limit certain features and functions of the platform to prescribed Members. Despite the provision of the platform through the Sites, Alibaba.com does not represent the seller or the buyer in specific transactions whether or not such transactions are made on or via the Sites. Alibaba.com does not control and is not liable to or responsible for the quality, safety, lawfulness or availability of the products or services offered for sale on the Sites or the ability of the sellers to complete a sale or the ability of buyers to complete a purchase.

4.2 Members are hereby made aware that there may be risks of dealing with people acting under false pretences. Alibaba.com uses several techniques to verify the accuracy of the information our users provide us when they register on the Sites. However, because user verification on the Internet is difficult, Alibaba.com cannot and does not confirm each free member's purported identity shown on the Sites and can only use reasonable efforts to verify the personal identity of the representative of a seller in mainland China opening a storefront on www.alibaba.com according to the applicable laws in mainland China. We encourage you to use the various tools available on the Sites, as well as common sense, to evaluate with whom you are dealing.

**4.3 EACH MEMBER ACCESSING OR USING THE SITES OR SERVICE SHALL FULLY ASSUME THE RISKS OF CONDUCTING ANY PURCHASE AND SALE TRANSACTIONS IN CONNECTION WITH OR THROUGH THE SITES OR SERVICE. SUCH RISKS SHALL INCLUDE, BUT NOT LIMITED TO, MIS-REPRESENTATION OF PRODUCTS AND SERVICES, FRAUDULENT SCHEMES, UNSATISFACTORY QUALITY, FAILURE TO MEET SPECIFICATIONS, DEFECTIVE PRODUCTS, PRODUCT RECALLS, DELAY OR DEFAULT IN DELIVERY OR PAYMENT, COST MIS-CALCULATIONS, BREACH OF WARRANTY, BREACH OF CONTRACT AND TRANSPORTATION ACCIDENTS ("TRANSACTION RISKS"). EACH MEMBER AGREES THAT ALIBABA.COM SHALL NOT BE LIABLE OR RESPONSIBLE FOR ANY DAMAGES, LIABILITIES, COSTS, HARMS, INCONVENIENCES, BUSINESS DISRUPTIONS OR EXPENDITURES OF ANY KIND THAT MAY ARISE A RESULT OF OR IN CONNECTION WITH ANY TRANSACTION RISKS.** Alibaba.com has the right to suspend or terminate any Member's Account or deduct from a Member's account for the related costs or expenses incurred by Alibaba.com related to such Transaction Risks caused by such Member. **MEMBER AGREES TO RELEASE AND INDEMNIFY ALIBABA.COM (AND ALIBABA.COM'S AGENTS, AFFILIATES, DIRECTORS, OFFICERS AND EMPLOYEES) FROM ALL CLAIMS, DEMANDS, ACTIONS, PROCEEDINGS, COSTS, EXPENSES AND DAMAGES (INCLUDING WITHOUT LIMITATION ANY ACTUAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES) ARISING OUT OF OR IN CONNECTION WITH ANY TRANSACTION RISK.**

4.4 Members are solely responsible for setting out, agreeing on, entering into and performing all of the terms and conditions of the transactions conducted on, through or as a result of use of the Sites, including, without limitation, any non-performance, non-delivery, mis-delivery, theft, or other mistake or act in connection with the fulfillment of the orders, any non-conformity or defect in, any public or private recall of, or safety alert of any of the products or services such Member lists or sells through the Services, any terms regarding payment, refunds, returns, warranties, shipping, insurance, fees, taxes, title, licenses, fines, permits, handling, transportation and storage, subject to any additional obligations imposed under the Transactional Services Agreement (and in particular, clause 3.2). Any purchases made via the Services may be subject to the respective seller's additional terms and conditions of purchase. Each Member will promptly notify Alibaba.com as soon as such Member has knowledge of any public or private recalls, potential recalls, public notice of defect or failure to comply issued by any applicable government agency, an interim or permanent ban imposed by any applicable government agency, or safety alerts of the products and services such Member lists or sells through the Services. Each Member will promptly remove all listings for any product recalled by a manufacturer or governmental agency if the sale of the product is prohibited by law or regulation or the product poses a health or safety hazard as specified by any governmental agency, or if such product is subject to a public notice of defect or failure to comply issued by any applicable government agency, or if such product is subject to an interim or permanent ban imposed by any applicable government agency. Each Member will cooperate and assist Alibaba.com in connection with any recalls or safety alerts, including by initiating the procedures for returning items to such Member and destroying such recalled products thereafter. Each Member will be solely responsible for all costs and expenses the Member, Alibaba.com or any of Alibaba.com's affiliates incur in connection with any such recall or potential recall or safety alerts (including the costs to return, destroy, refund, store, repair, liquidate, or deliver to the Member or any vendor any of these recalled products). Neither Alibaba.com nor any of its affiliates has any responsibility or liability for the safety or performance of any product that each Member list or sell through the Services, including any product that is subject to a recall.

**4.5 EACH MEMBER AGREES TO PROVIDE ALL INFORMATION AND MATERIALS AS MAY BE REASONABLY REQUIRED BY ALIBABA.COM IN CONNECTION WITH ITS TRANSACTIONS MADE VIA THE TRANSACTIONAL PLATFORM ON THE SITES. ALIBABA.COM HAS THE RIGHT TO SUSPEND OR TERMINATE ANY MEMBER'S ACCOUNT IF THE MEMBER FAILS TO PROVIDE THE REQUIRED INFORMATION AND MATERIALS WITHOUT LIABILITY FOR ANY LOSSES OR DAMAGES ARISING OUT OF OR IN CONNECTION WITH SUCH SUSPENSION OR TERMINATION.**

4.6 **IN THE EVENT THAT ANY MEMBER HAS A DISPUTE WITH ANY PARTY TO A TRANSACTION, SUCH MEMBER AGREES TO RELEASE AND INDEMNIFY ALIBABA.COM (AND ALIBABA.COM'S AGENTS, AFFILIATES, DIRECTORS, OFFICERS AND EMPLOYEES) FROM ALL CLAIMS, DEMANDS, ACTIONS, PROCEEDINGS, COSTS, EXPENSES AND DAMAGES (INCLUDING WITHOUT LIMITATION ANY ACTUAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES) ARISING OUT OF OR IN CONNECTION WITH SUCH DISPUTE OR THE TRANSACTION.**

4.7 Each Member acknowledges that Alibaba.com has the right to keep the identity information of it after its exit from the platform and to keep the product or service information, payment records, logistics and express delivery, return and replacement of goods and after-sales services.

**5. USE OF DISCUSSION BOARDS ON THE SITE**

5.1 Alibaba.com provides its Members use of discussion boards on the Sites free of charge to promote and encourage open, honest and respectful communication between all of Alibaba.com's Members. The discussion boards on the Sites shall not be used as a marketing platform by Members and Members shall not post any information relating to trade leads, promotion of their products or their company profile.

Alibaba.com is a provider of "interactive computer services" and, as such, our liability for defamation and other claims arising out of any postings to this site by third parties is limited as described in the Communications Decency Act, 47 U.S.C. Section 230. Alibaba.com is not responsible for content or any other information posted to this Sites by Members or any third party. Alibaba.com neither warrants the accuracy of such postings nor exercises any editorial control over such posts, nor does it assume any legal obligation for editorial control of content posted by third parties nor liability in connection with such postings, including any responsibility or liability for investigating or verifying the accuracy of any content or any other information contained in such postings.

Alibaba.com is committed to protecting intellectual property rights in order to maintain a healthy and safe e-commerce environment and preserving the trust that consumers and merchants place in Alibaba.com. Intellectual property rights holders, including their authorized representatives, can file complaints in the form of take-down requests on the Alibaba.com Intellectual Property Protection platform ( https://ipp.alibabagroup.com/instruction/en.htm ) on listed products or product descriptions that allegedly infringe their intellectual property rights.

5.2 Each Member acknowledges that all data, text, software, music, sound, photographs, graphics, video, messages or other materials ("**Content**"), whether publicly posted or privately transmitted through a discussion board on the Sites, are the sole responsibility of such Member from whom the Content originated. This means that the posting Member, and not Alibaba.com, is entirely responsible for all Content that is uploaded or posted via our discussion boards on the Sites. Alibaba.com does not control the Content posted via discussion boards and therefore does not guarantee the accuracy, integrity or quality of such Content.

5.3 To the extent permitted by applicable laws, Alibaba.com reserves the right to, but shall have no obligation to, delete or edit any postings in its sole discretion without prior notice. Alibaba.com may but shall not be obliged to monitor posting activities of any Member who is in breach of this Agreement and may restrict their ability to post messages on the discussion boards on the Sites. Under no circumstances will Alibaba.com be liable in any way for any Content, including (without limitation) any errors or omissions in any Content, or for any loss or damage of any kind incurred as a result of the use of the discussion boards by such Member. Each Member agrees to evaluate and bear all risks associated with the use of any Content including any reliance on its accuracy or completeness. Each Member understands that by using the Alibaba.com discussion boards on the Sites, such Member may be exposed to Content that is offensive, indecent or objectionable.

5.4 Without prejudice to each Member's responsibilities under clause 3 of this Agreement, each Member agrees not to use the discussion boards on the Sites to:

a) upload, post or e-mail any Content that is unlawful, harmful, threatening, abusive, harassing, tortuous, defamatory, vulgar, obscene, libellous, invasive of another's privacy, hateful, or racially, ethnically or otherwise objectionable;

b) harm minors in any way;

c) impersonate any person or entity, falsely state or otherwise misrepresent your affiliation with a person or entity or disguise the origin of any Content;

d) "stalk" or otherwise harass another;

e) to use the personal data about other users for purposes unrelated to the discussion board or to disclose personal data on the discussion board about third parties without their authorization

f) upload, post or e-mail any Content that you do not have a right to transmit under any law or under contractual or fiduciary relationships;

g) upload, post or e-mail any Content that infringes any intellectual property rights or other legitimate rights of any party;

h) upload, post or e-mail any unsolicited or unauthorised advertising, promotional materials, "junk mail", "spam", "chain letters", or any other form of solicitation;

i) upload, post or e-mail any Content that contains computer viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software, hardware or telecommunications equipment;

j) upload, post or e-mail any Content that contains a complaint regarding Alibaba.com's services or refers to such a complaint on the Sites or to any other Members; any such complaint must be directed to the customer service e-mail on the Sites; or

k) violate any applicable national or internal laws or regulations.

5.5 Each Member acknowledges that Alibaba.com does not pre-screen Content but that Alibaba.com shall have the right (though not the obligation) in its sole discretion to move, modify or remove any Content that is posted or uploaded on the discussion boards on the Sites.

**5.6 TO THE EXTENT PERMITTED UNDER APPLICABLE LAWS, EACH MEMBER GRANTS TO ALIBABA.COM A PERPETUAL, WORLD-WIDE, ROYALTY-FREE IRREVOCABLE, NON-EXCLUSIVE LICENSE (INCLUDING THE RIGHT TO SUB-LICENSE THROUGH MULTIPLE TIERS) TO USE, REPRODUCE, MODIFY, ADAPT, PUBLISH, TRANSLATE, CREATE DERIVATIVE WORKS FROM, DISTRIBUTE, PERFORM AND DISPLAY ANY CONTENT (IN WHOLE OR PART) SUCH MEMBER UPLOADED, POSTED OR SUPPLIED TO ALIBABA.COM FOR POSTING ON THE SITES AND/OR TO INCORPORATE SUCH CONTENT IN OTHER WORKS IN ANY FORM, MEDIA OR TECHNOLOGY NOW KNOWN OR DEVELOPED.**

5.7 **EACH MEMBER SHALL INDEMNIFY AND HOLD ALIBABA.COM AND ITS SUBSIDIARIES, AFFILIATES, EMPLOYEES, OFFICERS, AGENTS OR PARTNERS HARMLESS FROM AND AGAINST ANY DIRECT OR INDIRECT LOSS OR DAMAGE (INCLUDING CONSEQUENTIAL LOSS AND LOSS OF PROFITS, GOODWILL OR BUSINESS OPPORTUNITIES) ARISING FROM ANY THIRD PARTY CLAIM IN RELATION TO ANY CONTENT SUCH MEMBER UPLOADED, POSTED OR E-MAILED ON OR THROUGH THE DISCUSSION BOARDS ON THE SITES, SUCH MEMBER'S USE OF THE DISCUSSION BOARDS ON THE SITES, OR SUCH MEMBER'S BREACH OF THE PROVISIONS SET OUT IN CLAUSE 5.4.**

5.8 On being made aware of any such breaches, to the extent permitted by applicable laws, Alibaba.com may ban, delete or prohibit any Content that relates to those breaches or that Alibaba.com in its sole discretion consider to be harmful to the public or the rights of Alibaba.com or any of its affiliates, licensors, partners or Members.

5.9 Alibaba.com reserves the right to take whatever action it deems necessary to prevent a Member's breach of clause 5.4 including the following:

a) issue a warning letter to the relevant Member (where the breaches are deemed by Alibaba.com to be minor); or

b) ban the relevant Member from discussion boards on the Sites (where the breaches are deemed by Alibaba.com to be major).

All incidents will be logged and Alibaba.com's decision shall be final in all such cases.

5.10 All information and/or other Content posted on the Sites by the Alibaba.com service team or by Members or third party partners is supplied for information purposes only and shall not under any circumstances be construed as legal and/or business advice or a legal opinion. Members are encouraged to seek independent professional advice in such situations.

**6. LIMITATION OF LIABILITY**

6.1 **TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND ALIBABA.COM HEREBY EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF CONDITION, QUALITY, DURABILITY, PERFORMANCE, ACCURACY, RELIABILITY, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. ALL SUCH WARRANTIES, REPRESENTATIONS, CONDITIONS, UNDERTAKINGS AND TERMS ARE HEREBY EXCLUDED.** Some jurisdictions do not allow the disclaimer of warranties or exclusion of damages, so such disclaimers and exclusions may not apply to you.

6.2 **TO THE MAXIMUM EXTENT PERMITTED BY LAW, ALIBABA.COM MAKES NO REPRESENTATIONS OR WARRANTIES ABOUT THE VALIDITY, ACCURACY, RELIABILITY, QUALITY, STABILITY, COMPLETENESS OR CURRENTNESS OF ANY INFORMATION PROVIDED ON OR THROUGH THE SITES.**

6.3 Any material downloaded or otherwise obtained through the access to or use of the Sites or Service is done at each Member's sole discretion and risk and each Member is solely responsible for any damage to its computer system or any loss of data that results from the download of any such material. No advice or information, whether oral or written, obtained by any Member from Alibaba.com or through or from the Service shall create any warranty not expressly stated in this Agreement.

6.4 The Sites may make available to User services or products provided by independent third parties. No warranty or representation is made with regard to such services or products. In no event shall Alibaba.com or its affiliates be held liable for any such services or products.

6.5 Under no circumstances shall Alibaba.com be held liable for an delay or failure or disruption of the Service accessed or delivered through the Sites or the creation or fulfilment of contracts resulting directly or indirectly from acts of nature, forces or causes beyond its reasonable control, including without limitation, Internet failures, computer, telecommunications or any other equipment failures, electrical power failures, strikes, labor disputes, riots, insurrections, civil disturbances, shortages of labor or materials, fires, flood, storms, explosions, acts of God, war, governmental actions, orders of domestic or foreign courts or tribunals or non-performance of third parties or any suspension or disruption of transportation or business operation (including but not limited to delays or disruption of the resumption of work or operation ordered by any government agency) in the event of a national or regional spread of epidemic or pandemic.

6.6 To the extent permitted by law, Alibaba.com shall not be liable for any special, direct, indirect, punitive, incidental or consequential damages or any damages whatsoever (including but not limited to damages for loss of profits or savings, business interruption, loss of information), whether in contract, negligence, tort or otherwise or any other damages resulting from any of the following:

a) the use or the inability to use the Service;

b) any recalled products or defect in goods, samples, data, information or services purchased or obtained from a Member or a third-party service provider through the Sites;

c) unauthorized access by third parties to data or private information of any Member;

d) statements or conduct of any user of the Sites; or

e) any other matter relating to the Sites or Service however arising, including negligence.

6.7 **NOTWITHSTANDING ANY OF THE FOREGOING PROVISIONS, THE AGGREGATE LIABILITY OF ALIBABA.COM, ITS EMPLOYEES, AGENTS, AFFILIATES, REPRESENTATIVES OR ANYONE ACTING ON ITS BEHALF WITH RESPECT TO EACH MEMBER FOR ALL CLAIMS ARISING FROM**

**THE ACCESS TO OR USE OF THE SERVICE OR THE SITES DURING ANY CALENDAR YEAR SHALL BE LIMITED TO HK$100. THE PRECEDING SENTENCE SHALL NOT PRECLUDE THE REQUIREMENT BY THE MEMBER TO PROVE ACTUAL DAMAGES. ALL CLAIMS ARISING FROM THE USE OF THE SERVICE MUST BE FILED WITHIN EITHER ONE (1) YEAR FROM THE DATE THE CAUSE OF ACTION AROSE OR SUCH LONGER PERIOD AS PRESCRIBED UNDER THE APPLICABLE LAW GOVERNING THIS AGREEMENT.**

6.8 PRIVACY

To know how we use and protect your personal information when using the relevant Site, please review our privacy policy at the following link: Alibaba.com Privacy Policy .

Information that is protected under data protection laws will only be used and kept in compliance with those laws.

**7.INTELLECTUAL PROPERTY RIGHTS**

7.1Alibaba.com is the sole owner or lawful licensee of all the rights to the Service. The Service embodies trade secrets and intellectual property rights protected under worldwide copyright and other laws. All title, ownership and intellectual property rights in the Service shall remain with Alibaba.com, its affiliates or licensors, as the case may be. All rights not otherwise claimed under this Agreement or by Alibaba.com are hereby reserved.

7.2"ALIBABA", "ALIBABA.COM" and related icons and logos are registered trademarks or trademarks or service marks of Alibaba Group Holding Limited, and "GOLD SUPPLIER", "TRUSTPASS" and related icons and logos are registered trademarks or trademarks or service marks of Alibaba.com Limited and its affiliates in various jurisdictions and are protected under applicable copyright, trademark and other proprietary rights laws. The unauthorized copying, modification, use or publication of these marks is strictly prohibited.

**8.Notices**

8.1The parties to this Agreement shall be subject to Clause 11 (Notices) of the Terms of Use . For the purposes of this Free Membership Agreement, any reference to "Alibaba.com" in Clause 11 of the Terms of Use shall be deemed to include Alibaba.com Hong Kong Limited, Alibaba.com Singapore E-Commerce Private Limited, and Hangzhou Alibaba Advertising Co., Ltd.

**9.Agreement to Arbitrate Applicable to Users Contracting with Singapore E-Commerce Private Limited and Alibaba.com Hong Kong Limited ("Agreement to Arbitrate")**

9.1If you are a Member contracting with Alibaba.com Singapore E-Commerce Private Limited or Alibaba.com Hong Kong Limited pursuant to clause 1.1, you and Alibaba.com agree to arbitrate any dispute, controversy, difference or claim (i) arising out of or relating to this Agreement, including the existence, validity, interpretation, performance, breach, or termination thereof, (ii) regarding your use of the Sites or any of the Services, (iii) regarding non-contractual obligations arising out of or relating to this Agreement, your use of the Sites or any of the Services, our actions, activities and communications with you, or arising under any applicable laws or regulations, or (iv) regarding the existence, validity, scope, or applicability of the agreement to arbitrate set out in this clause 9 of the Agreement, including all questions of jurisdiction or admissibility (together, a "Dispute"). Member and Alibaba.com agree that arbitration pursuant to this clause 9 of the Agreement shall be the sole and exclusive remedy for any Dispute.

9.2Before referring a Dispute to arbitration, such Member and Alibaba.com agree first to try and settle the Dispute through negotiation. If settlement is not reached within 30 days after service of a written notice of the Dispute, the Dispute shall be referred to and finally resolved by arbitration. The arbitration shall be administered by the Hong Kong International Arbitration Centre (HKIAC) under the HKIAC Administered Arbitration Rules in force when the Notice of Arbitration is submitted. The arbitration proceedings shall be conducted in the English language. The seat of arbitration shall be Hong Kong.

9.3Except as may be required by law, neither a party to the arbitration nor an arbitrator may disclose the existence, content, or results of any arbitration hereunder without the prior written consent of all parties. Judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. Without prejudice to the law governing the remainder of the Agreement, any statutory claim, or any other aspect of the merits of the Dispute, the law applicable to this clause 9 (Agreement to Arbitrate) of the Agreement shall be Hong Kong law.

9.4**ALL DISPUTES MUST BE SUBMITTED TO ARBITRATION IN AN INDIVIDUAL CAPACITY AND NOT AS A CLAIMANT OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE, OR COLLECTIVE ARBITRATION. USER AND ALIBABA.COM HEREBY WAIVE ALL RIGHTS TO HAVE ANY DISPUTE BE BROUGHT, HEARD, ADMINISTERED, RESOLVED OR ARBITRATED ON A CLASS, COLLECTIVE, REPRESENTATIVE OR MASS ACTION BASIS.**

9.5To the fullest extent permitted by applicable law, if any portion of this Section 9 (Agreement to Arbitrate) is found to be unenforceable or unlawful for any reason: (a) the unenforceable or unlawful provision will be severed from this Agreement to Arbitrate; (b) the remainder of this Arbitration Agreement will be given full force and effect; and (c) severance of the unenforceable or unlawful provision will have no impact on the remainder of this Agreement to Arbitrate or the parties' ability to compel arbitration of any remaining claims on an individual basis. For the avoidance of doubt, (i) no severance or reformation of the Agreement to Arbitrate may be made in any manner that permits or requires any class action, class arbitration, private attorney general action, representative proceeding, coordinated or consolidated proceeding, or mass arbitration, (ii) the parties expressly do not consent to any such proceedings; and (iii) any severance, reformation or unenforceability of the Agreement to Arbitrate shall not affect clause 9.4 and clause 10.8, and in the event of any severance, reformation or unenforceability of the Agreement to Arbitrate, clause 9.4 and clause 10.8 shall remain in and be given full effect.

**10. GENERAL**

10.1 This Agreement and the Terms of Use constitute the entire agreement between the Member and Alibaba.com with respect to and governs the use of the Service, superseding any prior written or oral agreements in relation to the same subject matter herein.

10.2 Alibaba.com and the Member are independent contractors, and no agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this Agreement.

10.3 In case any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provisions of this Agreement, but this Agreement shall be construed as if such invalid or illegal or unenforceable provision had never been contained herein. Upon such determination that any term or other provision is invalid, illegal or unenforceable, the court or other tribunal making such determination is authorized and instructed to modify this Agreement so as to effect the original intent of the parties as closely as possible so that the transactions and agreements contemplated herein are consummated as originally contemplated to the fullest extent possible.

10.4 Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

10.5 Alibaba.com's failure to enforce any right or failure to act with respect to any breach by a Member under this Agreement will not waive that right nor waive Alibaba.com's right to act with respect with subsequent or similar breaches.

10.6 Alibaba.com shall have the right to assign this Agreement (including all of its rights, titles, benefits, interests, and obligations and duties in this Agreement) to any person or entity (including any affiliates of Alibaba.com). The Member may not assign, in whole or part, this Agreement to any person or entity.

10.7 **THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE PEOPLE'S REPUBLIC OF CHINA ("PRC") IF YOU CONTRACT WITH HANGZHOU ALIBABA ADVERTISING CO., LTD ACCORDING TO PARAGRAPH 1.1, AND THE PARTIES TO THIS AGREEMENT HEREBY SUBMIT TO THE EXCLUSIVE JURISDICTION OF THE PRC COURTS. IF YOUR CONTRACT IS WITH**

**ALIBABA.COM HONG KONG LIMITED OR ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, THEN THIS AGREEMENT SHALL BE GOVERNED BY LAWS OF THE HONG KONG SPECIAL ADMINISTRATIVE REGION ("HONG KONG") WITHOUT REGARD TO ITS CONFLICT OF LAW PROVISIONS; AND THE PARTIES TO THIS AGREEMENT HEREBY SUBMIT TO THE EXCLUSIVE JURISDICTION OF THE HONG KONG COURTS, EXCEPT AS OTHERWISE STIPULATED UNDER APPLICABLE LAW.**

10.8 If there is any conflict between the English version and another language version of this Agreement, the English version shall prevail.

Click here for Chinese version

**Part B: Old version - updated on 5 August 2024 and effective as of 10 August, 2024**

PLEASE READ THESE TERMS AND CONDITIONS CAREFULLY! THIS FREE MEMBERSHIP AGREEMENT LIMITS THE RIGHTS AND REMEDIES AVAILABLE TO MEMBERS WITH RESPECT TO THE SERVICES AND CONTAINS BINDING OBLIGATIONS ON MEMBERS. PLEASE PAY ATTENTION TO PROVISIONS THAT EXCLUDE OR LIMIT LIABILITY, TERMS LIMITING MEMBERS' ABILITY TO SUE, AND TERMS OF GOVERNING LAW AND JURISDICTION, WHICH MAY APPEAR IN CAPITAL LETTERS. THIS AGREEMENT RELATES TO WWW.ALIBABA.COM .

WITH RESPECT TO THE WWW.ALIBABA.COM E-COMMERCE PLATFORM INCLUDING BUT NOT LIMITED TO THE WEB AND MOBILE-OPTIMIZED VERSIONS OF THE WEBSITES IDENTIFIED BY THE UNIFORM RESOURCE LOCATOR "WWW.ALIBABA.COM" AND THE MOBILE APPLICATIONS OF THE ALIBABA.COM E-COMMERCE PLATFORM (COLLECTIVELY, THE " SITES"), THE SERVICES/SITES ARE INTENDED SOLELY FOR BUSINESS USE, AND THAT END USERS WHO ARE NOT MAKING BUSINESS USE MAY NOT ACCESS OR USE THE SERVICES/SITES. BY ACCESSING OR USING ALIBABA.COM SITES/SERVICES, MEMBER ACKNOWLEDGES AND AGREES THAT THE ALIBABA.COM SITES/SERVICES ARE INTENDED SOLELY FOR BUSINESS USE AND THAT ANY USE OR ACCESS OTHER THAN FOR BUSINESS PURPOSES IS UNDERTAKEN AT THE MEMBER'S SOLE RISK AND LIABILITY. INDIVUDUAL MEMBER ALSO ACKNOWLEDGES AND AGREES THAT THEY ARE OF A LEGAL AGE TO ENTER INTO A BINDING CONTRACT.

**1. ACCEPTANCE OF TERMS**

1.1 WELCOME TO ALIBABA.COM'S FREE SERVICE (the "**SERVICE**"). The following sets forth the terms and conditions of the Alibaba.com Free Membership Agreement (this "**Agreement**") between you ("**Member**") and the Alibaba.com contracting company determined in accordance with this clause 1.1 ("**Alibaba.com**") under which Alibaba.com offers you access to and use of the Service through the websites, mobile sites, mobile applications and other portals owned, operated, branded or made available by Alibaba.com to you from time to time relating to the Sites.

Contracting Alibaba.com party:

- (a) If you are from mainland China, your contract is with Hangzhou Alibaba Advertising Co., Ltd. other than in relation to Promotion Services (as defined in the Alibaba.com Terms of Use, currently at https://rule.alibaba.com/rule/detail/2041.htm ), in which case your contract for such services is with Alibaba.com Hong Kong Limited.
- (b) If either (i) you are from a place outside mainland China; or (ii) you access and use the Sites from any of the Relevant Jurisdictions, your contract is with Alibaba.com Singapore E-Commerce Private Limited (incorporated in Singapore with Company Reg. No. 200720572D).

- **Relevant Jurisdictions**" shall mean the Russian Federation, Azerbaijan, Armenia, Belarus, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Tajikistan and Uzbekistan.

As some or part of the Service may be supported and provided by affiliates of Alibaba.com, Alibaba.com may delegate some aspects of the Service to its affiliates. Use of the Service indicates that you accept the terms and conditions set forth below. If you do not accept all of the terms and conditions, please do not use the Service. BY COMPLETING THE REGISTRATION PROCESS AND CLICKING THE "**I AGREE**" BUTTON, YOU ARE INDICATING YOUR CONSENT TO BE BOUND BY THIS AGREEMENT, THE SITE'S TERMS OF USE AGREEMENT , PRODUCT LISTING POLICY AND PRIVACY POLICY (DEFINED BELOW) WHICH ARE INCORPORATED HEREIN BY REFERENCE (COLLECTIVELY REFERRED TO AS THE "**TERMS OF USE**"). The Alibaba.com Free Membership Agreement will not take effect unless and until you have activated your Account. Terms not defined in this Agreement shall bear the same meaning as that contained in the Terms of Use.

**1.2 ALIBABA.COM MAY AMEND THIS AGREEMENT AT ANY TIME BY POSTING THE AMENDED AND RESTATED AGREEMENT ON THE SITES. THE AMENDED AND RESTATED AGREEMENT SHALL BE EFFECTIVE IMMEDIATELY UPON POSTING. POSTING BY ALIBABA.COM OF THE AMENDED AND RESTATED AGREEMENT AND YOUR CONTINUED USE OF THE SERVICE SHALL BE DEEMED TO BE ACCEPTANCE OF THE AMENDED TERMS. IT IS THE MEMBER'S RESPONSIBILITY TO REVIEW THE TERMS OF USE REGULARLY FOR UPDATES, AND THAT ALIBABA.COM IS NOT REQUIRED TO PROVIDE AFFIRMATIVE NOTICE OF CHANGES TO THIS AGREEMENT BY ANY MEANS OTHER THAN POSTING THE UPDATES TO THE SITES.**

**2. THE SERVICE**

2.1 The Service will be offered free-of-charge for an unspecified time period unless terminated in accordance with the terms of this Agreement.

2.2 The Service will have the following core features (which may be added to or modified, or suspended for scheduled or unscheduled maintenance purposes, from time to time at the sole discretion of Alibaba.com and notified to you) ("**Free Member Benefits**"):

a) Company Profile - allows each Member to display and edit basic information about its business, such as year and place of establishment, estimated annual sales, number of employees, and products and services offered, etc.

b) Products - allows each Member to display and edit descriptions, specifications and images of at least 5 products.

c) Unlimited Buyer Trade Lead Posting - allows each Member to post on the Sites for public display offers to buy products and services from other users of the Sites.

**2.3 ALIBABA.COM MAY SUSPEND OR TERMINATE ALL OR PART OF THE ABOVE FREE MEMBER BENEFITS AT ANY TIME IN ITS SOLE DISCRETION WITHOUT LIABILITY FOR ANY LOSSES OR DAMAGES ARISING OUT OF OR IN CONNECTION WITH SUCH SUSPENSION OR TERMINATION. ALIBABA.COM RESERVES THE RIGHT TO CHARGE FOR THE SERVICE OR ANY FEATURE OR FUNCTIONALITY OF THE SERVICE AT ANY TIME IN ITS SOLE DISCRETION.**

2.4 Benefits, features and functions available to a Member may vary for different countries and regions. No warranty or representation is given that a particular feature or function or the same type and extent of features and functions will be available.

2.5 The availability of any transactional features and functions on the Sites to any Member may be conditional on verification of Member's identity and/or its designated bank account by Alibaba.com and/or its approved independent third parties.

2.6 Alibaba.com shall issue a Member ID and Password (the latter shall be chosen by the Member during registration) to each Member to access the Service through such Member's Account. Each Member shall be solely responsible for maintaining the confidentiality of its Member ID and Password and for all use of and activities that occur under the Member ID and Password (whether such use or activities are authorized or not). A set of Member

ID and Password is unique to a single Account and no Member shall share, assign or permit the use of its Account, Member ID or Password to another person, even to other individuals within the Member's own business entity (where applicable). Each Member acknowledges that sharing of its Account with other persons, or allowing multiple users outside of its business entity to use its Account (collectively, "multiple use"), may cause irreparable harm to Alibaba.com **EACH MEMBER SHALL INDEMNIFY ALIBABA.COM AGAINST ANY LOSS OR DAMAGES (INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS) SUFFERED BY ALIBABA.COM AS A RESULT OF SUCH MULTIPLE USE OF AN ACCOUNT**. Each Member hereby undertakes to notify Alibaba.com immediately of any unauthorized use of its Account, Member ID or Password or any other breach of security. **EACH MEMBER HEREBY AGREES THAT ALIBABA.COM SHALL NOT BE LIABLE FOR ANY LOSS OR DAMAGES ARISING FROM THE MEMBER'S FAILURE TO COMPLY WITH THIS PARAGRAPH.**

**2.7 ALIBABA.COM RESERVES THE RIGHT TO CHANGE, UPGRADE, MODIFY, LIMIT OR SUSPEND THE SERVICE OR ANY OF ITS RELATED FUNCTIONALITIES OR APPLICATIONS AT ANY TIME TEMPORARILY OR PERMANENTLY WITHOUT PRIOR NOTICE, EXCEPT IN RESPECT OF ANY ALIEXPRESS RELEVANT JURISDICTION USERS.** Alibaba.com further reserves the right but shall not be obliged to introduce new features, functionalities, applications or conditions to the Service or to future versions of the Service, except in respect of any AliExpress Relevant Jurisdiction Users. All new features, functionalities, applications, conditions, modifications, upgrades and alterations shall be governed by this Agreement, unless otherwise stated by Alibaba.com. In respect of any AliExpress Relevant Jurisdiction Users, AliExpress Russia Holding Private Limited is the relevant party.

2.8 Each Member acknowledges that inability to use the Service wholly or partially for whatever reason may have adverse effects on its business. **EACH MEMBER HEREBY AGREES THAT IN NO EVENT SHALL ALIBABA.COM BE LIABLE TO THE MEMBER OR ANY THIRD PARTIES FOR ANY INABILITY TO USE THE SERVICE (WHETHER DUE TO DISRUPTION, CHANGES TO OR TERMINATION OF THE SERVICE OR OTHERWISE), ANY DELAYS, INACCURACIES, ERRORS OR OMISSIONS WITH RESPECT TO ANY COMMUNICATIONS OR TRANSMISSION OR DELIVERY OF ALL OR ANY PART THEREOF, OR ANY LOSSES OR DAMAGES (DIRECT, INDIRECT, CONSEQUENTIAL OR OTHERWISE) ARISING FROM THE USE OF OR INABILITY TO USE THE SERVICE.**

2.9 If your IP address comes from the mainland China when you successfully complete the registration with Alibaba.com, you will be granted an Alipay Username in addition to your Member ID. If your registration was completed before March 18, 2013 or the email address you used for your registration has already been registered with other Alibaba Sites (as defined below), you will not be granted the Alipay Username. You are allowed to use the Alipay Username to login to the websites including www.alipay.com, www.taobao.com, www.tmall.com, www.etao.com, www.ju.taobao.com, www.aliyun.com, www.china.alibaba.com and other websites (collectively, the "**Alibaba Sites**"). You hereby represent and agree to authorize Alibaba.com to provide all the information associated with your Member ID to the Alibaba Sites for the purpose of facilitating your easy and fast access to the Alibaba Sites. Your responsibilities with regard to the Alipay Username shall apply to the same terms and conditions in connection with the Member ID as prescribed under this Agreement. **ALIBABA.COM RESERVES THE RIGHT, WITHOUT PRIOR NOTICE AND AT ITS SOLE DISCRETION, TO SUSPEND, RESTRICT OR DENY ACCESS TO OR USE OF YOUR ALIPAY USERNAME AND SERVICES PROVIDED BY ALIBABA.COM AND ALIBABA SITES WITHOUT LIABILITY FOR ANY LOSSES OR DAMAGES ARISING OUT OF OR IN CONNECTION WITH SUCH SUSPENSION OR TERMINATION, IF YOU: (A) USE THE SERVICES PROVIDED BY ALIBABA.COM, OR THROUGH THE SITES AND THE ALIBABA SITES TO DEFRAUD ANY PERSON OR ENTITY; (B) ENGAGE IN ANY UNLAWFUL ACTIVITIES INCLUDING WITHOUT LIMITATION THOSE WHICH WOULD CONSTITUTE THE INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS, A CIVIL LIABILITY OR A CRIMINAL OFFENCE; (C) ENGAGE IN ANY ACTIVITIES THAT WOULD OTHERWISE CREATE ANY LIABILITY FOR ALIBABA.COM, THE SITES OR THE ALIBABA SITES.**

2.10 If you voluntarily submit any information to the Sites for publication on the Sites through the publishing tools, including but not limited to, company or business profile, product catalog, trade leads, TRUSTPASS profile, business trust system and any discussion forum, you are deemed to have given consent to the publication of such information on the Sites.

**3. MEMBER RESPONSIBILITIES**

3.1 Each Member hereby represents, warrants and agrees to (a) provide true, accurate, current, complete and timely information about itself and its business references as may be required by Alibaba.com and (b) maintain and promptly amend all information to keep it true, accurate, current , complete and timely. Business Member must provide its accurate registration information and other information required by Alibaba.com and update that if there is any change. To the extent permitted under applicable laws, each Member hereby grants an irrevocable, perpetual, worldwide and royalty-free, sub-licensable (through multiple tiers) license to Alibaba.com to display and use all information provided by such Member in accordance with the purposes set forth in this Agreement and to exercise the copyright, publicity, and database rights such Member has in such material or information, in any media now known or not currently known. Information that is protected under privacy and data protection laws will only be used and kept in compliance with those laws.

3.2 Each Member hereby represents, warrants and agrees that the use by such Member of the Service and the Sites shall not:

a) contain fraudulent or misleading information or make fraudulent offers of items or involve the sale or attempted sale of counterfeit or stolen items or items whose sales and/or marketing is prohibited by applicable law, or otherwise promote other illegal activities;

b) be part of a scheme to defraud other Members or other users of the Sites or for any other unlawful purpose;

c) infringe or otherwise abet or encourage the infringement or violation of any third party's copyright, patent, trademarks, trade secret or other proprietary right or rights of publicity and privacy or other legitimate rights;

d) impersonate any person or entity, misrepresent yourself or your affiliation with any person or entity;

e) violate any applicable law, statute, ordinance or regulation (including without limitation those governing export control, consumer protection, unfair competition, anti-discrimination or false advertising);

f) contain information that is defamatory, libelous, unlawfully threatening or unlawfully harassing;

g) contain information that is obscene or contain or infer any pornography or sex-related merchandising or any other content or otherwise promotes sexually explicit materials or is otherwise harmful to minors;

h) promote discrimination based on race, sex, religion, nationality, disability, sexual orientation or age;

i) contain any material that constitutes unauthorized advertising or harassment (including but not limited to spamming), invades anyone's privacy or encourages conduct that would constitute a criminal offence, give rise to civil liability, or otherwise violate any law or regulation;

j) involve attempts to copy, reproduce, exploit or expropriate Alibaba.com's various proprietary directories, databases and listings;

k) involve any computer viruses or other destructive devices and codes that have the effect of damaging, interfering with, intercepting or expropriating any software or hardware system, data or personal information;

l) involve any scheme to undermine the integrity of the computer systems or networks used by Alibaba.com and/or any user of the Service and no Member shall attempt to gain unauthorized access to such computer systems or networks;

m) link directly or indirectly to or include descriptions of goods or services or other materials that violate any law or regulation or are prohibited under this Agreement or the Terms of Use;

n) list or sell any product recalled by a manufacturer or governmental agency if the sale of the product is prohibited by law or regulation or the product poses a health or safety hazard as specified by any applicable governmental agency; or such product is subject to an interim and permanent ban imposed by any applicable governmental agency; or where such product is subject to a public notice of defect or failure to comply has been issued by an applicable governmental agency; or

o) otherwise create any liability for Alibaba.com or its affiliates.

3.3 Each Member represents, warrants and agrees that with regards to information about or posted on behalf of any business referee, it has obtained all necessary consents, approvals and waivers from such referee to (a) act as such Member's business referee; (b) to post and publish their contact details and information, reference letters and comments on their behalf; and (c) that third parties may contact such business referees to support claims or statements made about the Member. Each Member further warrants that all reference letters and comments are true and accurate and hereby waives all requirements for such Member's consent to be obtained before third parties may contact the business referees. Each Member must keep the personal information collected as strictly confidential and may not disclose it to any third-party including affiliates without the authorization or consent of those subjected to collection, except when doing so is required for cooperation in regulatory or law enforcement activities in accordance with the law.

3.4 Member shall not take any action which may undermine the integrity of Alibaba.com's feedback system, such as including content prohibited by applicable laws and regulations, leaving positive feedback for itself using secondary Member IDs or through third parties or by leaving false, fabricated or unsubstantiated negative feedback for another Member. Member shall also disclose its relationship with the user for which such Member is posting a review. Member acknowledges that Alibaba.com has the right to take measures regarding such feedback in accordance with applicable laws.

3.5 Each Member acknowledges and agrees that Alibaba.com reserves the right to, but shall not be required to actively monitor nor exercise any editorial control whatsoever over the content of any message or other material or information created, obtained or accessible through the Service. Alibaba.com does not endorse, verify or otherwise certify the contents of any comments or other material or information made by any Member. Each Member is solely responsible for the contents of their communications and may be held legally liable or accountable for the content of their comments or other material or information.

3.6 Each Member represents, warrants and agrees that it has obtained all necessary third party licenses and permissions and shall be solely responsible for ensuring that any material or information it posts on the Sites or provides to Alibaba.com or authorizes Alibaba.com to display does not violate the copyright, patent, trademark, trade secrets or any other personal or proprietary rights of any third party or is posted with the permission of the owner(s) of such rights. Each Member further represents, warrants and agrees that it has the right and authority to sell, distribute or offer to sell or distribute the products described in the material or information it posts on the Sites or provides to Alibaba.com or authorizes Alibaba.com to display.

3.7 To the extent applicable, each Member represents, warrants and agrees that certain products sold to California require a warning under California Health & Safety Code Section 25249.6 (a "Proposition 65 Warning”) and each Member shall (a) promptly display a Proposition 65 Warning on the product detail page as required under the relevant law; (b) authorize Alibaba.com to display a Proposition 65 Warning on your behalf; and (c) only revise or remove a Proposition 65 Warning for a product when the prior warning needs to be modified or is no longer legally required, as the case may be.

3.8 If any Member breaches the representations, warranties and covenants of paragraphs 3.1, 3.2, 3.3, 3.4, 3.5 , 3.6 or 3.7 above, or if Alibaba.com has reasonable grounds to believe that such Member is in breach of such representations, warranties and covenants, or if upon complaint or claim from any other Member or third party, Alibaba.com has reasonable grounds to believe that such Member has willfully or materially failed to perform its contract with such third party including without limitation where a Member who supplies products or services using the Sites and Services has failed to deliver any items ordered by such third party after receipt of the purchase price, or where such Member has delivered the items that materially fail to meet the terms and descriptions outlined in its contract with such third party, or if Alibaba.com has reasonable grounds to believe that such Member has used a stolen credit card or other false or misleading information in any online transaction, Alibaba.com has the right to suspend or terminate the Service and all Free Member Benefits with respect to such Member without compensation and without liability for any losses or damages arising out of or in connection with such suspension or termination, and restrict or refuse any and all current or future use of the Service or any other services that may be provided by

Alibaba.com. Further, Alibaba.com reserves the right in its sole discretion to place restrictions on the number of product listings that a Member can post on the Sites for such duration as Alibaba.com may consider appropriate, and to remove any material it reasonably believes that is unlawful, could subject Alibaba.com to liability, violates this Agreement or the Terms of Use or is otherwise found inappropriate in Alibaba.com's opinion. Alibaba.com reserves the right to cooperate fully with governmental and regulatory authorities, law enforcement bodies, private investigators and/or injured third parties in the investigation of any suspected criminal or civil wrongdoing. Further, **Member acknowledges and agrees that to the extent as required by applicable laws and competent authorities, including without limitation a government, regulatory or law enforcement body or an injured third party, or as a result of a subpoena or other legal action, Alibaba.com may provide certain information to competent authorities.** Moreover, Alibaba.com shall not be liable for damages or results thereof and **MEMBER AGREES NOT TO BRING ANY ACTION OR CLAIM AGAINST ALIBABA.COM FOR SUCH DISCLOSURE**. In connection with any of the foregoing, Alibaba.com may (i) suspend or terminate the Account of any Member as Alibaba.com deems appropriate in its sole discretion; and (ii) announce decisions to take actions against Member on the Sites, together with relevant information including without limitation the Member's name, the illegal action or the breach of the relevant rules on the Sites or other public platforms.

3.9 **EACH MEMBER AGREES TO INDEMNIFY ALIBABA.COM, ITS EMPLOYEES, AGENTS AND REPRESENTATIVES AND TO HOLD THEM HARMLESS, FROM ANY AND ALL LOSSES, CLAIMS AND LIABILITIES (INCLUDING LEGAL COSTS ON A FULL INDEMNITY BASIS) WHICH MAY ARISE FROM ITS SUBMISSIONS, POSTING OF MATERIALS OR DELETION THEREOF, FROM SUCH MEMBER'S USE OF THE SERVICE OR FROM SUCH MEMBER'S BREACH OF THIS AGREEMENT OR THE TERMS OF USE.** Each Member further agrees that Alibaba.com is not responsible, and shall have no liability to it or anyone else for any material posted by such Member or third parties, including fraudulent, untrue, misleading, inaccurate, defamatory, offensive or illicit material and that the risk of damage from such material rests entirely with each Member. Alibaba.com reserves the right; at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by the Member, in which event the Member shall cooperate with Alibaba.com in asserting any available defenses.

**4. TRANSACTIONS BETWEEN BUYERS AND SUPPLIERS**

4.1 Through the Sites, Alibaba.com provides an electronic web-based platform for exchanging information and concluding sale and purchase transactions of products and services online between buyers and sellers. Alibaba.com reserves the right to limit certain features and functions of the platform to prescribed Members. Despite the provision of the platform through the Sites, Alibaba.com does not represent the seller or the buyer in specific transactions whether or not such transactions are made on or via the Sites. Alibaba.com does not control and is not liable to or responsible for the quality, safety, lawfulness or availability of the products or services offered for sale on the Sites or the ability of the sellers to complete a sale or the ability of buyers to complete a purchase.

4.2 Members are hereby made aware that there may be risks of dealing with people acting under false pretences. Alibaba.com uses several techniques to verify the accuracy of the information our users provide us when they register on the Sites. However, because user verification on the Internet is difficult, Alibaba.com cannot and does not confirm each free member's purported identity shown on the Sites and can only use reasonable efforts to verify the personal identity of the representative of a seller in mainland China opening a storefront on www.alibaba.com according to the applicable laws in mainland China. We encourage you to use the various tools available on the Sites, as well as common sense, to evaluate with whom you are dealing.

**4.3 EACH MEMBER ACCESSING OR USING THE SITES OR SERVICE SHALL FULLY ASSUME THE RISKS OF CONDUCTING ANY PURCHASE AND SALE TRANSACTIONS IN CONNECTION WITH OR THROUGH THE SITES OR SERVICE. SUCH RISKS SHALL INCLUDE, BUT NOT LIMITED TO, MIS-REPRESENTATION OF PRODUCTS AND SERVICES, FRAUDULENT SCHEMES, UNSATISFACTORY QUALITY, FAILURE TO MEET SPECIFICATIONS, DEFECTIVE PRODUCTS, PRODUCT RECALLS, DELAY OR DEFAULT IN DELIVERY OR PAYMENT, COST MIS-CALCULATIONS, BREACH OF**

**WARRANTY, BREACH OF CONTRACT AND TRANSPORTATION ACCIDENTS ("TRANSACTION RISKS"). EACH MEMBER AGREES THAT ALIBABA.COM SHALL NOT BE LIABLE OR RESPONSIBLE FOR ANY DAMAGES, LIABILITIES, COSTS, HARMS, INCONVENIENCES, BUSINESS DISRUPTIONS OR EXPENDITURES OF ANY KIND THAT MAY ARISE A RESULT OF OR IN CONNECTION WITH ANY TRANSACTION RISKS.** Alibaba.com has the right to suspend or terminate any Member's Account or deduct from a Member's account for the related costs or expenses incurred by Alibaba.com related to such Transaction Risks caused by such Member. **MEMBER AGREES TO RELEASE AND INDEMNIFY ALIBABA.COM (AND ALIBABA.COM'S AGENTS, AFFILIATES, DIRECTORS, OFFICERS AND EMPLOYEES) FROM ALL CLAIMS, DEMANDS, ACTIONS, PROCEEDINGS, COSTS, EXPENSES AND DAMAGES (INCLUDING WITHOUT LIMITATION ANY ACTUAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES) ARISING OUT OF OR IN CONNECTION WITH ANY TRANSACTION RISK.**

4.4 Members are solely responsible for setting out, agreeing on, entering into and performing all of the terms and conditions of the transactions conducted on, through or as a result of use of the Sites, including, without limitation, any non-performance, non-delivery, mis-delivery, theft, or other mistake or act in connection with the fulfillment of the orders, any non-conformity or defect in, any public or private recall of, or safety alert of any of the products or services such Member lists or sells through the Services, any terms regarding payment, refunds, returns, warranties, shipping, insurance, fees, taxes, title, licenses, fines, permits, handling, transportation and storage, subject to any additional obligations imposed under the Transactional Services Agreement (and in particular, clause 3.2). Any purchases made via the Services may be subject to the respective seller's additional terms and conditions of purchase. Each Member will promptly notify Alibaba.com as soon as such Member has knowledge of any public or private recalls, potential recalls, public notice of defect or failure to comply issued by any applicable government agency, an interim or permanent ban imposed by any applicable government agency, or safety alerts of the products and services such Member lists or sells through the Services. Each Member will promptly remove all listings for any product recalled by a manufacturer or governmental agency if the sale of the product is prohibited by law or regulation or the product poses a health or safety hazard as specified by any governmental agency, or if such product is subject to a public notice of defect or failure to comply issued by any applicable government agency, or if such product is subject to an interim or permanent ban imposed by any applicable government agency. Each Member will cooperate and assist Alibaba.com in connection with any recalls or safety alerts, including by initiating the procedures for returning items to such Member and destroying such recalled products thereafter. Each Member will be solely responsible for all costs and expenses the Member, Alibaba.com or any of Alibaba.com's affiliates incur in connection with any such recall or potential recall or safety alerts (including the costs to return, destroy, refund, store, repair, liquidate, or deliver to the Member or any vendor any of these recalled products). Neither Alibaba.com nor any of its affiliates has any responsibility or liability for the safety or performance of any product that each Member list or sell through the Services, including any product that is subject to a recall.

**4.5 EACH MEMBER AGREES TO PROVIDE ALL INFORMATION AND MATERIALS AS MAY BE REASONABLY REQUIRED BY ALIBABA.COM IN CONNECTION WITH ITS TRANSACTIONS MADE VIA THE TRANSACTIONAL PLATFORM ON THE SITES. ALIBABA.COM HAS THE RIGHT TO SUSPEND OR TERMINATE ANY MEMBER'S ACCOUNT IF THE MEMBER FAILS TO PROVIDE THE REQUIRED INFORMATION AND MATERIALS WITHOUT LIABILITY FOR ANY LOSSES OR DAMAGES ARISING OUT OF OR IN CONNECTION WITH SUCH SUSPENSION OR TERMINATION.**

4.6 **IN THE EVENT THAT ANY MEMBER HAS A DISPUTE WITH ANY PARTY TO A TRANSACTION, SUCH MEMBER AGREES TO RELEASE AND INDEMNIFY ALIBABA.COM (AND ALIBABA.COM'S AGENTS, AFFILIATES, DIRECTORS, OFFICERS AND EMPLOYEES) FROM ALL CLAIMS, DEMANDS, ACTIONS, PROCEEDINGS, COSTS, EXPENSES AND DAMAGES (INCLUDING WITHOUT LIMITATION ANY ACTUAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES) ARISING OUT OF OR IN CONNECTION WITH SUCH DISPUTE OR THE TRANSACTION.**

4.7 Each Member acknowledges that Alibaba.com has the right to keep the identity information of it after its exit from the platform and to keep the product or service information, payment records, logistics and express delivery, return and replacement of goods and after-sales services.

**5. USE OF DISCUSSION BOARDS ON THE SITE**

5.1 Alibaba.com provides its Members use of discussion boards on the Sites free of charge to promote and encourage open, honest and respectful communication between all of Alibaba.com's Members. The discussion boards on the Sites shall not be used as a marketing platform by Members and Members shall not post any information relating to trade leads, promotion of their products or their company profile.

Alibaba.com is a provider of "interactive computer services" and, as such, our liability for defamation and other claims arising out of any postings to this site by third parties is limited as described in the Communications Decency Act, 47 U.S.C. Section 230. Alibaba.com is not responsible for content or any other information posted to this Sites by Members or any third party. Alibaba.com neither warrants the accuracy of such postings nor exercises any editorial control over such posts, nor does it assume any legal obligation for editorial control of content posted by third parties nor liability in connection with such postings, including any responsibility or liability for investigating or verifying the accuracy of any content or any other information contained in such postings.

Alibaba.com is committed to protecting intellectual property rights in order to maintain a healthy and safe e-commerce environment and preserving the trust that consumers and merchants place in Alibaba.com. Intellectual property rights holders, including their authorized representatives, can file complaints in the form of take-down requests on the Alibaba.com Intellectual Property Protection platform ( https://ipp.alibabagroup.com/instruction/en.htm ) on listed products or product descriptions that allegedly infringe their intellectual property rights.

5.2 Each Member acknowledges that all data, text, software, music, sound, photographs, graphics, video, messages or other materials ("**Content**"), whether publicly posted or privately transmitted through a discussion board on the Sites, are the sole responsibility of such Member from whom the Content originated. This means that the posting Member, and not Alibaba.com, is entirely responsible for all Content that is uploaded or posted via our discussion boards on the Sites. Alibaba.com does not control the Content posted via discussion boards and therefore does not guarantee the accuracy, integrity or quality of such Content.

5.3 To the extent permitted by applicable laws, Alibaba.com reserves the right to, but shall have no obligation to, delete or edit any postings in its sole discretion without prior notice. Alibaba.com may but shall not be obliged to monitor posting activities of any Member who is in breach of this Agreement and may restrict their ability to post messages on the discussion boards on the Sites. Under no circumstances will Alibaba.com be liable in any way for any Content, including (without limitation) any errors or omissions in any Content, or for any loss or damage of any kind incurred as a result of the use of the discussion boards by such Member. Each Member agrees to evaluate and bear all risks associated with the use of any Content including any reliance on its accuracy or completeness. Each Member understands that by using the Alibaba.com discussion boards on the Sites, such Member may be exposed to Content that is offensive, indecent or objectionable.

5.4 Without prejudice to each Member's responsibilities under clause 3 of this Agreement, each Member agrees not to use the discussion boards on the Sites to:

a) upload, post or e-mail any Content that is unlawful, harmful, threatening, abusive, harassing, tortuous, defamatory, vulgar, obscene, libellous, invasive of another's privacy, hateful, or racially, ethnically or otherwise objectionable;

b) harm minors in any way;

c) impersonate any person or entity, falsely state or otherwise misrepresent your affiliation with a person or entity or disguise the origin of any Content;

d) "stalk" or otherwise harass another;

e) to use the personal data about other users for purposes unrelated to the discussion board or to disclose personal data on the discussion board about third parties without their authorization

f) upload, post or e-mail any Content that you do not have a right to transmit under any law or under contractual or fiduciary relationships;

g) upload, post or e-mail any Content that infringes any intellectual property rights or other legitimate rights of any party;

h) upload, post or e-mail any unsolicited or unauthorised advertising, promotional materials, "junk mail", "spam", "chain letters", or any other form of solicitation;

i) upload, post or e-mail any Content that contains computer viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software, hardware or telecommunications equipment;

j) upload, post or e-mail any Content that contains a complaint regarding Alibaba.com's services or refers to such a complaint on the Sites or to any other Members; any such complaint must be directed to the customer service e-mail on the Sites; or

k) violate any applicable national or internal laws or regulations.

5.5 Each Member acknowledges that Alibaba.com does not pre-screen Content but that Alibaba.com shall have the right (though not the obligation) in its sole discretion to move, modify or remove any Content that is posted or uploaded on the discussion boards on the Sites.

**5.6 TO THE EXTENT PERMITTED UNDER APPLICABLE LAWS, EACH MEMBER GRANTS TO ALIBABA.COM A PERPETUAL, WORLD-WIDE, ROYALTY-FREE IRREVOCABLE, NON-EXCLUSIVE LICENSE (INCLUDING THE RIGHT TO SUB-LICENSE THROUGH MULTIPLE TIERS) TO USE, REPRODUCE, MODIFY, ADAPT, PUBLISH, TRANSLATE, CREATE DERIVATIVE WORKS FROM, DISTRIBUTE, PERFORM AND DISPLAY ANY CONTENT (IN WHOLE OR PART) SUCH MEMBER UPLOADED, POSTED OR SUPPLIED TO ALIBABA.COM FOR POSTING ON THE SITES AND/OR TO INCORPORATE SUCH CONTENT IN OTHER WORKS IN ANY FORM, MEDIA OR TECHNOLOGY NOW KNOWN OR DEVELOPED.**

5.7 **EACH MEMBER SHALL INDEMNIFY AND HOLD ALIBABA.COM AND ITS SUBSIDIARIES, AFFILIATES, EMPLOYEES, OFFICERS, AGENTS OR PARTNERS HARMLESS FROM AND AGAINST ANY DIRECT OR INDIRECT LOSS OR DAMAGE (INCLUDING CONSEQUENTIAL LOSS AND LOSS OF PROFITS, GOODWILL OR BUSINESS OPPORTUNITIES) ARISING FROM ANY THIRD PARTY CLAIM IN RELATION TO ANY CONTENT SUCH MEMBER UPLOADED, POSTED OR E-MAILED ON OR THROUGH THE DISCUSSION BOARDS ON THE SITES, SUCH MEMBER'S USE OF THE DISCUSSION BOARDS ON THE SITES, OR SUCH MEMBER'S BREACH OF THE PROVISIONS SET OUT IN CLAUSE 5.4.**

5.8 On being made aware of any such breaches, to the extent permitted by applicable laws, Alibaba.com may ban, delete or prohibit any Content that relates to those breaches or that Alibaba.com in its sole discretion consider to be harmful to the public or the rights of Alibaba.com or any of its affiliates, licensors, partners or Members.

5.9 Alibaba.com reserves the right to take whatever action it deems necessary to prevent a Member's breach of clause 5.4 including the following:

a) issue a warning letter to the relevant Member (where the breaches are deemed by Alibaba.com to be minor); or

b) ban the relevant Member from discussion boards on the Sites (where the breaches are deemed by Alibaba.com to be major).

All incidents will be logged and Alibaba.com's decision shall be final in all such cases.

5.10 All information and/or other Content posted on the Sites by the Alibaba.com service team or by Members or third party partners is supplied for information purposes only and shall not under any circumstances be construed as legal and/or business advice or a legal opinion. Members are encouraged to seek independent professional advice in such situations.

**6. LIMITATION OF LIABILITY**

6.1 **TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND ALIBABA.COM HEREBY EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF CONDITION, QUALITY, DURABILITY, PERFORMANCE, ACCURACY, RELIABILITY, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. ALL SUCH WARRANTIES, REPRESENTATIONS, CONDITIONS, UNDERTAKINGS AND TERMS ARE HEREBY EXCLUDED.** Some jurisdictions do not allow the disclaimer of warranties or exclusion of damages, so such disclaimers and exclusions may not apply to you.

6.2 **TO THE MAXIMUM EXTENT PERMITTED BY LAW, ALIBABA.COM MAKES NO REPRESENTATIONS OR WARRANTIES ABOUT THE VALIDITY, ACCURACY, RELIABILITY, QUALITY, STABILITY, COMPLETENESS OR CURRENTNESS OF ANY INFORMATION PROVIDED ON OR THROUGH THE SITES.**

6.3 Any material downloaded or otherwise obtained through the access to or use of the Sites or Service is done at each Member's sole discretion and risk and each Member is solely responsible for any damage to its computer system or any loss of data that results from the download of any such material. No advice or information, whether oral or written, obtained by any Member from Alibaba.com or through or from the Service shall create any warranty not expressly stated in this Agreement.

6.4 The Sites may make available to User services or products provided by independent third parties. No warranty or representation is made with regard to such services or products. In no event shall Alibaba.com or its affiliates be held liable for any such services or products.

6.5 Under no circumstances shall Alibaba.com be held liable for an delay or failure or disruption of the Service accessed or delivered through the Sites or the creation or fulfilment of contracts resulting directly or indirectly from acts of nature, forces or causes beyond its reasonable control, including without limitation, Internet failures, computer, telecommunications or any other equipment failures, electrical power failures, strikes, labor disputes, riots, insurrections, civil disturbances, shortages of labor or materials, fires, flood, storms, explosions, acts of God, war, governmental actions, orders of domestic or foreign courts or tribunals or non-performance of third parties or any suspension or disruption of transportation or business operation (including but not limited to delays or disruption of the resumption of work or operation ordered by any government agency) in the event of a national or regional spread of epidemic or pandemic.

6.6 To the extent permitted by law, Alibaba.com shall not be liable for any special, direct, indirect, punitive, incidental or consequential damages or any damages whatsoever (including but not limited to damages for loss of profits or savings, business interruption, loss of information), whether in contract, negligence, tort or otherwise or any other damages resulting from any of the following:

a) the use or the inability to use the Service;

b) any recalled products or defect in goods, samples, data, information or services purchased or obtained from a Member or a third-party service provider through the Sites;

c) unauthorized access by third parties to data or private information of any Member;

d) statements or conduct of any user of the Sites; or

e) any other matter relating to the Sites or Service however arising, including negligence.

6.7 **NOTWITHSTANDING ANY OF THE FOREGOING PROVISIONS, THE AGGREGATE LIABILITY OF ALIBABA.COM, ITS EMPLOYEES, AGENTS, AFFILIATES, REPRESENTATIVES OR ANYONE ACTING ON ITS BEHALF WITH RESPECT TO EACH MEMBER FOR ALL CLAIMS ARISING FROM THE ACCESS TO OR USE OF THE SERVICE OR THE SITES DURING ANY CALENDAR YEAR SHALL BE LIMITED TO HK$100. THE PRECEDING SENTENCE SHALL NOT PRECLUDE THE REQUIREMENT BY THE MEMBER TO PROVE ACTUAL DAMAGES. ALL CLAIMS ARISING FROM THE USE OF THE SERVICE MUST BE FILED WITHIN EITHER ONE (1) YEAR FROM THE DATE THE CAUSE OF ACTION AROSE OR SUCH LONGER PERIOD AS PRESCRIBED UNDER THE APPLICABLE LAW GOVERNING THIS AGREEMENT.**

6.8 PRIVACY

To know how we use and protect your personal information when using the relevant Site, please review our privacy policy at the following link: Alibaba.com Privacy Policy .

Information that is protected under data protection laws will only be used and kept in compliance with those laws.

**7. INTELLECTUAL PROPERTY RIGHTS**

7.1 Alibaba.com is the sole owner or lawful licensee of all the rights to the Service. The Service embodies trade secrets and intellectual property rights protected under worldwide copyright and other laws. All title, ownership and intellectual property rights in the Service shall remain with Alibaba.com, its affiliates or licensors, as the case may be. All rights not otherwise claimed under this Agreement or by Alibaba.com are hereby reserved.

7.2 "ALIBABA", "ALIBABA.COM" and related icons and logos are registered trademarks or trademarks or service marks of Alibaba Group Holding Limited, and "GOLD SUPPLIER", "TRUSTPASS" and related icons and logos are registered trademarks or trademarks or service marks of Alibaba.com Limited and its affiliates in various jurisdictions and are protected under applicable copyright, trademark and other proprietary rights laws. The unauthorized copying, modification, use or publication of these marks is strictly prohibited.

**8. GENERAL**

8.1 This Agreement and the Terms of Use constitute the entire agreement between the Member and Alibaba.com with respect to and governs the use of the Service, superseding any prior written or oral agreements in relation to the same subject matter herein.

8.2 Alibaba.com and the Member are independent contractors, and no agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this Agreement.

8.3 In case any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provisions of this Agreement, but this Agreement shall be construed as if such invalid or illegal or unenforceable provision had never been contained herein. Upon such determination that any term or other provision is invalid, illegal or unenforceable, the court or other tribunal making such determination is authorized and instructed to modify this Agreement so as to effect the original intent of the parties as closely as possible so that the transactions and agreements contemplated herein are consummated as originally contemplated to the fullest extent possible.

8.4 Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

8.5 Alibaba.com's failure to enforce any right or failure to act with respect to any breach by a Member under this Agreement will not waive that right nor waive Alibaba.com's right to act with respect with subsequent or similar breaches.

8.6 Alibaba.com shall have the right to assign this Agreement (including all of its rights, titles, benefits, interests, and obligations and duties in this Agreement) to any person or entity (including any affiliates of Alibaba.com). The Member may not assign, in whole or part, this Agreement to any person or entity.

8.7 **THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE PEOPLE'S REPUBLIC OF CHINA ("PRC") IF YOU CONTRACT WITH HANGZHOU ALIBABA ADVERTISING CO., LTD ACCORDING TO PARAGRAPH 1.1, AND THE PARTIES TO THIS AGREEMENT HEREBY SUBMIT TO THE EXCLUSIVE JURISDICTION OF THE PRC COURTS. IF YOUR CONTRACT IS WITH ALIBABA.COM HONG KONG LIMITED OR ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, THEN THIS AGREEMENT SHALL BE GOVERNED BY LAWS OF THE HONG KONG SPECIAL ADMINISTRATIVE REGION ("HONG KONG") WITHOUT REGARD TO ITS CONFLICT OF LAW PROVISIONS; AND THE PARTIES TO THIS AGREEMENT HEREBY SUBMIT TO THE EXCLUSIVE JURISDICTION OF THE HONG KONG COURTS, EXCEPT AS OTHERWISE STIPULATED UNDER APPLICABLE LAW.**

8.8 If there is any conflict between the English version and another language version of this Agreement, the English version shall prevail.

Is this article easy to understand?

Yes

No

Free APP: Download TradeManager: Follow Us:

Alibaba.com Site:

International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

Alibaba Group | Taobao Marketplace | Tmall.com | Juhuasuan | AliExpress | Alibaba.com | 1688.com | Alimama | Alitrip
Alibaba Cloud Computing | YunOS | AliTelecom | HiChina | Autonavi | UCWeb | Umeng | Xiami | TTPod | DianDianChong | DingTalk | Alipay

Browse Alphabetically: Global Expo | Onetouch | Showroom | Country Search | Manufacturers | Suppliers | Promotion | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

© 1999-2016 Alibaba.com. All rights reserved.

icburule011081188012

# Exhibit E

Alibaba.com Global trade starts here.™

# Alibaba.com Provides Full Set of Protection for SMEs in Cross-Border Trade with Trade Assurance Program

- *Trade Assurance provides a full set of protections for buyers in global trading- Alibaba.com will refund the buyer for the supplier if the supplier does not meet the shipping time or the quality of products fails to meet contract requirements.*
- *Upgraded Trade Assurance program allows buyers to view participating suppliers' trading info including number of relevant transactions and turnover.*

**Sydney, July 22, 2015 –** Leading global wholesale trading platform Alibaba.com, a subsidiary of Alibaba Group (NYSE:BABA), today announced an upgrade of its Trade Assurance program, a free service designed to give businesses peace of mind when buying from overseas suppliers. With the upgrade, buyers who make purchases from qualified Alibaba.com suppliers will be entitled to up to a full refund of their deposits or order amounts should suppliers fail to meet the shipping times or product quality specified in contracts. Coverage has been extended to post delivery, meaning buyers are now entitled to full refunds in relevant transactions if they spot quality problems after receiving orders.

Through the upgraded service, Alibaba.com is bidding to boost trust in international trading over the Internet. "By providing maximum trade protection, Alibaba.com aims to make cross-border trading easier, therefore empowering small-and medium-sized businesses to engage in global trading," said Wu Min Zhi, Senior Vice President, Alibaba Group. "By lessening concerns and building trust in international trade, we are committed to introducing more trade opportunities to Alibaba.com members. As a result, small and medium-sized businesses will not miss out the benefits of international trading due to trust concerns over product quality or payment security."

To help make it easier for small businesses to identify reliable trading partners, Alibaba.com suppliers who qualify for the Trade Assurance program can display a Trade Assurance icon on their Alibaba.com virtual storefronts. To further improve transparency, storefronts will also display the total number of relevant transactions and total value of relevant deals completed over the previous 12 months. In addition, Alibaba.com will show how often and how quickly qualified suppliers responded to their own customers.

Trade Assurance is immediately available to all of Alibaba.com's millions of global buyers trading with Chinese suppliers, and it will be available for non-Chinese suppliers to participate in the coming months. Participation in the Trade Assurance program is voluntary for suppliers. Alibaba.com uses data analytics to assess suppliers' past performance and trading histories over six-month periods to determine who can join. Every qualified supplier is assigned a Trade Assurance Amount, which will be used to cover the buyer's loss in the event of the supplier's breach of the purchase contract.

**Key Aspects of Alibaba.com's Trade Assurance program:**

**(1) 100% payment protection**

- Buyers can choose to be covered for their deposit or the total value of the order, subject to the

overall Trade Assurance Amount approved for the supplier. Buyers and suppliers must agree on the type and extent of protection.

**(2) 100% product quality protection**
- Buyers can select either pre-shipment or post-delivery protection. Alibaba.com will provide refunds for the suppliers to buyers should the product quality fail to meet the specifications agreed in the purchase contract.

**(3) 100% on-time shipment protection**
Alibaba.com will provide refunds for the suppliers to buyers should shipments fail to be delivered by the supplier-agreed times.

The new Trade Assurance program covers payments made by telegraphic transfer (T/T) and will be extended to other payment methods in the future.

For more information on Trade Assurance, visit http://tradeassurance.alibaba.com/.

**About Alibaba.com**

The first business of Alibaba Group (NYSE:BABA), Alibaba.com (www.alibaba.com) is the leading platform for global wholesale trade serving millions of buyers and suppliers around the world. Through Alibaba.com, small businesses can sell their products to companies in other countries. Sellers on Alibaba.com are typically manufacturers and distributors based in China and other manufacturing countries such as India, Pakistan, the United States and Thailand.

**Media Contacts**

Crystal Liu
Alibaba.com APAC
+852 2215 5214
crystal.liu@hk.alibaba-inc.com

Sharon Chan
Alibaba.com USA
+1 415 848 0731
sharon.chan@alibaba-inc.com

Molly Morgan
Alibaba.com Europe and Russia
+44 20 7516 0683
mollymorgan@eu.alibaba-inc.com

Pamela Muñoz
Alibaba.com Latin America
+852 2215 5208
pmunoz@hk.alibaba-inc.com

# Exhibit F

# Alibaba.com Officially Launches Alibaba Guaranteed: Making Global Sourcing as Simple as Online Shopping

NEWS PROVIDED BY
**Alibaba.com →**
Jun 06, 2024, 06:00 ET

NEW YORK, June 6, 2024 /PRNewswire/ -- Alibaba.com, a leading platform for global business-to-business (B2B) e-commerce and part of Alibaba International Digital Commerce Group, today announced the official launch of Alibaba Guaranteed to help simplify global sourcing and provide a more flexible and reliable supply chain for small and medium-sized enterprises (SMEs) in the U.S. and beyond.

Alibaba.com now serves more than 48 million SMEs buyers, with more than 200,000 suppliers on its platform worldwide. Through Alibaba Guaranteed, buyers will be able to source with added confidence as the service offers products at fixed prices with shipping fees included, promises dispatch of goods within 72 hours, and guarantees delivery by the expected date. Buyers can also take advantage of after-sales services, such as quick money back for order issues and free local returns for defects.

Products sourced through this new solution will be fulfilled by Alibaba.com, providing buyers with order security. Additionally, the platform handles finance, such as escrow and payment terms, and after-sales services, allowing both buyers greater ability to focus on their products.

"Alibaba Guaranteed marks an exciting new chapter for SMEs and global sourcing as it will help to redefine the fulfillment standard of B2B cross-border trade," said Kuo Zhang, President of Alibaba.com. "Global sourcing can be a complex process with many moving parts, but Alibaba Guaranteed can help SMEs navigate it with greater ease. With much of the leg work being done for SMEs by the platform, cross-border trade can be as simple as purchasing a pair of shoes from your favorite retailer online."

This offering comes at a time when SMEs are increasingly looking for online sourcing solutions. In fact, a **recent Alibaba.com survey** showed that two-thirds (66%) of SMEs plan to increase their reliance on online global sourcing in 2024. However, delivery time, logistics costs and worries of not receiving products emerged as the top three main concerns for engaging in cross-border sourcing, with up to 22% of respondents ranking them as their top challenges. Alibaba Guaranteed was developed to help address concerns like these.

Alibaba.com remains dedicated to innovating across the sourcing and supply chain spaces to help SMEs expand and gain greater footing on the global e-commerce stage. Alibaba Guaranteed with fulfillment by Alibaba.com represents the latest upgrade furthering its support of businesses in the U.S. and across the globe.

For more information on Alibaba.com and Alibaba Guaranteed, please visit **https://www.alibaba.com/**.

**About Alibaba.com**

Launched in 1999 as Alibaba Group's first business, Alibaba.com is a leading platform for global business-to-business (B2B) e-commerce that serves buyers and suppliers from over 200 countries and regions around the world. It is engaged in services covering all aspects of commerce, including providing businesses with tools that help them reach a global audience for their products and helping buyers discover products, find suppliers and place orders online fast and efficiently. Alibaba.com is part of Alibaba International Digital Commerce Group.

SOURCE Alibaba.com

21%

more press release
views with
Amplify™

Request a Demo