**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| Eugene Cobb, Senad Djulamerovic, Peter Hunt, Adnan Merdach, and Steven Poslof, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, ALIBABA.COM SINGAPORE ECOMMERCE PRIVATE LIMITED, ALIBABA GROUP (US) INC., ALIBABA.COM US LLC, ALIBABA.COM US E-COMMERCE CORP., and CAINIAO SMART LOGISTICS NETWORK LIMITED,<br><br>Defendants. | Case No. 5:26-cv-05292-EJD<br><br>[Assigned to Senior District Judge Edward J. Davila]<br><br>**~~[PROPOSED]~~ ORDER RE STIPULATION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 6-1 AND SETTING HEARING AND BRIEFING SCHEDULE REGARDING MOTION TO DISMISS**<br>***AS MODIFIED***<br>Date: January 14, 2027<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor<br><br>[Action filed: June 3, 2026] |

Having reviewed the stipulation of the parties, and for good cause showing, the court sets the following modified briefing and hearing date for Defendant Cainiao Smart Logistics Network Limited's responsive pleadings:

| **Event** | **Date** |
|---|---|
| Cainiao's deadline to answer, move, or otherwise respond to the Complaint | October 9, 2026 |
| Opposition | November 13, 2026 |
| Reply | December 11, 2026 |
| Hearing | January 14, 2027 at 9:00 a.m.<br>[or any date convenient to the Court] |

The Court likewise **CONTINUES** the hearing dates for ECF Nos. 32, 33, and 34 to January 14, 2027 at 9:00 a.m., and **CONTINUES** the Initial Case Management Conference to January 14, 2027, at 10:00 a.m. Joint Case Management Statement due by January 6, 2027. All other briefing deadlines remain unchanged.

SO ORDERED.

Dated: September 8, 2026

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE